UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JASON SHIM, Individually and on behalf of all others similarly situated, | Case No.  4:23-cv-00549-SDJ |
| Plaintiff, | DECLARATION OF WILLIE C. BRISCOE IN SUPPORT OF MOTION OF KEITH LINK AND TREVOR MILKINS FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL |
| v. | |
| DZS INC., CHARLES DANIEL VOGT, and MISTY KAWECKI, | |
| Defendants. | |
| KEITH LINK, Individually and on behalf of all others similarly situated, | Case No.  4:23-cv-00603-SDJ |
| Plaintiff, | |
| v. | |
| DZS INC., CHARLES DANIEL VOGT, and MISTY KAWECKI, | |
| Defendants. | |
| ROBERT CODY, Individually and on Behalf of All Others Similarly Situated, | Case No.  4:23-cv-00713-SDJ |
| Plaintiff, | |
| v. | |
| DZS INC., CHARLES DANIEL VOGT, and MISTY KAWECKI, | |
| Defendants. | |

I, Willie C. Briscoe, hereby declare as follows:

1.      I am an attorney with The Briscoe Law Firm, PLLC ("BLF"), counsel on behalf of Keith Link and Trevor Milkins (together, "Link and Milkins"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Link and Milkins's motion for consolidation of the above-captioned related actions ("Related Actions"), appointment as Co-Lead Plaintiffs for the Class in the Related Actions, and approval of their selection of Pomerantz LLP ("Pomerantz") and Holzer & Holzer, LLC ("Holzer") as Co-Lead Counsel, and BLF as Liaison Counsel, for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Assignment of claims to Trevor Milkins from Anna-Lynn Milkins;

Exhibit B:      Chart setting forth Link and Milkins's financial interest in this litigation;

Exhibit C:      Press release published via *Business Wire* on June 14, 2023, announcing the pendency of the first-filed of the Related Actions;

Exhibit D:      Shareholder Certifications executed by Link and Milkins;

Exhibit E:      Joint Declaration executed by Link and Milkins;

Exhibit F:      Firm resume of Pomerantz;

Exhibit G:      Firm resume of Holzer; and

Exhibit H:      Firm resume of BLF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 14, 2023.

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE

1

## CERTIFICATE OF SERVICE

This is to certify that on August 14, 2023, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

/s/ Willie C. Briscoe
WILLIE C. BRISCOE

2