# EXHIBIT B

**DZS Inc. (DZSI)**
**Class Period: August 2, 2022 to June 1, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 71-Days* Mean Price $3.6954 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | |
| Keith Link | | 1,761 | | ($15,401) | | 0 | | $0 | 1,761 | $6,508 | ($8,893) |
| Trevor Milkins | | 1,400 | | ($9,401) | | 0 | | $0 | 1,400 | $5,174 | ($4,227) |
| Trevor Milkins | | 300 | | ($2,361) | | 0 | | $0 | 300 | $1,109 | ($1,252) |
| **Keith Link; Trevor Milkins** | | **3,461** | | **($27,163)** | | **0** | | **$0** | **3,461** | **$12,790** | **($14,373)** |
| | | | | | | | | | | | |
| Keith Link | 2/3/2023 | 545 | $13.0800 | ($7,129) | | | | | | | |
| Keith Link | 3/27/2023 | 46 | $8.1500 | ($375) | | | | | | | |
| Keith Link | 5/16/2023 | 1,170 | $6.7500 | ($7,898) | | | | | | | |
| **Keith Link** | | **1,761** | | **($15,401)** | | **0** | | **$0** | **1,761** | **$6,508** | **($8,893)** |
| | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | |
| Trevor Milkins | 3/17/2023 | 300 | $8.1100 | ($2,433) | | | | | | | |
| Trevor Milkins | 4/19/2023 | 600 | $6.6166 | ($3,970) | | | | | | | |
| Trevor Milkins | 5/31/2023 | 193 | $5.9900 | ($1,156) | | | | | | | |
| Trevor Milkins | 5/31/2023 | 7 | $5.9997 | ($42) | | | | | | | |
| Trevor Milkins | 5/31/2023 | 300 | $5.9999 | ($1,800) | | | | | | | |
| **Trevor Milkins** | | **1,400** | | **($9,401)** | | **0** | | **$0** | **1,400** | **$5,174** | **($4,227)** |
| | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | |
| **Trevor Milkins** | **4/6/2023** | **300** | **$7.8699** | **($2,361)** | | **0** | | **$0** | **300** | **$1,109** | **($1,252)** |

*Avg Closing Prices from June 1, 2023 to  August 11, 2023