**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JASON SHIM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DZS INC., CHARLES DANIEL VOGT, and MISTY KAWECKI,<br><br>Defendants. | Civil Action No. 4:23-cv-00549-SDJ<br><br>Hon. Sean D. Jordan |
| KEITH LINK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DZS INC., CHARLES DANIEL VOGT, and MISTY KAWECKI,<br><br>Defendants. | Civil Action No. 4:23-cv-00603-SDJ<br><br>Hon. Sean D. Jordan |
| ROBERT CODY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DZS INC., CHARLES DANIEL VOGT, and MISTY KAWECKI,<br><br>Defendants. | Civil Action No. 4:23-cv-00713-SDJ<br><br>Hon. Sean D. Jordan |

**DECLARATION OF THANE TYLER SPONSEL III IN SUPPORT OF JASON S. HAWKE'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Thane Tyler Sponsel III, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner at Sponsel Miller Greenberg PLLC ("Sponsel Miller"), liaison counsel for lead plaintiff movant Jason S. Hawke ("Movant") and proposed Lead Counsel for the Class.

2.     I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel and Sponsel Miller for Liaison Counsel for the Class.

3.     Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of DZS Inc. ("DZS" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in DZS securities;

**Exhibit C**:    Press Release published June 14, 2023, on *Business Wire,* announcing the pendency of the first-filed securities class action against defendants herein: *Shim v. DZS Inc., et. al.,* Case No. 4:23-cv-00549-SDJ;

**Exhibit D**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

**Exhibit E**:    Firm Résumé of Sponsel Miller, proposed Liaison Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: August 14, 2023                     Respectfully submitted,

                                          **SPONSEL MILLER GREENBERG PLLC**

                                          */s/ Thane Tyler Sponsel III*
                                          Thane Tyler Sponsel III
                                          Texas Bar No. 24056361/Federal ID No. 690068
                                          Roger B. Greenberg
                                          Texas Bar No. 08390000/Federal ID No. 3932

50 Briar Hollow Lane, Suite 370 W
Houston, Texas 77027
Telephone: (713) 892-5400
Facsimile: (713) 892-5401
sponsel@smglawgroup.com
roger@smglawgroup.com

*Liaison Counsel for Movant and Proposed Liaison
Counsel the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice* forthcoming)
55 Broadway, 4th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Movant and Proposed Lead
Counsel for the Class*

3

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 14, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III