# EXHIBIT B

| Client Name | Jason S. Hawke |
|---|---|
| Company Name | DZS Inc. |
| Ticker Symbol | DZSI |
| Security Type | |
| Class Period Start | 08-02-2022 |
| Class Period End | 06-01-2023 |
| 90-DAY Lookback Period Start | 06-02-2023 |
| 90-DAY Lookback Period End | 08-14-2023 |
| 90-DAY Lookback Average | $ 03.67 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $375,702.94 |
| DURA LIFO* Total | $375,702.94 |
| Gross Shares Purchased | 108,100 |
| Net Shares Retained | 108,100 |
| Net Funds Expended | $772,192.12 |

**Jason S. Hawke - Account 1**

| | Purchases | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-02-2022 | 10 | 14.75 | $ 147.50 | | | | | | - | 10 | 10 | $ 03.67 | $ 36.68 | $ 110.82 | $ 110.82 |
| 08-02-2022 | 38 | 14.75 | $ 560.50 | | | | | | - | 38 | 38 | $ 03.67 | $ 139.38 | $ 421.12 | $ 421.12 |
| 08-02-2022 | 29 | 14.75 | $ 427.75 | | | | | | - | 29 | 29 | $ 03.67 | $ 106.37 | $ 321.38 | $ 321.38 |
| 08-02-2022 | 100 | 14.75 | $ 1,475.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 1,108.22 | $ 1,108.22 |
| 08-02-2022 | 1553 | 14.75 | $ 22,906.75 | | | | | | - | 1553 | 1553 | $ 03.67 | $ 5,696.09 | $ 17,210.66 | $ 17,210.66 |
| 08-02-2022 | 276 | 14.75 | $ 4,071.00 | | | | | | - | 276 | 276 | $ 03.67 | $ 1,012.31 | $ 3,058.69 | $ 3,058.69 |
| 08-02-2022 | 100 | 14.75 | $ 1,475.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 1,108.22 | $ 1,108.22 |
| 08-02-2022 | 100 | 14.75 | $ 1,475.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 1,108.22 | $ 1,108.22 |
| 08-02-2022 | 100 | 14.75 | $ 1,475.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 1,108.22 | $ 1,108.22 |
| 08-02-2022 | 200 | 14.75 | $ 2,950.00 | | | | | | - | 200 | 200 | $ 03.67 | $ 733.56 | $ 2,216.44 | $ 2,216.44 |
| 08-02-2022 | 200 | 14.75 | $ 2,950.00 | | | | | | - | 200 | 200 | $ 03.67 | $ 733.56 | $ 2,216.44 | $ 2,216.44 |
| 08-02-2022 | 200 | 14.75 | $ 2,950.00 | | | | | | - | 200 | 200 | $ 03.67 | $ 733.56 | $ 2,216.44 | $ 2,216.44 |
| 08-02-2022 | 200 | 14.75 | $ 2,950.00 | | | | | | - | 200 | 200 | $ 03.67 | $ 733.56 | $ 2,216.44 | $ 2,216.44 |
| 08-02-2022 | 200 | 14.75 | $ 2,950.00 | | | | | | - | 200 | 200 | $ 03.67 | $ 733.56 | $ 2,216.44 | $ 2,216.44 |
| 08-02-2022 | 200 | 14.75 | $ 2,950.00 | | | | | | - | 200 | 200 | $ 03.67 | $ 733.56 | $ 2,216.44 | $ 2,216.44 |
| 08-02-2022 | 200 | 14.75 | $ 2,950.00 | | | | | | - | 200 | 200 | $ 03.67 | $ 733.56 | $ 2,216.44 | $ 2,216.44 |
| 08-02-2022 | 94 | 14.75 | $ 1,386.50 | | | | | | - | 94 | 94 | $ 03.67 | $ 344.77 | $ 1,041.73 | $ 1,041.73 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 1 | 13.6 | $ 13.60 | | | | | | - | 1 | 1 | $ 03.67 | $ 03.67 | $ 09.93 | $ 09.93 |
| 08-03-2022 | 1 | 13.6 | $ 13.60 | | | | | | - | 1 | 1 | $ 03.67 | $ 03.67 | $ 09.93 | $ 09.93 |
| 08-03-2022 | 1 | 13.6 | $ 13.60 | | | | | | - | 1 | 1 | $ 03.67 | $ 03.67 | $ 09.93 | $ 09.93 |
| 08-03-2022 | 45 | 13.6 | $ 612.00 | | | | | | - | 45 | 45 | $ 03.67 | $ 165.05 | $ 446.95 | $ 446.95 |
| 08-03-2022 | 1 | 13.6 | $ 13.60 | | | | | | - | 1 | 1 | $ 03.67 | $ 03.67 | $ 09.93 | $ 09.93 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 60 | 13.6 | $ 816.00 | | | | | | - | 60 | 60 | $ 03.67 | $ 220.07 | $ 595.93 | $ 595.93 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 397 | 13.6 | $ 5,399.20 | | | | | | - | 397 | 397 | $ 03.67 | $ 1,456.12 | $ 3,943.08 | $ 3,943.08 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 100 | 13.6 | $ 1,360.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 993.22 | $ 993.22 |
| 08-03-2022 | 1 | 13.6 | $ 13.60 | | | | | | - | 1 | 1 | $ 03.67 | $ 03.67 | $ 09.93 | $ 09.93 |
| 08-03-2022 | 489 | 13.6 | $ 6,650.40 | | | | | | - | 489 | 489 | $ 03.67 | $ 1,793.55 | $ 4,856.85 | $ 4,856.85 |
| 08-03-2022 | 1 | 13.6 | $ 13.60 | | | | | | - | 1 | 1 | $ 03.67 | $ 03.67 | $ 09.93 | $ 09.93 |
| 08-03-2022 | 1 | 13.6 | $ 13.60 | | | | | | - | 1 | 1 | $ 03.67 | $ 03.67 | $ 09.93 | $ 09.93 |
| 08-09-2022 | 3000 | 13.15 | $ 39,450.00 | | | | | | - | 3000 | 3000 | $ 03.67 | $ 11,003.40 | $ 28,446.60 | $ 28,446.60 |
| 11-17-2022 | 100 | 11.35 | $ 1,135.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 768.22 | $ 768.22 |
| 11-17-2022 | 400 | 11.35 | $ 4,540.00 | | | | | | - | 400 | 400 | $ 03.67 | $ 1,467.12 | $ 3,072.88 | $ 3,072.88 |
| 11-17-2022 | 100 | 11.35 | $ 1,135.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 366.78 | $ 768.22 | $ 768.22 |

| Date | Shares | Price | Amount | | Shares | Shares | $03.67 | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-17-2022 | 1177 | 11.35 | $13,358.95 | - | 1177 | 1177 | $03.67 | $4,317.00 | $9,041.95 | $9,041.95 |
| 11-17-2022 | 470 | 11.35 | $5,334.50 | - | 470 | 470 | $03.67 | $1,723.87 | $3,610.63 | $3,610.63 |
| 11-17-2022 | 98 | 11.35 | $1,112.30 | - | 98 | 98 | $03.67 | $359.44 | $752.86 | $752.86 |
| 11-17-2022 | 300 | 11.35 | $3,405.00 | - | 300 | 300 | $03.67 | $1,100.34 | $2,304.66 | $2,304.66 |
| 11-17-2022 | 400 | 11.35 | $4,540.00 | - | 400 | 400 | $03.67 | $1,467.12 | $3,072.88 | $3,072.88 |
| 11-17-2022 | 200 | 11.35 | $2,270.00 | - | 200 | 200 | $03.67 | $733.56 | $1,536.44 | $1,536.44 |
| 11-17-2022 | 100 | 11.35 | $1,135.00 | - | 100 | 100 | $03.67 | $366.78 | $768.22 | $768.22 |
| 11-17-2022 | 100 | 11.35 | $1,135.00 | - | 100 | 100 | $03.67 | $366.78 | $768.22 | $768.22 |
| 11-17-2022 | 68 | 11.35 | $771.80 | - | 68 | 68 | $03.67 | $249.41 | $522.39 | $522.39 |
| 11-17-2022 | 300 | 11.35 | $3,405.00 | - | 300 | 300 | $03.67 | $1,100.34 | $2,304.66 | $2,304.66 |
| 11-17-2022 | 200 | 11.35 | $2,270.00 | - | 200 | 200 | $03.67 | $733.56 | $1,536.44 | $1,536.44 |
| 11-17-2022 | 200 | 11.35 | $2,270.00 | - | 200 | 200 | $03.67 | $733.56 | $1,536.44 | $1,536.44 |
| 11-17-2022 | 200 | 11.35 | $2,270.00 | - | 200 | 200 | $03.67 | $733.56 | $1,536.44 | $1,536.44 |
| 11-17-2022 | 200 | 11.35 | $2,270.00 | - | 200 | 200 | $03.67 | $733.56 | $1,536.44 | $1,536.44 |
| 11-17-2022 | 187 | 11.35 | $2,122.45 | - | 187 | 187 | $03.67 | $685.88 | $1,436.57 | $1,436.57 |
| 02-17-2023 | 1000 | 9.5 | $9,500.00 | - | 1000 | 1000 | $03.67 | $3,667.80 | $5,832.20 | $5,832.20 |
| 02-17-2023 | 5000 | 9.5 | $47,500.00 | - | 5000 | 5000 | $03.67 | $18,339.00 | $29,161.00 | $29,161.00 |
| 02-17-2023 | 4000 | 9.5 | $38,000.00 | - | 4000 | 4000 | $03.67 | $14,671.20 | $23,328.80 | $23,328.80 |
| 02-17-2023 | 5000 | 9.3909 | $46,954.50 | - | 5000 | 5000 | $03.67 | $18,339.00 | $28,615.50 | $28,615.50 |
| 02-17-2023 | 2000 | 9.1099 | $18,219.80 | - | 2000 | 2000 | $03.67 | $7,335.60 | $10,884.20 | $10,884.20 |
| 02-17-2023 | 1800 | 9.1099 | $16,397.82 | - | 1800 | 1800 | $03.67 | $6,602.04 | $9,795.78 | $9,795.78 |
| 02-17-2023 | 100 | 9.105 | $910.50 | - | 100 | 100 | $03.67 | $366.78 | $543.72 | $543.72 |
| 02-17-2023 | 100 | 9.105 | $910.50 | - | 100 | 100 | $03.67 | $366.78 | $543.72 | $543.72 |
| 02-17-2023 | 96 | 9.105 | $874.08 | - | 96 | 96 | $03.67 | $352.11 | $521.97 | $521.97 |
| 02-17-2023 | 100 | 9.105 | $910.50 | - | 100 | 100 | $03.67 | $366.78 | $543.72 | $543.72 |
| 02-17-2023 | 200 | 9.105 | $1,821.00 | - | 200 | 200 | $03.67 | $733.56 | $1,087.44 | $1,087.44 |
| 02-17-2023 | 100 | 9.105 | $910.50 | - | 100 | 100 | $03.67 | $366.78 | $543.72 | $543.72 |
| 02-17-2023 | 100 | 9.105 | $910.50 | - | 100 | 100 | $03.67 | $366.78 | $543.72 | $543.72 |
| 02-17-2023 | 100 | 9.105 | $910.50 | - | 100 | 100 | $03.67 | $366.78 | $543.72 | $543.72 |
| 02-17-2023 | 100 | 9.105 | $910.50 | - | 100 | 100 | $03.67 | $366.78 | $543.72 | $543.72 |
| 02-17-2023 | 100 | 9.105 | $910.50 | - | 100 | 100 | $03.67 | $366.78 | $543.72 | $543.72 |
| 02-17-2023 | 4 | 9.105 | $36.42 | - | 4 | 4 | $03.67 | $14.67 | $21.75 | $21.75 |
| 02-17-2023 | 1248 | 8.9899 | $11,219.40 | - | 1248 | 1248 | $03.67 | $4,577.41 | $6,641.98 | $6,641.98 |
| 02-17-2023 | 3752 | 8.9899 | $33,730.10 | - | 3752 | 3752 | $03.67 | $13,761.59 | $19,968.52 | $19,968.52 |
| 03-17-2023 | 797 | 8.2 | $6,535.40 | - | 797 | 797 | $03.67 | $2,923.24 | $3,612.16 | $3,612.16 |
| 03-17-2023 | 44 | 8.2 | $360.80 | - | 44 | 44 | $03.67 | $161.38 | $199.42 | $199.42 |
| 03-17-2023 | 853 | 8.2 | $6,994.60 | - | 853 | 853 | $03.67 | $3,128.63 | $3,865.97 | $3,865.97 |
| 03-17-2023 | 25 | 8.2 | $205.00 | - | 25 | 25 | $03.67 | $91.70 | $113.31 | $113.31 |
| 03-17-2023 | 2000 | 8.2 | $16,400.00 | - | 2000 | 2000 | $03.67 | $7,335.60 | $9,064.40 | $9,064.40 |
| 03-17-2023 | 14 | 8.2 | $114.80 | - | 14 | 14 | $03.67 | $51.35 | $63.45 | $63.45 |
| 03-17-2023 | 2000 | 8.2 | $16,400.00 | - | 2000 | 2000 | $03.67 | $7,335.60 | $9,064.40 | $9,064.40 |
| 03-17-2023 | 64 | 8.2 | $524.80 | - | 64 | 64 | $03.67 | $234.74 | $290.06 | $290.06 |
| 03-17-2023 | 4203 | 8.2 | $34,464.60 | - | 4203 | 4203 | $03.67 | $15,415.76 | $19,048.84 | $19,048.84 |
| 04-05-2023 | 200 | 7.3 | $1,460.00 | - | 200 | 200 | $03.67 | $733.56 | $726.44 | $726.44 |
| 04-05-2023 | 300 | 7.3 | $2,190.00 | - | 300 | 300 | $03.67 | $1,100.34 | $1,089.66 | $1,089.66 |
| 04-05-2023 | 100 | 7.3 | $730.00 | - | 100 | 100 | $03.67 | $366.78 | $363.22 | $363.22 |
| 04-05-2023 | 3400 | 7.3 | $24,820.00 | - | 3400 | 3400 | $03.67 | $12,470.52 | $12,349.48 | $12,349.48 |
| 05-30-2023 | 2000 | 6.4 | $12,800.00 | - | 2000 | 2000 | $03.67 | $7,335.60 | $5,464.40 | $5,464.40 |
| 05-31-2023 | 2000 | 6.15 | $12,300.00 | - | 2000 | 2000 | $03.67 | $7,335.60 | $4,964.40 | $4,964.40 |
| 05-31-2023 | 2001 | 6.1 | $12,206.10 | - | 2001 | 2001 | $03.67 | $7,339.27 | $4,866.83 | $4,866.83 |
| 05-31-2023 | 3000 | 5.99 | $17,970.00 | - | 3000 | 3000 | $03.67 | $11,003.40 | $6,966.60 | $6,966.60 |
| 06-01-2023 | 10000 | 4.1 | $41,000.00 | - | 10000 | 10000 | $03.67 | $36,678.00 | $4,322.00 | $4,322.00 |
| 06-01-2023 | 10000 | 3.95 | $39,500.00 | - | 10000 | 10000 | $03.67 | $36,678.00 | $2,822.00 | $2,822.00 |
| 06-01-2023 | 10000 | 3.93 | $39,300.00 | - | 10000 | 10000 | $03.67 | $36,678.00 | $2,622.00 | $2,622.00 |
| 06-01-2023 | 10000 | 3.8 | $38,000.00 | - | 10000 | 10000 | $03.67 | $36,678.00 | $1,322.00 | $1,322.00 |
| 06-01-2023 | 5000 | 3.6244 | $18,122.00 | - | 5000 | 5000 | $03.67 | $18,339.00 | -$217.00 | -$217.00 |
| **Total:** | **108,100** | | **$772,192.12** | | **108,100** | **108,100** | | **$396,489.18** | **$375,702.94** | **$375,702.94** |

| | |
|---|---|
| **Client Name** | Jason S. Hawke |
| **Company Name** | DZS Inc. |
| **Ticker Symbol** | DZSI |
| **Security Type** | |
| **Class Period Start** | 08-02-2022 |
| **Class Period End** | 06-01-2023 |
| **90-DAY Lookback Period Start** | 06-02-2023 |
| **90-DAY Lookback Period End** | 08-14-2023 |
| **90-DAY Lookback Average** | $ 03.67 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $158,163.24 |
| DURA LIFO* Total | $158,163.24 |
| Gross Shares Purchased | 50,000 |
| Net Shares Retained | 50,000 |
| Net Funds Expended | $341,553.24 |

Jason S. Hawke - Account 2

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-17-2023 | 10000 | 8.1 | $ 81,000.00 | | | | | | - | 10000 | 10000 | $ 03.67 | $ 36,678.00 | $ 44,322.00 | $ 44,322.00 |
| 03-24-2023 | 2031 | 7.95 | $ 16,146.45 | | | | | | - | 2031 | 2031 | $ 03.67 | $ 7,449.30 | $ 8,697.15 | $ 8,697.15 |
| 03-30-2023 | 4000 | 7.85 | $ 31,400.00 | | | | | | - | 4000 | 4000 | $ 03.67 | $ 14,671.20 | $ 16,728.80 | $ 16,728.80 |
| 04-04-2023 | 4000 | 7.69981 | $ 30,799.24 | | | | | | - | 4000 | 4000 | $ 03.67 | $ 14,671.20 | $ 16,128.04 | $ 16,128.04 |
| 04-05-2023 | 5000 | 7.45 | $ 37,250.00 | | | | | | - | 5000 | 5000 | $ 03.67 | $ 18,339.00 | $ 18,911.00 | $ 18,911.00 |
| 04-12-2023 | 5000 | 7.24119 | $ 36,205.95 | | | | | | - | 5000 | 5000 | $ 03.67 | $ 18,339.00 | $ 17,866.95 | $ 17,866.95 |
| 04-18-2023 | 5000 | 6.97 | $ 34,850.00 | | | | | | - | 5000 | 5000 | $ 03.67 | $ 18,339.00 | $ 16,511.00 | $ 16,511.00 |
| 04-19-2023 | 2000 | 6.7 | $ 13,400.00 | | | | | | - | 2000 | 2000 | $ 03.67 | $ 7,335.60 | $ 6,064.40 | $ 6,064.40 |
| 04-20-2023 | 2969 | 6.4 | $ 19,001.60 | | | | | | - | 2969 | 2969 | $ 03.67 | $ 10,889.70 | $ 8,111.90 | $ 8,111.90 |
| 06-01-2023 | 10000 | 4.15 | $ 41,500.00 | | | | | | - | 10000 | 10000 | $ 03.67 | $ 36,678.00 | $ 4,822.00 | $ 4,822.00 |
| Total: | 50,000 | | $341,553.24 | | | | | | | 50,000 | 50,000 | | $183,390.00 | $158,163.24 | $158,163.24 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCOUNTS | |
|---|---|
| LIFO Loss Total | $533,866.18 |
| DURALIFO* Total | $533,866.18 |
| Gross Shares Purchased | 158,100 |
| Net Shares Retained | 158,100 |
| Net Funds Expended | $1,113,745.36 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.