# EXHIBIT E

Case 4:23-cv-00549-SDJ    Document 13-5    Filed 08/14/23    Page 1 of 14 PageID #: 288



*"Bringing together diverse and complimentary practice areas to provide a more complete service to our clients."*

SPONSEL MILLER GREENBERG PLLC
50 Briar Hollow Lane, Suite 370 West · Houston, Texas 77027
Main 713.892.5400 · Fax 713.892.5401
www.smglawgroup.com

# ROGER B. GREENBERG
*Member/Attorney at Law*

## AREAS OF PRACTICE

Trial concentration: civil litigation (federal and state courts), appeals, securities law, securities class actions, intellectual property including trade secrets, competition issues, accountant liability, lender liability, oil and gas, arbitration and mediation

## PROFESSIONAL/LEGAL EXPERIENCE

Member - Sponsel Miller Greenberg PLLC, January 1, 2015 to present

Partner - Schwartz, Junell, Greenberg & Oathout, LLP, November 2001 to December 2014

Founding Shareholder - Greenberg Peden P.C. (f/k/a Richie & Greenberg, P.C.), 1970 to October 2001

Adjunct Professor - South Texas College of Law (current) teaching arbitration

Arbitrator - American Arbitration Association (1984 - present, Neutral Panel)

Member - Chartered Institute of Arbitrators (MCIArb) (2013-present)

Institute for Conflict Prevention and Resolution (Neutral Panel) (2013-present)

## EDUCATION/PROFESSIONAL TRAINING

University of Texas, Doctor of Jurisprudence 1970

University of California at Los Angeles (U.C.L.A.), Bachelor of Arts, 1966

College of the State Bar of Texas (yearly continuing legal education requirements, 1986 to date)

## PROFESSIONAL ADMISSIONS

Admitted to Practice in Texas, 1970; U.S. Supreme Court, 1974.

Admitted to Practice - U.S. Court of Appeals, Fifth, Ninth, Tenth and Eleventh Circuits

Admitted to Practice - All U.S. District Courts in Texas

Member - Texas, Houston, Fifth Circuit, Federal and American Bar Associations

## PROFESSIONAL ACHIEVEMENTS

AV® Preeminent Peer and Judiciary rating, Martindale-Hubbell® (highest attorney rating)

Texas Super Lawyers®, A Thompson Reuters Company (2007-2010, 2015-2022), Texas Super Lawyers, Business Addition (National), 2011

Best Lawyers© (2015-2023); 2021 Lawyer of the Year - Arbitration

Appointment - Attorney Admissions Committee, United States District Court for the Southern District of Texas (two terms, 2006-2014, Chair 2014)

Federal Bar Association, South District of Texas Chapter (Past President, 2002-2003; Board Member, 2000 - 2009; National Council Representative, 2003-2004, 2009)

University of Texas School of Law Annual Conference on Securities Regulation & Business Law (Planning Committee Member, 2010-2014; Speaker/Panelist, 2009-2011, 2013, 2015, 2016)

## PROFESSIONAL ASSOCIATIONS

Life Fellow - Texas Bar Foundation, Houston Bar Foundation, College of the State Bar of Texas

American Inns of Court, Garland R. Walker Inn (2000-present); Executive Director (2012-2018)

Member - American Bar Association, Section of Litigation: Class Action and Derivative Suits Committee (current member of programming subcommittee); 1987-89 Chair, Commercial Banking and Financial Institutions; 1989 Director, Division IV, Procedural Committees; past member of Task Forces on Public Dialogue, Jury Initiatives and Institute for Trial Practice; Past Co-Chair, Committees on Trial Practice, Procedural, C.L.E., and Pretrial Practice and Discovery

Member, Chinquapin Preparatory School Board of Trustees

## RECENT PUBLICATIONS AND SPEAKING ENGAGEMENTS

"Does Halliburton II Allow Defendants to Prove a Lack of "Correctness" to Defeat Class Certification?", Texas Journal of Business Law, Vol. 47, No. 1, Winter 2017 – Co-author

"Hot Issues in Private Securities Litigation - State and Federal", February 11, 2015, 38th Annual Conference on Securities and Business Law, speaker

"Basic-ally the Same?  How the Supreme Court's Halliburton II Decision Will Impact Securities Fraud Class Actions", February 13, 2015, 37 Annual Conference on Securities Regulation and Business Law – speaker and co-author

"*Halliburton II*: Supreme Court Clarifies Longstanding Securities Fraud Class Certification  Issue", Texas Journal of Business Law, Vol. 46, No. 1, Fall 2014 – Co-author

"Perspectives on Arbitration - Do's and Don'ts", May 2, 2014, Houston Bar Association ADR Section's 2014 Annual Conference on ADR

"Halliburton's Second Trip to Supreme Court: Basic-ally the End of Securities Fraud Class Actions?", Co-Author, published April 2014, Business Law Section State Bar of Texas (online)

"Just a Game of "Gotcha"? Emerging Standards Concerning Preservation (and Spoliation) of Electronically Stored Information", February 14, 2013, University of Texas School of Law's 35th Annual Conference on Securities Regulation and Business Law

"Federal and State Securities Litigation: Where Are We Now?", February 11, 2011, University of Texas School of Law's 33rd Annual Conference on Securities Regulation and Business Law - moderator for speaker panel

"Litigation Opportunities in Light of New Financial Reform Laws", October 28, 2010, University of Texas School of Law's 34th Annual Page Keeton Civil Litigation Conference

"Securities Litigation: Ponzi Schemes and Scams from Maddoff to Stanford", February 12, 2010, University of Texas School of Law's 32nd Annual Conference on Securities Regulation and Business Law - moderator for speaker panel

"Fifth Circuit Class Certification Update: Is Fraud-on-the-Market Alive and Well in the Fifth Circuit? An Analysis of *Oscar Private Equity Investments vs. Allegiance Telecom, Inc.* and Its Effect on Subsequent Cases", February 12, 2009 UT School of Law 31st Annual Conference on Securities Regulation and Business Law

# THANE TYLER SPONSEL III
*Member/Attorney at Law*

## AREAS OF PRACTICE

Complex Commercial/Business Litigation; Energy/Oil & Gas Litigation; Construction Litigation; Employment Litigation; Real Property Litigation; Foreclosures; Personal Injury Litigation; Transportation Litigation; Product Liability Litigation; Liens/Lien Litigation; Debt Collection; Post Judgment Collection; Family Law Litigation; Securities Fraud; Securities Class Actions; Arbitrations; Investigations; Corporate/Offering Due Diligence; Real Property Transactions; Oil & Gas Transactions; Complex Commercial Transactions; Lease Transactions; Supplier and Distributor Transactions; Employment Agreements and Transactions; Corporate Formation and Entity Structuring; General Corporate Transactions

## BAR ADMISSIONS

Texas, 2006

U.S. District Court Southern District of Texas, 2007

U.S. District Court Northern District of Texas, 2007

U.S. District Court Eastern District of Texas, 2013

## EDUCATION

South Texas College of Law, Houston, Texas, 2006, Doctor of Jurisprudence

*Honors: Cum Laude*
*Honors:* Phi Delta Phi Award
*Honors:* Order of Lytae
*Honors:* Student Member of the Burta Rhodes Raborn Inns of Court
*Honors:* Mediation Certificate of Support from HISD South Region.

Texas A&M University, College Station, Texas, 2003, Bachelor of Business Administration

## EXPERIENCE

Sponsel Miller Greenberg PLLC
Member/Attorney at Law
December 2014 - Present

Schwartz, Junell, Greenberg & Oathout
Associate Attorney
August 2006 – December 2014

Handled complex commercial/business litigation, energy/oil & gas litigation, construction litigation, employment litigation, real property litigation, foreclosures, personal injury litigation, transportation litigation, product liability litigation, liens/lien litigation, debt collection, post judgment collection, family law litigation, securities fraud, securities fraud class actions, arbitrations, investigations, corporate/offering due diligence, real property transactions, oil & gas transactions, complex commercial transactions, lease transactions, supplier and distributor transactions, employment agreement and transactions, corporate formation and entity structuring, and general corporate transactions.  Responsible for handling a variety of cases ranging in value and legal and factual complexity as first and second chair.  Also, handled various transactional matters for certain clients serving as outside general counsel, including but not limited to negotiating and drafting lease agreements, reviewing/revising master service agreements, drafting supplier and distributor agreements, employment agreements including covenants not to compete, joint operating agreements, and corporate formation and structuring documents.

## PROFESSIONAL ASSOCIATIONS

State Bar of Texas, Member

Texas Bar Association, Member

Houston Bar Association, Member

## PROFESSIONAL RECOGNITION

Pro Bono College of the State Bar of Texas, Member for 2012 & 2013

Texas Super Lawyers®, A Thompson Reuters™ Company, 2016

## WRITINGS & PUBLICATIONS

"Halliburton's Second Trip to Supreme Court: Basic-ally the End of Securities Fraud Class Actions?" - Co-Author, published April 2014, Business Law Section State Bar of Texas (online)

"Fifth Circuit Class Certification Update: Is Fraud-on-the-Market Alive and Well in the Fifth Circuit? An Analysis of Oscar Private Equity Investments vs. Allegiance Telecom, Inc. and Its Effect on Subsequent Cases", February 12, 2009 UT School of Law 31st Annual Conference on Securities Regulation and Business Law

# BENJAMIN P. MILLER
*Member/Attorney at Law*

## AREAS OF PRACTICE

### REAL ESTATE LAW
<u>Practice Summary</u>

· Board Certified in Commercial Real Estate Law, Texas Board of Legal Specialization

· Counseling developers throughout the development process, including purchases, zoning & land use, platting, local government incentives, title & title insurance, environmental issues, financing, construction, leasing & sale

· Representing lenders & borrowers in loan drafting & negotiation, lien enforcement, workouts & intercreditor issues

· Counseling owners on title and land use matters ranging from curing title defects & building chains of title, to establishing condominium declarations, reciprocal easements & deed restrictions

· Representing landlords and tenants in lease negotiation, amendment, enforcement & workout

<u>Recent Transactions</u>

· Represented a developer in conjunction with an agreement with a city under Chapter 380 of the Local Government Code, including related leasing, land swaps, zoning, road closures & financing matters

· Represented a developer of a Texas Hill Country town-center-style mixed-use retail/residential/governmental project in acquiring land; managing title issues; negotiating easements, restrictive covenants & operating agreements; and closing a public right-of-way

· Represented numerous private lenders in making, modifying & enforcing commercial mortgages

· Advised a developer on environmental matters, including violations of CERCLA, Clean Water Act & Texas statutes

· Represented a restaurant chain in acquiring land for future locations and refinancing its entire portfolio

· Represented a real estate developer in its redevelopment of several city blocks into a retail/office mixed use tower project, including negotiation of a design/build construction agreement and leasing, financing & land use issues

· Advised an oilfield services company on title & property tax issues related to its acquisition of adjacent properties

· Past engagements have involved numerous classes of real estate, including multifamily, retail, office, warehouse, industrial, mixed use, medical, undeveloped & agricultural properties

· Real estate clients include real estate developers, property managers, brokers, lenders,

borrowers, landlords, tenants, buyers, sellers, contractors, architects, engineers, mineral owners, and investors

## CONSTRUCTION LAW

Practice Summary

- Representing owners and contractors in negotiating construction agreements, including the AIA forms
- Representing design professionals in their relationships with owners and owners' lenders
- Counseling owners and contractors regarding permitting and code issues
- Representing developers in negotiating construction financing with banks and private lenders
- Representing owners and contractors in lien, bonding, and related issues

Recent Transactions

- Counseled client on proposed LEED Silver Certification of office building
- Counseled a property owner in construction matters related to infrastructure required for plat approval
- Represented a lender in a multi-million dollar construction loan for a partially-built hotel, including related intercreditor subordination and mechanics' lien issues
- Represented a developer in terminating its general contractor and removing a subcontractor's lien
- Represented a shopping center in a dispute with its general contractor related to draws and lien releases

## CORPORATE LAW

Practice Summary

- Forming & structuring business entities (corporations, limited liability companies, general and limited partnerships, special purpose entities, non-profit corporations, joint ventures & other entities), including tax planning, liability protection, and multi-tiered or multi-entity structures
- Advising directors and officers regarding their fiduciary duties, rights, and obligations
- Representing companies in issuances of equity to employees and advisors
- Representing issuers and investors in private issuances involving equity and debt
- Representing acquirers, acquirees, and shareholders in mergers, acquisitions, and strategic investments
- Preparing shareholder agreements, especially those for voting, buy-sell, drag/tag along, and pre-emptive rights

Recent Transactions

- Advised a real estate development company in the private placement of several million dollars of equity, including the Regulation D implications and preparing a private placement memorandum
- Represented the acquirer of a plastics manufacturing firm, including related financing matters

- Represented lender in a convertible loan transaction and related stock and warrant purchases with a mining company, including related Hart-Scott-Rodino compliance issues
- Counseled a quantative strategy hedge fund on formation and structural matters, including general partner rights
- Represented an e-commerce start-up in its private placement of common stock under Regulation D
- Represented a iPhone game developer in its founder and advisor equity issuances, and its subsequent private placement of Series A Preferred Stock
- Represented a partner in several partnerships in the 'business divorce' from other partners that included the acquisition of controlling interests in 4 entities and the disposition of large stakes in 3 other entities
- Represented the purchaser of a multi-million dollar hospitality business (including a motel and marina) in negotiating the stock acquisition and conducting the due diligence investigation

**BUSINESS LAW**

Practice Summary

- Representing clients regarding a wide variety of business transactions, ranging from recurring day-to-day transactions to bet-the-business matters
- Advising clients on entity formation, financing, and corporate matters
- Representing clients in drafting and negotiating their agreements with vendors and customers, including manufacturing, supply and distribution transactions; franchise compliance and documentation; consulting and contracting agreements; equipment leasing and acquisition; and product warranties
- Advising clients on trade secret protection and intellectual property matters
- Advising employers on agreements with key employees, including confidentiality and non-compete covenants

Recent Transactions

- Represented a gas turbine components manufacturer in its supply agreements with its Fortune 500 customers
- Represented an e-commerce start-up in its formation, founder equity issuance and vesting, confidentiality agreements, revolving credit facility for operating capital, joint ventures with trade groups, and terms of service
- Represented a software and internet development firm in business planning, software and website licensing and distribution issues, employment and confidentiality matters, and tax planning
- Advised an alternative energy consulting firm on equity private placements, small business borrowing, and consulting and employment agreements
- Represented a technology services firm in its purchase, sale and rental agreements with original equipment manufacturers (OEM) and end-user clients for servers, disaster recovery devices and other equipment

- Represented a hotel developer in negotiating its management agreement with a hotel management firm
- Represented a fuel dealer in negotiating a long-term petroleum distribution agreement
- Business clients include manufacturing companies, oil and gas service companies, consultants, food manufacturers, technology resellers, recycling companies, professional services firms, advertising firms, software companies, retail operators, and alternative energy dealers

**TECHNOLOGY LAW**
Practice Summary
- Representing businesses in acquiring, selling, and licensing technologies
- Representing technology firms in private financings, from seed capital and convertible notes, to more complex preferred stock offerings featuring significant investor rights
- Representing companies in the development of new technologies, including joint ventures and technology development agreements with strategic allies
- Represented companies in establishing manufacturing and distribution relationships, particularly those that 'bring to market' or commercialize new products and ideas
- Advising businesses on intellectual property registration, assignment, and protection
- Advising businesses on outsourcing relationships, website terms of service, and privacy policies

Recent Transactions
- Represented an iPhone app developer in intellectual property matters and agreements with project-based clients
- Represented the acquirer of license and distribution rights to a carbon emission reduction technology for commercial gasoline and diesel engines
- Represented a game studio in a joint venture to develop and bring to market an Android product
- Represented a website development firm its agreement with a nationally-known rehabilitation hospital
- Represented an e-commerce start-up in its acquisition of domain names and its privacy policies
- Technology clients include on software developers, internet and e-commerce firms, technology resellers, CleanTech companies, and information technology service companies

**TAX LAW**
Practice Summary
- Advising partnerships and limited liability companies on pass-through and disregarded entity taxation
- Advising corporations on corporate taxation and Subchapter S elections
- Advising owners on issues related to self-employment tax
- Advising businesses on employment tax, franchise tax, sales tax, and state tax matters

- Representing property owners in tax-deferred exchanges
- Representing businesses on merger taxation matters, including tax-free mergers
- Advising foreign entities on non-resident alien taxation and withholdings

Recent Transactions

- Represented the purchaser of a multi-million dollar hospitality business in negotiating a stock purchase agreement and on tax avoidance strategies under Internal Revenue Code section 338 for an eventual merger
- Advised high-growth technology start ups on the use of an 83(b) election on unvested shares
- Advised an Abu Dhabi-based holding group on issues related to foreign entity tax (including those for U.A.E., British Virgin Islands, and U.K. entities), Texas and Florida sales tax, withholdings, and related entity transactions
- Advised a group of Mexican nationals on non-resident alien taxation and withholding issues
- Counseled numerous entities on Subchapter S elections and related self-employment tax matters

## EXPERIENCE

Sponsel Miller Greenberg, PLLC
Member/Attorney at Law
December 2014 - Present

Benjamin P. Miller PLLC
Member/Attorney at Law
November 2006 – December 2014

## ADMISSIONS

Supreme Court of Texas

United States District Court for the Southern District of Texas

United States Tax Court

All U.S. District Courts in Texas

## EDUCATION

*J.D.*, South Texas College of Law (Articles Editor, *Corporate Counsel Review*)

*B.S.*, University of Texas at Austin

## CERTIFICATIONS & HONORS

Board Certified in Commercial Real Estate Law, Texas Board of Legal Specialization

Texas SuperLawyers Rising Star, *Texas Monthly Magazine* (2014-2015)

Top Lawyer, *Houstonia Magazine* (2013-2014)

Houston's Top Lawyers, *HTexas Magazine* (2013-2014)

Professional on the Fast Track, *HTexas Magazine* (2009)

Rated "Superb", *Avvo* (Current)

## PROFESSIONAL MEMBERSHIPS & ACTIVITIES

Texas Board of Legal Specialization: *Real Estate Law Paralegal Commission* (2012-Present)

Corporate Compliance Center: *Best Practices Survey Steering Committee* (2007)

College of the State Bar of Texas: Member (2008-Present)

State Bar of Texas: *Business Law; Oil, Gas & Energy Resources Law; Construction Law; Computer & Technology; Corporate Counsel; and Real Estate, Probate & Trust Law Sections*

Houston Bar Association: *Real Estate; Mergers & Acquisitions; Corporate Counsel; Construction; and Oil, Gas & Mineral Sections*

## WRITINGS & PUBLICATIONS

*Clickwraps, Browsewraps, Shrinkwraps, and Other Electronic Contracts* (in progress).

*Changing the Way Your Dirt is Taxed: Margin Tax Pitfalls for the Real Estate Practitioner*, SOC. SCI. RES. NETWORK.

*GNU GPL Distribution Fees and Their Limitations*, SOC. SCI. RES. NETWORK.

*Forget Something? No Litigation Hold Means Big Sanctions*, 4 ST. B. TEX. CORP. COUNS. NEWSL. 21.

*Hostile Work Environments Aren't Just Sexual Harassment Anymore*, 4 ST. B. TEX. CORP. COUNS. NEWSL. 31.

*Title VII Affirmative Defense in the Real World*, SOC. SCI. RES. NETWORK.

*Warrant Holders, Anti-Destruction Clauses, and When There is a Covenant of Good Faith*, SOC. SCI. RES. NETWORK.

## SELECTED SPEECHES & PRESENTATIONS

*3 Considerations for Founders Before Starting a Company*

*10 Considerations for Small Businesses Before Signing That Lease*

*Protecting the Small Business*

*Title Objections Under the TREC Forms*

*Contracts: the Good, the Bad and the Ugly (Formation, the UCC and Gaining Advantages)*

*Commercial Real Estate Development: Ten Hurdles to Taking a Property from Dirt to Done*

*Real Estate Transactions and Pitfalls*