**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| JASON SHIM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DZS INC., CHARLES DANIEL VOGT, and MISTY KAWCKI,<br><br>Defendants. | No. 4:23-cv-00549-SDJ |
| KEITH LINK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DZS INC., CHARLES DANIEL VOGT, and MISTY KAWCKI,<br><br>Defendants. | No. 4:23-cv-00603-SDJ |
| ROBERT CODY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DZS INC., CHARLES DANIEL VOGT, and MISTY KAWCKI,<br><br>Defendants. | No. 4:23-cv-00713-SDJ |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF
THE FREEDOM BUSINESS TRUST AND THE LIFE TRUST'S MOTION FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF CO-LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movant The Freedom Business Trust and The Life Trust ("Movant").

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation, appointment as Lead Plaintiff, and approval of its selection of Scott+Scott and The Schall Law Firm ("SLF") as Co-Lead Counsel for the Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:      Notice published June 14, 2023, via *BusinessWire*, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:      Notice published August 9, 2023, via *Newsfile*;

Exhibit C:      Movant's PSLRA Certification;

Exhibit D:      Movant's Loss Chart;

Exhibit E:      Scott+Scott's firm resume; and

Exhibit F:      SLF firm resume.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 14th day of August 2023.

*Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

1