# EXHIBIT B

# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against DZS Inc. (DZSI)

New York, New York--(Newsfile Corp. - August 9, 2023) - Scott+Scott Attorneys at Law LLP (https://scott-scott.com/case/dzs-inc/) ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit in the Eastern District of Texas against DZS Inc. ("DZS" or the "Company") (NASDAQ: DZSI), DZS President and Chief Executive Officer, Charles Daniel Vogt, and DZS Chief Financial Officer, Misty Kawecki (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons or entities that purchased or otherwise acquired DZS securities between August 2, 2022 and June 1, 2023, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Scott+Scott is captioned: *Cody v. DZS Inc.*, Case No. 4:23-cv-00713.

Plano, Texas-based DZS is a provider of fiber access and optical telecommunications networking and cloud software technology. The complaint alleges that, during the Class Period, Defendants issued several false and misleading statements and/or failed to disclose adverse facts about the Company's internal control over financial reporting, which, as a result, caused the Company to issue financial statements that contained material errors.

On June 1, 2023, DZS revealed that an accounting error related to the timing of revenue recognition with respect to certain customer projects required the Company to restate certain unaudited condensed consolidated financial statements and notes thereto, as well as to amend, among other related disclosures, its Management's Discussion and Analysis of Financial Condition and Results of Operations. In addition, DZS withdrew its 2Q earnings guidance and announced that it was adjusting its full-year guidance.

On this news, the price of DZS common stock declined $2.17 per share, or 36%, to close at $3.82 per share on June 1, 2023.

**Lead Plaintiff Deadline**

If you purchased DZS common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff.

**If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Eastern District of Texas no later than August 14, 2023**. The lead plaintiff is a court-appointed representative for absent class members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

**What You Can Do**

You may contact an attorney to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You may retain counsel of your choice to represent you in the Class Action.

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.

**CONTACT:**

Jonathan Zimmerman
**Scott+Scott Attorneys at Law LLP** (https://scott-scott.com/case/dzs-inc/)
**230 Park Avenue, 17th Floor, New York, NY 10169**
**(888) 398-9312**
**jzimmerman@scott-scott.com** (mailto:jzimmerman@scott-scott.com)



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/176642
(https://www.newsfilecorp.com/release/176642)