# EXHIBIT C

**CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS**

1.      We, Jordan Kanter, as General Managing Member for trustee Victory Financial Services, LLC, and Yvonne R. Wong as individual trustee, on behalf of The Freedom Business Trust and The Life Trust (collectively, the "Trusts"), have authority to bind the Trusts and enter into litigation on the Trusts behaves, and make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      We have reviewed a Complaint against DZS Inc. ("DZS" or the "Company") and authorize the filing of a lead plaintiff motion on behalf of the Trusts.

3.      The Trusts did not purchase or acquire DZS securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      The Trusts are willing to serve as representative parties on behalf of a Class of investors who purchased or acquired DZS securities during the class period as defined in the Complaint, including providing testimony at deposition and trial, if necessary. We understand that the Court has the authority to select the most adequate lead plaintiff(s) in this action.

5.      The attached sheet (Schedule "A") lists all of the Trusts' transactions in DZS securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, the Trusts have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      The Trusts agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond their pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class as ordered or approved by the Court.

DocuSign Envelope ID: 90EE09F6-AA26-4B62-9279-5F1A845AD1B7

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct this day of __8/14/2023_____.

DocuSigned by:

*Jordan kanter*

436C77E6A304408...

**VICTORY FINANCIAL SERVICES, LLC**
**JORDAN KANTER, General Managing**
**Member**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct this day of __8/14/2023_____.

_____
**YVONNE R. WONG**

# Schedule A

**DZS INC**                           **Ticker:**  **DZSI**     **Cusip:**   **268211109**
Class Period: 08/02/2022 to 06/01/2023

**The Life Trust**

|  | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 10/13/2022 | 1,000 | $11.80 |
| | 10/13/2022 | 1,000 | $11.80 |
| | 10/13/2022 | 1,000 | $11.90 |
| | 10/13/2022 | 1,000 | $11.91 |
| | 10/13/2022 | 958 | $12.26 |
| | 10/13/2022 | 842 | $12.27 |
| | 10/13/2022 | 798 | $11.82 |
| | 10/13/2022 | 689 | $11.74 |
| | 10/13/2022 | 607 | $11.61 |
| | 10/13/2022 | 500 | $11.93 |
| | 10/13/2022 | 304 | $11.64 |
| | 10/13/2022 | 300 | $11.92 |
| | 10/13/2022 | 200 | $11.78 |
| | 10/13/2022 | 200 | $11.87 |
| | 10/13/2022 | 200 | $11.88 |
| | 10/13/2022 | 200 | $11.90 |
| | 10/13/2022 | 200 | $11.90 |
| | 10/13/2022 | 200 | $11.90 |
| | 10/13/2022 | 200 | $11.93 |
| | 10/13/2022 | 200 | $11.94 |
| | 10/13/2022 | 200 | $11.95 |
| | 10/13/2022 | 200 | $11.95 |
| | 10/13/2022 | 200 | $11.95 |
| | 10/13/2022 | 200 | $11.95 |

| | | |
|---|---|---|
| 10/13/2022 | 200 | $11.95 |
| 10/13/2022 | 200 | $11.97 |
| 10/13/2022 | 200 | $11.98 |
| 10/13/2022 | 200 | $11.99 |
| 10/13/2022 | 200 | $11.99 |
| 10/13/2022 | 200 | $11.99 |
| 10/13/2022 | 200 | $11.99 |
| 10/13/2022 | 200 | $12.00 |
| 10/13/2022 | 200 | $12.00 |
| 10/13/2022 | 200 | $12.00 |
| 10/13/2022 | 200 | $12.00 |
| 10/13/2022 | 200 | $12.00 |
| 10/13/2022 | 200 | $12.00 |
| 10/13/2022 | 200 | $12.26 |
| 10/13/2022 | 200 | $12.26 |
| 10/13/2022 | 200 | $12.27 |
| 10/13/2022 | 200 | $12.27 |
| 10/13/2022 | 200 | $12.28 |
| 10/13/2022 | 200 | $12.28 |
| 10/13/2022 | 200 | $12.29 |
| 10/13/2022 | 200 | $12.29 |
| 10/13/2022 | 200 | $12.30 |
| 10/13/2022 | 200 | $12.30 |
| 10/13/2022 | 200 | $12.36 |
| 10/13/2022 | 200 | $12.42 |
| 10/13/2022 | 200 | $12.43 |
| 10/13/2022 | 200 | $12.43 |
| 10/13/2022 | 200 | $12.45 |
| 10/13/2022 | 200 | $12.45 |
| 10/13/2022 | 200 | $12.46 |
| 10/13/2022 | 200 | $12.46 |
| 10/13/2022 | 200 | $12.46 |
| 10/13/2022 | 200 | $12.47 |
| 10/13/2022 | 200 | $12.48 |

| Date | Quantity | Price |
|---|---|---|
| 10/13/2022 | 200 | $12.48 |
| 10/13/2022 | 200 | $12.49 |
| 10/13/2022 | 200 | $12.49 |
| 10/13/2022 | 200 | $12.50 |
| 10/13/2022 | 200 | $12.50 |
| 10/13/2022 | 200 | $12.51 |
| 10/13/2022 | 200 | $12.51 |
| 10/13/2022 | 200 | $12.51 |
| 10/13/2022 | 200 | $12.51 |
| 10/13/2022 | 200 | $12.52 |
| 10/13/2022 | 200 | $12.53 |
| 10/13/2022 | 200 | $12.55 |
| 10/13/2022 | 200 | $12.55 |
| 10/13/2022 | 200 | $12.55 |
| 10/13/2022 | 200 | $12.55 |
| 10/13/2022 | 200 | $12.55 |
| 10/13/2022 | 200 | $12.55 |
| 10/13/2022 | 200 | $12.57 |
| 10/13/2022 | 200 | $12.58 |
| 10/13/2022 | 200 | $12.58 |
| 10/13/2022 | 200 | $12.58 |
| 10/13/2022 | 200 | $12.58 |
| 10/13/2022 | 200 | $12.58 |
| 10/13/2022 | 200 | $12.60 |
| 10/13/2022 | 200 | $12.60 |
| 10/13/2022 | 200 | $12.61 |
| 10/13/2022 | 200 | $12.62 |
| 10/13/2022 | 200 | $12.62 |
| 10/13/2022 | 200 | $12.62 |
| 10/13/2022 | 200 | $12.62 |
| 10/13/2022 | 200 | $12.64 |
| 10/13/2022 | 200 | $12.64 |
| 10/13/2022 | 199 | $12.51 |
| 10/13/2022 | 171 | $12.55 |

| | | |
|---|---|---|
| 10/13/2022 | 167 | $11.94 |
| 10/13/2022 | 166 | $12.44 |
| 10/13/2022 | 107 | $11.73 |
| 10/13/2022 | 100 | $11.92 |
| 10/13/2022 | 100 | $11.92 |
| 10/13/2022 | 100 | $11.93 |
| 10/13/2022 | 100 | $12.54 |
| 10/13/2022 | 100 | $12.55 |
| 10/13/2022 | 87 | $11.65 |
| 10/13/2022 | 67 | $11.93 |
| 10/13/2022 | 34 | $12.43 |
| 10/13/2022 | 33 | $11.90 |
| 10/13/2022 | 33 | $11.92 |
| 10/13/2022 | 29 | $12.54 |
| 10/13/2022 | 4 | $11.75 |
| 10/13/2022 | 2 | $11.63 |
| 10/13/2022 | 2 | $11.89 |
| 10/13/2022 | 1 | $12.50 |
| 10/14/2022 | 2,000 | $12.55 |
| 10/14/2022 | 2,000 | $12.58 |
| 10/14/2022 | 200 | $12.11 |
| 10/14/2022 | 200 | $12.12 |
| 10/14/2022 | 200 | $12.13 |
| 10/14/2022 | 200 | $12.13 |
| 10/14/2022 | 200 | $12.13 |
| 10/14/2022 | 200 | $12.13 |
| 10/14/2022 | 200 | $12.13 |
| 10/14/2022 | 200 | $12.14 |
| 10/14/2022 | 200 | $12.15 |
| 10/14/2022 | 200 | $12.15 |
| 10/14/2022 | 200 | $12.15 |
| 10/14/2022 | 200 | $12.17 |
| 10/14/2022 | 200 | $12.17 |
| 10/14/2022 | 200 | $12.18 |

| Date | Quantity | Price |
|---|---|---|
| 10/14/2022 | 200 | $12.20 |
| 10/14/2022 | 200 | $12.21 |
| 10/14/2022 | 200 | $12.21 |
| 10/14/2022 | 200 | $12.21 |
| 10/14/2022 | 200 | $12.22 |
| 10/14/2022 | 200 | $12.22 |
| 10/14/2022 | 200 | $12.45 |
| 10/14/2022 | 200 | $12.45 |
| 10/14/2022 | 200 | $12.45 |
| 10/14/2022 | 200 | $12.45 |
| 10/14/2022 | 200 | $12.48 |
| 10/14/2022 | 200 | $12.48 |
| 10/14/2022 | 200 | $12.48 |
| 10/14/2022 | 200 | $12.49 |
| 10/14/2022 | 200 | $12.50 |
| 10/14/2022 | 200 | $12.50 |
| 10/14/2022 | 200 | $12.51 |
| 10/14/2022 | 200 | $12.51 |
| 10/14/2022 | 200 | $12.55 |
| 10/14/2022 | 200 | $12.58 |
| 10/14/2022 | 200 | $12.60 |
| 10/14/2022 | 200 | $12.60 |
| 10/14/2022 | 200 | $12.60 |
| 10/14/2022 | 200 | $12.60 |
| 10/14/2022 | 200 | $12.63 |
| 10/14/2022 | 200 | $12.63 |
| 10/14/2022 | 200 | $12.63 |
| 10/14/2022 | 200 | $12.63 |
| 10/14/2022 | 200 | $12.63 |
| 10/14/2022 | 200 | $12.65 |
| 10/14/2022 | 200 | $12.65 |
| 10/14/2022 | 200 | $12.65 |
| 10/14/2022 | 200 | $12.65 |
| 10/14/2022 | 200 | $12.65 |

| | | |
|---|---|---|
| 10/14/2022 | 200 | $12.65 |
| 10/14/2022 | 200 | $12.65 |
| 10/14/2022 | 200 | $12.70 |
| 10/14/2022 | 200 | $12.70 |
| 10/14/2022 | 200 | $12.70 |
| 10/14/2022 | 200 | $12.75 |
| 10/14/2022 | 200 | $12.75 |
| 10/14/2022 | 200 | $12.75 |
| 10/14/2022 | 174 | $12.12 |
| 10/14/2022 | 162 | $12.23 |
| 10/14/2022 | 158 | $12.17 |
| 10/14/2022 | 139 | $12.17 |
| 10/14/2022 | 118 | $12.14 |
| 10/14/2022 | 61 | $12.16 |
| 10/14/2022 | 52 | $12.14 |
| 10/14/2022 | 42 | $12.16 |
| 10/14/2022 | 33 | $12.22 |
| 10/14/2022 | 30 | $12.14 |
| 10/14/2022 | 26 | $12.12 |
| 10/14/2022 | 5 | $12.21 |
| 10/17/2022 | 1,000 | $12.99 |
| 10/17/2022 | 1,000 | $13.02 |
| 10/17/2022 | 1,000 | $13.10 |
| 10/17/2022 | 1,000 | $13.11 |
| 10/17/2022 | 1,000 | $13.13 |
| 10/17/2022 | 753 | $13.00 |
| 10/17/2022 | 247 | $13.00 |
| 10/17/2022 | 200 | $12.78 |
| 10/17/2022 | 200 | $12.82 |
| 10/17/2022 | 200 | $12.97 |
| 10/17/2022 | 200 | $12.97 |
| 10/17/2022 | 200 | $12.98 |
| 10/17/2022 | 200 | $12.98 |
| 10/17/2022 | 200 | $13.00 |

| | | |
|---|---|---|
| 10/17/2022 | 200 | $13.01 |
| 10/17/2022 | 200 | $13.01 |
| 10/17/2022 | 200 | $13.02 |
| 10/17/2022 | 200 | $13.03 |
| 10/17/2022 | 200 | $13.03 |
| 10/17/2022 | 200 | $13.03 |
| 10/17/2022 | 200 | $13.05 |
| 10/17/2022 | 200 | $13.05 |
| 10/17/2022 | 200 | $13.05 |
| 10/17/2022 | 200 | $13.05 |
| 10/17/2022 | 200 | $13.05 |
| 10/17/2022 | 200 | $13.05 |
| 10/17/2022 | 200 | $13.05 |
| 10/17/2022 | 200 | $13.05 |
| 10/17/2022 | 200 | $13.06 |
| 10/17/2022 | 200 | $13.06 |
| 10/17/2022 | 200 | $13.06 |
| 10/17/2022 | 200 | $13.06 |
| 10/17/2022 | 200 | $13.06 |
| 10/17/2022 | 200 | $13.06 |
| 10/17/2022 | 200 | $13.06 |
| 10/17/2022 | 200 | $13.07 |
| 10/17/2022 | 200 | $13.07 |
| 10/17/2022 | 200 | $13.07 |
| 10/17/2022 | 200 | $13.07 |
| 10/17/2022 | 200 | $13.07 |
| 10/17/2022 | 200 | $13.07 |
| 10/17/2022 | 200 | $13.08 |
| 10/17/2022 | 200 | $13.08 |
| 10/17/2022 | 200 | $13.08 |
| 10/17/2022 | 200 | $13.09 |
| 10/17/2022 | 200 | $13.09 |
| 10/17/2022 | 200 | $13.09 |

| Date | Quantity | Price |
|---|---|---|
| 10/17/2022 | 200 | $13.09 |
| 10/17/2022 | 200 | $13.10 |
| 10/17/2022 | 200 | $13.10 |
| 10/17/2022 | 200 | $13.10 |
| 10/17/2022 | 200 | $13.11 |
| 10/17/2022 | 200 | $13.11 |
| 10/17/2022 | 200 | $13.12 |
| 10/17/2022 | 200 | $13.12 |
| 10/17/2022 | 200 | $13.15 |
| 10/17/2022 | 200 | $13.15 |
| 10/17/2022 | 200 | $13.15 |
| 10/17/2022 | 200 | $13.18 |
| 10/17/2022 | 200 | $13.20 |
| 10/17/2022 | 200 | $13.22 |
| 10/17/2022 | 200 | $13.22 |
| 10/17/2022 | 200 | $13.22 |
| 10/17/2022 | 200 | $13.24 |
| 10/17/2022 | 200 | $13.25 |
| 10/17/2022 | 200 | $13.28 |
| 10/17/2022 | 200 | $13.29 |
| 10/17/2022 | 200 | $13.30 |
| 10/17/2022 | 200 | $13.30 |
| 10/17/2022 | 200 | $13.31 |
| 10/17/2022 | 200 | $13.31 |
| 10/17/2022 | 200 | $13.33 |
| 10/17/2022 | 200 | $13.35 |
| 10/17/2022 | 197 | $12.99 |
| 10/17/2022 | 190 | $13.00 |
| 10/17/2022 | 179 | $13.09 |
| 10/17/2022 | 167 | $13.30 |
| 10/17/2022 | 167 | $13.33 |
| 10/17/2022 | 162 | $13.31 |
| 10/17/2022 | 161 | $13.34 |
| 10/17/2022 | 158 | $13.13 |

| Date | Quantity | Price |
|---|---|---|
| 10/17/2022 | 134 | $13.28 |
| 10/17/2022 | 126 | $13.06 |
| 10/17/2022 | 103 | $13.04 |
| 10/17/2022 | 102 | $13.09 |
| 10/17/2022 | 100 | $12.97 |
| 10/17/2022 | 100 | $13.02 |
| 10/17/2022 | 98 | $13.00 |
| 10/17/2022 | 97 | $13.00 |
| 10/17/2022 | 74 | $13.06 |
| 10/17/2022 | 66 | $13.30 |
| 10/17/2022 | 60 | $12.99 |
| 10/17/2022 | 42 | $13.12 |
| 10/17/2022 | 38 | $13.30 |
| 10/17/2022 | 33 | $13.29 |
| 10/17/2022 | 33 | $13.33 |
| 10/17/2022 | 31 | $13.02 |
| 10/17/2022 | 26 | $13.35 |
| 10/17/2022 | 21 | $13.08 |
| 10/17/2022 | 13 | $13.33 |
| 10/17/2022 | 10 | $13.00 |
| 10/17/2022 | 4 | $13.01 |
| 10/17/2022 | 4 | $13.03 |
| 10/17/2022 | 3 | $12.97 |
| 10/17/2022 | 1 | $13.00 |
| 10/18/2022 | 200 | $13.75 |
| 10/18/2022 | 200 | $13.87 |
| 10/18/2022 | 200 | $13.88 |
| 10/18/2022 | 200 | $13.90 |
| 10/18/2022 | 200 | $13.90 |
| 10/18/2022 | 200 | $13.92 |
| 10/18/2022 | 200 | $13.95 |
| 10/18/2022 | 200 | $13.95 |
| 10/18/2022 | 200 | $13.97 |
| 10/18/2022 | 200 | $13.99 |

| Date | | |
|---|---|---|
| 10/18/2022 | 200 | $13.99 |
| 10/18/2022 | 200 | $13.99 |
| 10/18/2022 | 200 | $14.00 |
| 10/18/2022 | 200 | $14.00 |
| 10/18/2022 | 200 | $14.00 |
| 10/18/2022 | 200 | $14.00 |
| 10/18/2022 | 200 | $14.00 |
| 10/18/2022 | 200 | $14.00 |
| 10/18/2022 | 200 | $14.00 |
| 10/18/2022 | 200 | $14.01 |
| 10/18/2022 | 200 | $14.01 |
| 10/18/2022 | 200 | $14.01 |
| 10/18/2022 | 200 | $14.01 |
| 10/18/2022 | 200 | $14.01 |
| 10/18/2022 | 200 | $14.02 |
| 10/18/2022 | 200 | $14.03 |
| 10/18/2022 | 200 | $14.03 |
| 10/18/2022 | 200 | $14.05 |
| 10/18/2022 | 200 | $14.05 |
| 10/18/2022 | 200 | $14.05 |
| 10/18/2022 | 200 | $14.05 |
| 10/18/2022 | 200 | $14.05 |
| 10/18/2022 | 200 | $14.05 |
| 10/18/2022 | 200 | $14.05 |
| 10/18/2022 | 200 | $14.08 |
| 10/18/2022 | 200 | $14.08 |
| 10/18/2022 | 200 | $14.12 |
| 10/18/2022 | 200 | $14.14 |
| 10/18/2022 | 200 | $14.15 |
| 10/18/2022 | 200 | $14.17 |
| 10/18/2022 | 200 | $14.18 |
| 10/18/2022 | 200 | $14.20 |
| 10/18/2022 | 200 | $14.22 |
| 10/18/2022 | 200 | $14.24 |

| Date | Quantity | Price |
| --- | --- | --- |
| 10/18/2022 | 199 | $14.08 |
| 10/18/2022 | 167 | $13.92 |
| 10/18/2022 | 100 | $13.87 |
| 10/18/2022 | 100 | $13.90 |
| 10/18/2022 | 33 | $13.90 |
| 10/18/2022 | 1 | $14.06 |
| 10/19/2022 | 200 | $13.83 |
| 10/19/2022 | 200 | $13.83 |
| 10/19/2022 | 200 | $13.85 |
| 10/19/2022 | 200 | $13.85 |
| 10/19/2022 | 200 | $13.98 |
| 10/19/2022 | 200 | $14.00 |
| 10/19/2022 | 200 | $14.00 |
| 10/19/2022 | 188 | $13.85 |
| 10/19/2022 | 167 | $13.81 |
| 10/19/2022 | 33 | $13.80 |
| 10/19/2022 | 12 | $13.82 |
| 10/20/2022 | 200 | $13.70 |
| 10/20/2022 | 200 | $13.70 |
| 10/20/2022 | 200 | $13.71 |
| 10/20/2022 | 200 | $13.72 |
| 10/20/2022 | 200 | $13.72 |
| 10/20/2022 | 200 | $13.72 |
| 10/20/2022 | 200 | $13.72 |
| 10/20/2022 | 200 | $13.73 |
| 10/20/2022 | 200 | $13.73 |
| 10/20/2022 | 200 | $13.75 |
| 10/20/2022 | 200 | $13.75 |
| 10/20/2022 | 150 | $13.75 |
| 10/20/2022 | 133 | $13.74 |
| 10/20/2022 | 100 | $13.79 |
| 10/20/2022 | 100 | $13.81 |
| 10/20/2022 | 67 | $13.73 |
| 10/20/2022 | 50 | $13.76 |

|  | | Date | Quantity | Price |
|---|---|---|---|---|
| | | 10/21/2022 | 200 | $13.85 |
| | | 10/21/2022 | 200 | $13.90 |
| | | 10/21/2022 | 200 | $13.90 |
| | | 10/21/2022 | 200 | $13.90 |
| | | 10/21/2022 | 200 | $13.90 |
| | | 10/21/2022 | 200 | $13.97 |
| | | 10/21/2022 | 200 | $14.02 |
| | | 10/21/2022 | 185 | $13.93 |
| | | 10/21/2022 | 167 | $14.02 |
| | | 10/21/2022 | 167 | $14.04 |
| | | 10/21/2022 | 151 | $13.83 |
| | | 10/21/2022 | 49 | $13.79 |
| | | 10/21/2022 | 33 | $14.03 |
| | | 10/21/2022 | 33 | $14.00 |
| | | 10/21/2022 | 15 | $13.92 |
| | | 03/14/2023 | 200 | $9.92 |
| **Sales:** | | 11/15/2022 | 99 | $14.15 |
| | | 11/15/2022 | 100 | $14.06 |
| | | 11/15/2022 | 100 | $14.17 |
| | | 11/15/2022 | 112 | $14.06 |
| | | 11/15/2022 | 200 | $14.07 |
| | | 11/15/2022 | 356 | $14.07 |
| | | 11/15/2022 | 400 | $14.16 |
| | | 11/15/2022 | 500 | $14.06 |
| | | 11/15/2022 | 500 | $14.05 |
| | | 11/15/2022 | 544 | $14.07 |
| | | 11/15/2022 | 700 | $14.09 |
| | | 11/15/2022 | 788 | $14.05 |
| | | 11/15/2022 | 1,300 | $14.13 |
| | | 11/15/2022 | 1,400 | $14.05 |
| | | 11/15/2022 | 1,500 | $14.05 |
| | | 11/15/2022 | 1,500 | $14.15 |
| | | 11/15/2022 | 1,901 | $14.15 |
| | | 11/15/2022 | 2,000 | $14.13 |

| | | |
|---|---|---|
| 11/15/2022 | 2,000 | $14.15 |
| 11/15/2022 | 2,000 | $14.19 |
| 11/15/2022 | 2,000 | $14.06 |
| 11/15/2022 | 2,000 | $14.09 |
| 11/15/2022 | 2,000 | $14.13 |
| 11/15/2022 | 2,000 | $14.13 |
| 05/24/2023 | 9,919 | $6.46 |
| 05/25/2023 | 400 | $6.42 |
| 05/25/2023 | 600 | $6.40 |
| 05/25/2023 | 1,000 | $6.43 |
| 05/25/2023 | 1,000 | $6.43 |
| 05/25/2023 | 1,000 | $6.43 |
| 05/25/2023 | 1,000 | $6.45 |
| 05/25/2023 | 1,000 | $6.45 |

# Schedule A

**DZS INC**                                    **Ticker:**   **DZSI**     **Cusip:**   **268211109**
Class Period: 08/02/2022 to 06/01/2023

**The Freedom Business Trust**

|            | DATE       | SHARES | PRICE   |
|------------|------------|--------|---------|
| Purchases: | 10/13/2022 | 2,000  | $12.63  |
|            | 10/13/2022 | 2,000  | $12.63  |
|            | 10/13/2022 | 200    | $12.65  |
|            | 10/13/2022 | 200    | $12.65  |
|            | 10/13/2022 | 200    | $12.61  |
|            | 10/13/2022 | 102    | $12.63  |
|            | 10/13/2022 | 98     | $12.63  |
|            | 10/14/2022 | 200    | $12.63  |
|            | 10/14/2022 | 200    | $12.68  |
|            | 10/14/2022 | 200    | $12.63  |
|            | 10/14/2022 | 200    | $12.63  |
|            | 10/14/2022 | 200    | $12.63  |
|            | 10/14/2022 | 200    | $12.68  |
|            | 10/14/2022 | 200    | $12.63  |
|            | 10/14/2022 | 200    | $12.63  |
|            | 10/14/2022 | 200    | $12.62  |
|            | 10/14/2022 | 200    | $12.61  |
|            | 10/14/2022 | 200    | $12.63  |
|            | 10/14/2022 | 200    | $12.60  |
|            | 10/14/2022 | 200    | $12.60  |
|            | 10/14/2022 | 200    | $12.58  |
|            | 10/14/2022 | 200    | $12.60  |
|            | 10/14/2022 | 200    | $12.58  |
|            | 10/14/2022 | 200    | $12.57  |

| Date | Quantity | Price |
|---|---|---|
| 10/14/2022 | 200 | $12.55 |
| 10/14/2022 | 200 | $12.55 |
| 10/14/2022 | 200 | $12.52 |
| 10/14/2022 | 200 | $12.57 |
| 10/14/2022 | 200 | $12.52 |
| 10/14/2022 | 200 | $12.54 |
| 10/14/2022 | 200 | $12.52 |
| 10/14/2022 | 200 | $12.50 |
| 10/14/2022 | 200 | $12.15 |
| 10/14/2022 | 200 | $12.15 |
| 10/14/2022 | 200 | $12.15 |
| 10/14/2022 | 200 | $12.15 |
| 10/14/2022 | 200 | $12.12 |
| 10/14/2022 | 200 | $12.20 |
| 10/14/2022 | 100 | $12.55 |
| 10/14/2022 | 100 | $12.54 |
| 10/17/2022 | 828 | $12.92 |
| 10/17/2022 | 301 | $12.87 |
| 10/17/2022 | 300 | $12.85 |
| 10/17/2022 | 200 | $12.93 |
| 10/17/2022 | 200 | $12.94 |
| 10/17/2022 | 200 | $12.95 |
| 10/17/2022 | 200 | $12.95 |
| 10/17/2022 | 200 | $12.96 |
| 10/17/2022 | 200 | $13.37 |
| 10/17/2022 | 200 | $13.08 |
| 10/17/2022 | 200 | $13.08 |
| 10/17/2022 | 200 | $13.07 |
| 10/17/2022 | 200 | $13.07 |
| 10/17/2022 | 200 | $13.10 |
| 10/17/2022 | 200 | $13.06 |
| 10/17/2022 | 200 | $13.08 |
| 10/17/2022 | 200 | $13.08 |
| 10/17/2022 | 200 | $13.06 |

| | | |
|---|---|---|
| 10/17/2022 | 200 | $13.04 |
| 10/17/2022 | 200 | $13.03 |
| 10/17/2022 | 200 | $13.00 |
| 10/17/2022 | 200 | $13.00 |
| 10/17/2022 | 200 | $13.00 |
| 10/17/2022 | 200 | $13.00 |
| 10/17/2022 | 200 | $12.99 |
| 10/17/2022 | 200 | $13.00 |
| 10/17/2022 | 172 | $12.92 |
| 10/17/2022 | 172 | $12.85 |
| 10/17/2022 | 100 | $13.00 |
| 10/17/2022 | 100 | $12.99 |
| 10/17/2022 | 100 | $13.00 |
| 10/17/2022 | 100 | $13.00 |
| 10/17/2022 | 100 | $12.87 |
| 10/17/2022 | 88 | $12.86 |
| 10/17/2022 | 87 | $12.99 |
| 10/17/2022 | 74 | $12.84 |
| 10/18/2022 | 200 | $13.92 |
| 10/18/2022 | 200 | $13.92 |
| 10/18/2022 | 200 | $13.91 |
| 10/18/2022 | 200 | $14.09 |
| 10/18/2022 | 200 | $14.09 |
| 10/18/2022 | 200 | $14.11 |
| 10/18/2022 | 200 | $13.96 |
| 10/18/2022 | 200 | $13.98 |
| 10/18/2022 | 195 | $13.92 |
| 10/18/2022 | 167 | $14.09 |
| 10/18/2022 | 133 | $14.04 |
| 10/18/2022 | 42 | $14.06 |
| 10/18/2022 | 33 | $14.08 |
| 10/18/2022 | 25 | $14.05 |
| 10/18/2022 | 5 | $13.90 |
| 10/19/2022 | 200 | $13.82 |

|        |            |       |         |
|--------|------------|-------|---------|
|        | 10/19/2022 | 200   | $13.72  |
|        | 10/19/2022 | 200   | $13.75  |
|        | 10/19/2022 | 200   | $13.74  |
|        | 10/19/2022 | 200   | $13.74  |
|        | 10/20/2022 | 1,000 | $13.65  |
|        | 10/20/2022 | 1,000 | $13.65  |
|        | 10/20/2022 | 1,000 | $13.60  |
|        | 10/20/2022 | 854   | $13.73  |
|        | 10/20/2022 | 200   | $13.73  |
|        | 10/20/2022 | 200   | $13.72  |
|        | 10/20/2022 | 200   | $13.74  |
|        | 10/20/2022 | 200   | $13.69  |
|        | 10/20/2022 | 200   | $13.66  |
|        | 10/20/2022 | 200   | $13.68  |
|        | 10/20/2022 | 200   | $13.69  |
|        | 10/20/2022 | 200   | $13.68  |
|        | 10/20/2022 | 200   | $13.68  |
|        | 10/20/2022 | 200   | $13.65  |
|        | 10/20/2022 | 200   | $13.69  |
|        | 10/20/2022 | 200   | $13.68  |
|        | 10/20/2022 | 200   | $13.67  |
|        | 10/20/2022 | 200   | $13.65  |
|        | 10/20/2022 | 200   | $13.63  |
|        | 10/20/2022 | 200   | $13.60  |
|        | 10/20/2022 | 200   | $13.62  |
|        | 10/20/2022 | 200   | $13.62  |
|        | 10/20/2022 | 200   | $13.60  |
|        | 10/20/2022 | 200   | $13.60  |
|        | 10/20/2022 | 200   | $13.62  |
|        | 10/20/2022 | 200   | $13.62  |
|        | 10/20/2022 | 146   | $13.73  |
| **Sales:** | 11/15/2022 | 2,000 | $14.13  |
|        | 11/15/2022 | 2,000 | $14.06  |
|        | 11/15/2022 | 1,997 | $14.12  |

| | | |
|---|---|---|
| 11/15/2022 | 3 | $14.09 |
| 11/15/2022 | 100 | $14.12 |
| 11/15/2022 | 1,900 | $14.11 |
| 11/15/2022 | 432 | $14.13 |
| 11/15/2022 | 1,568 | $14.04 |
| 11/15/2022 | 131 | $14.08 |
| 11/15/2022 | 168 | $14.07 |
| 11/15/2022 | 12 | $14.06 |
| 11/15/2022 | 112 | $14.05 |
| 11/15/2022 | 12 | $14.04 |
| 11/15/2022 | 1,054 | $14.03 |
| 11/15/2022 | 511 | $14.00 |
| 05/24/2023 | 467 | $6.49 |
| 05/24/2023 | 701 | $6.45 |
| 05/24/2023 | 1,103 | $6.47 |
| 05/24/2023 | 1,122 | $6.48 |
| 05/24/2023 | 1,896 | $6.44 |
| 05/24/2023 | 2,396 | $6.46 |
| 05/24/2023 | 3,000 | $6.43 |
| 05/24/2023 | 7,237 | $6.42 |