# **EXHIBIT D**

**LOSS ANALYSIS**

<span style="color:red">**Class Period: 08/02/2022 to 06/01/2023**</span>

**DZS INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **DZSI** | **268211109** | **BLNB2Z5** | **US2682111099** | 3.6678 | * |

**The Life Trust**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 10/13/2022 | 1,000 | $11.80 | -$11,804.60 |
| Purchase | 10/13/2022 | 1,000 | $11.80 | -$11,803.20 |
| Purchase | 10/13/2022 | 1,000 | $11.90 | -$11,900.00 |
| Purchase | 10/13/2022 | 1,000 | $11.91 | -$11,912.90 |
| Purchase | 10/13/2022 | 958 | $12.26 | -$11,747.95 |
| Purchase | 10/13/2022 | 842 | $12.27 | -$10,331.34 |
| Purchase | 10/13/2022 | 798 | $11.82 | -$9,428.37 |
| Purchase | 10/13/2022 | 689 | $11.74 | -$8,088.86 |
| Purchase | 10/13/2022 | 607 | $11.61 | -$7,047.27 |
| Purchase | 10/13/2022 | 500 | $11.93 | -$5,965.00 |
| Purchase | 10/13/2022 | 304 | $11.64 | -$3,538.56 |
| Purchase | 10/13/2022 | 300 | $11.92 | -$3,576.00 |
| Purchase | 10/13/2022 | 200 | $11.78 | -$2,356.00 |
| Purchase | 10/13/2022 | 200 | $11.87 | -$2,374.00 |
| Purchase | 10/13/2022 | 200 | $11.88 | -$2,376.00 |
| Purchase | 10/13/2022 | 200 | $11.90 | -$2,380.00 |
| Purchase | 10/13/2022 | 200 | $11.90 | -$2,380.00 |
| Purchase | 10/13/2022 | 200 | $11.90 | -$2,380.00 |
| Purchase | 10/13/2022 | 200 | $11.93 | -$2,386.00 |
| Purchase | 10/13/2022 | 200 | $11.94 | -$2,388.00 |
| Purchase | 10/13/2022 | 200 | $11.95 | -$2,390.00 |
| Purchase | 10/13/2022 | 200 | $11.95 | -$2,390.00 |
| Purchase | 10/13/2022 | 200 | $11.95 | -$2,390.00 |
| Purchase | 10/13/2022 | 200 | $11.95 | -$2,390.00 |
| Purchase | 10/13/2022 | 200 | $11.95 | -$2,390.00 |
| Purchase | 10/13/2022 | 200 | $11.97 | -$2,394.00 |
| Purchase | 10/13/2022 | 200 | $11.98 | -$2,396.00 |

| Purchase | 10/13/2022 | 200 | $11.99 | -$2,398.00 |
|----------|------------|-----|--------|------------|
| Purchase | 10/13/2022 | 200 | $11.99 | -$2,398.00 |
| Purchase | 10/13/2022 | 200 | $11.99 | -$2,398.00 |
| Purchase | 10/13/2022 | 200 | $11.99 | -$2,398.00 |
| Purchase | 10/13/2022 | 200 | $12.00 | -$2,400.00 |
| Purchase | 10/13/2022 | 200 | $12.00 | -$2,400.00 |
| Purchase | 10/13/2022 | 200 | $12.00 | -$2,400.00 |
| Purchase | 10/13/2022 | 200 | $12.00 | -$2,400.00 |
| Purchase | 10/13/2022 | 200 | $12.00 | -$2,400.00 |
| Purchase | 10/13/2022 | 200 | $12.00 | -$2,400.00 |
| Purchase | 10/13/2022 | 200 | $12.26 | -$2,452.00 |
| Purchase | 10/13/2022 | 200 | $12.26 | -$2,452.00 |
| Purchase | 10/13/2022 | 200 | $12.27 | -$2,454.00 |
| Purchase | 10/13/2022 | 200 | $12.27 | -$2,454.04 |
| Purchase | 10/13/2022 | 200 | $12.28 | -$2,455.02 |
| Purchase | 10/13/2022 | 200 | $12.28 | -$2,456.00 |
| Purchase | 10/13/2022 | 200 | $12.29 | -$2,457.98 |
| Purchase | 10/13/2022 | 200 | $12.29 | -$2,458.00 |
| Purchase | 10/13/2022 | 200 | $12.30 | -$2,460.00 |
| Purchase | 10/13/2022 | 200 | $12.30 | -$2,460.00 |
| Purchase | 10/13/2022 | 200 | $12.36 | -$2,472.00 |
| Purchase | 10/13/2022 | 200 | $12.42 | -$2,484.00 |
| Purchase | 10/13/2022 | 200 | $12.43 | -$2,486.00 |
| Purchase | 10/13/2022 | 200 | $12.43 | -$2,486.00 |
| Purchase | 10/13/2022 | 200 | $12.45 | -$2,490.00 |
| Purchase | 10/13/2022 | 200 | $12.45 | -$2,490.00 |
| Purchase | 10/13/2022 | 200 | $12.46 | -$2,492.00 |
| Purchase | 10/13/2022 | 200 | $12.46 | -$2,492.00 |
| Purchase | 10/13/2022 | 200 | $12.46 | -$2,492.00 |
| Purchase | 10/13/2022 | 200 | $12.47 | -$2,493.68 |
| Purchase | 10/13/2022 | 200 | $12.48 | -$2,496.00 |
| Purchase | 10/13/2022 | 200 | $12.48 | -$2,496.00 |
| Purchase | 10/13/2022 | 200 | $12.49 | -$2,498.00 |
| Purchase | 10/13/2022 | 200 | $12.49 | -$2,498.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/13/2022 | 200 | $12.50 | -$2,500.00 |
| Purchase | 10/13/2022 | 200 | $12.50 | -$2,500.00 |
| Purchase | 10/13/2022 | 200 | $12.51 | -$2,502.00 |
| Purchase | 10/13/2022 | 200 | $12.51 | -$2,502.00 |
| Purchase | 10/13/2022 | 200 | $12.51 | -$2,502.00 |
| Purchase | 10/13/2022 | 200 | $12.51 | -$2,502.00 |
| Purchase | 10/13/2022 | 200 | $12.52 | -$2,503.98 |
| Purchase | 10/13/2022 | 200 | $12.53 | -$2,506.00 |
| Purchase | 10/13/2022 | 200 | $12.55 | -$2,510.00 |
| Purchase | 10/13/2022 | 200 | $12.55 | -$2,510.00 |
| Purchase | 10/13/2022 | 200 | $12.55 | -$2,510.00 |
| Purchase | 10/13/2022 | 200 | $12.55 | -$2,510.00 |
| Purchase | 10/13/2022 | 200 | $12.55 | -$2,510.00 |
| Purchase | 10/13/2022 | 200 | $12.55 | -$2,510.00 |
| Purchase | 10/13/2022 | 200 | $12.57 | -$2,514.72 |
| Purchase | 10/13/2022 | 200 | $12.58 | -$2,516.00 |
| Purchase | 10/13/2022 | 200 | $12.58 | -$2,516.00 |
| Purchase | 10/13/2022 | 200 | $12.58 | -$2,516.00 |
| Purchase | 10/13/2022 | 200 | $12.58 | -$2,516.00 |
| Purchase | 10/13/2022 | 200 | $12.58 | -$2,516.00 |
| Purchase | 10/13/2022 | 200 | $12.60 | -$2,519.98 |
| Purchase | 10/13/2022 | 200 | $12.60 | -$2,520.00 |
| Purchase | 10/13/2022 | 200 | $12.61 | -$2,522.92 |
| Purchase | 10/13/2022 | 200 | $12.62 | -$2,523.22 |
| Purchase | 10/13/2022 | 200 | $12.62 | -$2,524.00 |
| Purchase | 10/13/2022 | 200 | $12.62 | -$2,524.00 |
| Purchase | 10/13/2022 | 200 | $12.62 | -$2,524.00 |
| Purchase | 10/13/2022 | 200 | $12.64 | -$2,527.10 |
| Purchase | 10/13/2022 | 200 | $12.64 | -$2,528.92 |
| Purchase | 10/13/2022 | 199 | $12.51 | -$2,489.49 |
| Purchase | 10/13/2022 | 171 | $12.55 | -$2,146.05 |
| Purchase | 10/13/2022 | 167 | $11.94 | -$1,993.98 |
| Purchase | 10/13/2022 | 166 | $12.44 | -$2,065.04 |
| Purchase | 10/13/2022 | 107 | $11.73 | -$1,255.11 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/13/2022 | 100 | $11.92 | -$1,192.00 |
| Purchase | 10/13/2022 | 100 | $11.92 | -$1,192.00 |
| Purchase | 10/13/2022 | 100 | $11.93 | -$1,193.00 |
| Purchase | 10/13/2022 | 100 | $12.54 | -$1,254.00 |
| Purchase | 10/13/2022 | 100 | $12.55 | -$1,255.00 |
| Purchase | 10/13/2022 | 87 | $11.65 | -$1,013.38 |
| Purchase | 10/13/2022 | 67 | $11.93 | -$799.31 |
| Purchase | 10/13/2022 | 34 | $12.43 | -$422.62 |
| Purchase | 10/13/2022 | 33 | $11.90 | -$392.54 |
| Purchase | 10/13/2022 | 33 | $11.92 | -$393.20 |
| Purchase | 10/13/2022 | 29 | $12.54 | -$363.66 |
| Purchase | 10/13/2022 | 4 | $11.75 | -$47.00 |
| Purchase | 10/13/2022 | 2 | $11.63 | -$23.26 |
| Purchase | 10/13/2022 | 2 | $11.89 | -$23.78 |
| Purchase | 10/13/2022 | 1 | $12.50 | -$12.50 |
| Purchase | 10/14/2022 | 2,000 | $12.55 | -$25,100.00 |
| Purchase | 10/14/2022 | 2,000 | $12.58 | -$25,160.00 |
| Purchase | 10/14/2022 | 200 | $12.11 | -$2,421.00 |
| Purchase | 10/14/2022 | 200 | $12.12 | -$2,424.00 |
| Purchase | 10/14/2022 | 200 | $12.13 | -$2,426.00 |
| Purchase | 10/14/2022 | 200 | $12.13 | -$2,426.00 |
| Purchase | 10/14/2022 | 200 | $12.13 | -$2,426.00 |
| Purchase | 10/14/2022 | 200 | $12.13 | -$2,426.58 |
| Purchase | 10/14/2022 | 200 | $12.13 | -$2,426.58 |
| Purchase | 10/14/2022 | 200 | $12.14 | -$2,427.00 |
| Purchase | 10/14/2022 | 200 | $12.15 | -$2,429.98 |
| Purchase | 10/14/2022 | 200 | $12.15 | -$2,430.00 |
| Purchase | 10/14/2022 | 200 | $12.15 | -$2,430.00 |
| Purchase | 10/14/2022 | 200 | $12.17 | -$2,434.00 |
| Purchase | 10/14/2022 | 200 | $12.17 | -$2,434.00 |
| Purchase | 10/14/2022 | 200 | $12.18 | -$2,436.00 |
| Purchase | 10/14/2022 | 200 | $12.20 | -$2,440.00 |
| Purchase | 10/14/2022 | 200 | $12.21 | -$2,442.00 |
| Purchase | 10/14/2022 | 200 | $12.21 | -$2,442.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/14/2022 | 200 | $12.21 | -$2,442.00 |
| Purchase | 10/14/2022 | 200 | $12.22 | -$2,443.68 |
| Purchase | 10/14/2022 | 200 | $12.22 | -$2,444.00 |
| Purchase | 10/14/2022 | 200 | $12.45 | -$2,490.00 |
| Purchase | 10/14/2022 | 200 | $12.45 | -$2,490.00 |
| Purchase | 10/14/2022 | 200 | $12.45 | -$2,490.00 |
| Purchase | 10/14/2022 | 200 | $12.45 | -$2,490.00 |
| Purchase | 10/14/2022 | 200 | $12.48 | -$2,496.00 |
| Purchase | 10/14/2022 | 200 | $12.48 | -$2,496.00 |
| Purchase | 10/14/2022 | 200 | $12.48 | -$2,496.00 |
| Purchase | 10/14/2022 | 200 | $12.49 | -$2,498.00 |
| Purchase | 10/14/2022 | 200 | $12.50 | -$2,500.00 |
| Purchase | 10/14/2022 | 200 | $12.50 | -$2,500.00 |
| Purchase | 10/14/2022 | 200 | $12.51 | -$2,502.00 |
| Purchase | 10/14/2022 | 200 | $12.51 | -$2,502.00 |
| Purchase | 10/14/2022 | 200 | $12.55 | -$2,510.00 |
| Purchase | 10/14/2022 | 200 | $12.58 | -$2,516.00 |
| Purchase | 10/14/2022 | 200 | $12.60 | -$2,520.00 |
| Purchase | 10/14/2022 | 200 | $12.60 | -$2,520.00 |
| Purchase | 10/14/2022 | 200 | $12.60 | -$2,520.00 |
| Purchase | 10/14/2022 | 200 | $12.60 | -$2,520.00 |
| Purchase | 10/14/2022 | 200 | $12.63 | -$2,526.00 |
| Purchase | 10/14/2022 | 200 | $12.63 | -$2,526.00 |
| Purchase | 10/14/2022 | 200 | $12.63 | -$2,526.00 |
| Purchase | 10/14/2022 | 200 | $12.63 | -$2,526.00 |
| Purchase | 10/14/2022 | 200 | $12.63 | -$2,526.00 |
| Purchase | 10/14/2022 | 200 | $12.65 | -$2,530.00 |
| Purchase | 10/14/2022 | 200 | $12.65 | -$2,530.00 |
| Purchase | 10/14/2022 | 200 | $12.65 | -$2,530.00 |
| Purchase | 10/14/2022 | 200 | $12.65 | -$2,530.00 |
| Purchase | 10/14/2022 | 200 | $12.65 | -$2,530.00 |
| Purchase | 10/14/2022 | 200 | $12.65 | -$2,530.00 |
| Purchase | 10/14/2022 | 200 | $12.65 | -$2,530.00 |
| Purchase | 10/14/2022 | 200 | $12.70 | -$2,540.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/14/2022 | 200 | $12.70 | -$2,540.00 |
| Purchase | 10/14/2022 | 200 | $12.70 | -$2,540.00 |
| Purchase | 10/14/2022 | 200 | $12.75 | -$2,550.00 |
| Purchase | 10/14/2022 | 200 | $12.75 | -$2,550.00 |
| Purchase | 10/14/2022 | 200 | $12.75 | -$2,550.00 |
| Purchase | 10/14/2022 | 174 | $12.12 | -$2,109.40 |
| Purchase | 10/14/2022 | 162 | $12.23 | -$1,981.26 |
| Purchase | 10/14/2022 | 158 | $12.17 | -$1,922.73 |
| Purchase | 10/14/2022 | 139 | $12.17 | -$1,691.63 |
| Purchase | 10/14/2022 | 118 | $12.14 | -$1,431.93 |
| Purchase | 10/14/2022 | 61 | $12.16 | -$741.76 |
| Purchase | 10/14/2022 | 52 | $12.14 | -$631.26 |
| Purchase | 10/14/2022 | 42 | $12.16 | -$510.72 |
| Purchase | 10/14/2022 | 33 | $12.22 | -$403.26 |
| Purchase | 10/14/2022 | 30 | $12.14 | -$364.20 |
| Purchase | 10/14/2022 | 26 | $12.12 | -$315.12 |
| Purchase | 10/14/2022 | 5 | $12.21 | -$61.05 |
| Purchase | 10/17/2022 | 1,000 | $12.99 | -$12,990.00 |
| Purchase | 10/17/2022 | 1,000 | $13.02 | -$13,020.00 |
| Purchase | 10/17/2022 | 1,000 | $13.10 | -$13,100.00 |
| Purchase | 10/17/2022 | 1,000 | $13.11 | -$13,109.90 |
| Purchase | 10/17/2022 | 1,000 | $13.13 | -$13,130.00 |
| Purchase | 10/17/2022 | 753 | $13.00 | -$9,788.92 |
| Purchase | 10/17/2022 | 247 | $13.00 | -$3,211.00 |
| Purchase | 10/17/2022 | 200 | $12.78 | -$2,556.00 |
| Purchase | 10/17/2022 | 200 | $12.82 | -$2,564.00 |
| Purchase | 10/17/2022 | 200 | $12.97 | -$2,594.00 |
| Purchase | 10/17/2022 | 200 | $12.97 | -$2,594.00 |
| Purchase | 10/17/2022 | 200 | $12.98 | -$2,596.00 |
| Purchase | 10/17/2022 | 200 | $12.98 | -$2,596.00 |
| Purchase | 10/17/2022 | 200 | $13.00 | -$2,599.98 |
| Purchase | 10/17/2022 | 200 | $13.01 | -$2,602.00 |
| Purchase | 10/17/2022 | 200 | $13.01 | -$2,602.00 |
| Purchase | 10/17/2022 | 200 | $13.02 | -$2,604.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/17/2022 | 200 | $13.03 | -$2,606.00 |
| Purchase | 10/17/2022 | 200 | $13.03 | -$2,606.00 |
| Purchase | 10/17/2022 | 200 | $13.03 | -$2,606.00 |
| Purchase | 10/17/2022 | 200 | $13.05 | -$2,609.00 |
| Purchase | 10/17/2022 | 200 | $13.05 | -$2,610.00 |
| Purchase | 10/17/2022 | 200 | $13.05 | -$2,610.00 |
| Purchase | 10/17/2022 | 200 | $13.05 | -$2,610.00 |
| Purchase | 10/17/2022 | 200 | $13.05 | -$2,610.00 |
| Purchase | 10/17/2022 | 200 | $13.05 | -$2,610.00 |
| Purchase | 10/17/2022 | 200 | $13.05 | -$2,610.00 |
| Purchase | 10/17/2022 | 200 | $13.05 | -$2,610.00 |
| Purchase | 10/17/2022 | 200 | $13.06 | -$2,611.98 |
| Purchase | 10/17/2022 | 200 | $13.06 | -$2,611.98 |
| Purchase | 10/17/2022 | 200 | $13.06 | -$2,612.00 |
| Purchase | 10/17/2022 | 200 | $13.06 | -$2,612.00 |
| Purchase | 10/17/2022 | 200 | $13.06 | -$2,612.00 |
| Purchase | 10/17/2022 | 200 | $13.06 | -$2,612.00 |
| Purchase | 10/17/2022 | 200 | $13.06 | -$2,612.00 |
| Purchase | 10/17/2022 | 200 | $13.07 | -$2,613.98 |
| Purchase | 10/17/2022 | 200 | $13.07 | -$2,614.00 |
| Purchase | 10/17/2022 | 200 | $13.07 | -$2,614.00 |
| Purchase | 10/17/2022 | 200 | $13.07 | -$2,614.00 |
| Purchase | 10/17/2022 | 200 | $13.07 | -$2,614.00 |
| Purchase | 10/17/2022 | 200 | $13.07 | -$2,614.00 |
| Purchase | 10/17/2022 | 200 | $13.08 | -$2,616.00 |
| Purchase | 10/17/2022 | 200 | $13.08 | -$2,616.00 |
| Purchase | 10/17/2022 | 200 | $13.08 | -$2,616.12 |
| Purchase | 10/17/2022 | 200 | $13.09 | -$2,617.84 |
| Purchase | 10/17/2022 | 200 | $13.09 | -$2,618.00 |
| Purchase | 10/17/2022 | 200 | $13.09 | -$2,618.00 |
| Purchase | 10/17/2022 | 200 | $13.09 | -$2,618.00 |
| Purchase | 10/17/2022 | 200 | $13.10 | -$2,619.98 |
| Purchase | 10/17/2022 | 200 | $13.10 | -$2,619.98 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/17/2022 | 200 | $13.10 | -$2,620.00 |
| Purchase | 10/17/2022 | 200 | $13.11 | -$2,622.00 |
| Purchase | 10/17/2022 | 200 | $13.11 | -$2,622.00 |
| Purchase | 10/17/2022 | 200 | $13.12 | -$2,623.98 |
| Purchase | 10/17/2022 | 200 | $13.12 | -$2,623.98 |
| Purchase | 10/17/2022 | 200 | $13.15 | -$2,629.06 |
| Purchase | 10/17/2022 | 200 | $13.15 | -$2,630.00 |
| Purchase | 10/17/2022 | 200 | $13.15 | -$2,630.98 |
| Purchase | 10/17/2022 | 200 | $13.18 | -$2,636.00 |
| Purchase | 10/17/2022 | 200 | $13.20 | -$2,640.00 |
| Purchase | 10/17/2022 | 200 | $13.22 | -$2,644.00 |
| Purchase | 10/17/2022 | 200 | $13.22 | -$2,644.00 |
| Purchase | 10/17/2022 | 200 | $13.22 | -$2,644.00 |
| Purchase | 10/17/2022 | 200 | $13.24 | -$2,648.00 |
| Purchase | 10/17/2022 | 200 | $13.25 | -$2,650.00 |
| Purchase | 10/17/2022 | 200 | $13.28 | -$2,656.00 |
| Purchase | 10/17/2022 | 200 | $13.29 | -$2,658.00 |
| Purchase | 10/17/2022 | 200 | $13.30 | -$2,660.00 |
| Purchase | 10/17/2022 | 200 | $13.30 | -$2,660.00 |
| Purchase | 10/17/2022 | 200 | $13.31 | -$2,661.98 |
| Purchase | 10/17/2022 | 200 | $13.31 | -$2,662.00 |
| Purchase | 10/17/2022 | 200 | $13.33 | -$2,665.00 |
| Purchase | 10/17/2022 | 200 | $13.35 | -$2,670.00 |
| Purchase | 10/17/2022 | 197 | $12.99 | -$2,559.03 |
| Purchase | 10/17/2022 | 190 | $13.00 | -$2,470.00 |
| Purchase | 10/17/2022 | 179 | $13.09 | -$2,343.11 |
| Purchase | 10/17/2022 | 167 | $13.30 | -$2,221.10 |
| Purchase | 10/17/2022 | 167 | $13.33 | -$2,226.11 |
| Purchase | 10/17/2022 | 162 | $13.31 | -$2,156.22 |
| Purchase | 10/17/2022 | 161 | $13.34 | -$2,147.74 |
| Purchase | 10/17/2022 | 158 | $13.13 | -$2,074.54 |
| Purchase | 10/17/2022 | 134 | $13.28 | -$1,779.52 |
| Purchase | 10/17/2022 | 126 | $13.06 | -$1,645.55 |
| Purchase | 10/17/2022 | 103 | $13.04 | -$1,343.12 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/17/2022 | 102 | $13.09 | -$1,335.18 |
| Purchase | 10/17/2022 | 100 | $12.97 | -$1,297.00 |
| Purchase | 10/17/2022 | 100 | $13.02 | -$1,301.50 |
| Purchase | 10/17/2022 | 98 | $13.00 | -$1,274.00 |
| Purchase | 10/17/2022 | 97 | $13.00 | -$1,261.00 |
| Purchase | 10/17/2022 | 74 | $13.06 | -$966.42 |
| Purchase | 10/17/2022 | 66 | $13.30 | -$877.71 |
| Purchase | 10/17/2022 | 60 | $12.99 | -$779.40 |
| Purchase | 10/17/2022 | 42 | $13.12 | -$551.04 |
| Purchase | 10/17/2022 | 38 | $13.30 | -$505.21 |
| Purchase | 10/17/2022 | 33 | $13.29 | -$438.41 |
| Purchase | 10/17/2022 | 33 | $13.33 | -$439.73 |
| Purchase | 10/17/2022 | 31 | $13.02 | -$403.62 |
| Purchase | 10/17/2022 | 26 | $13.35 | -$347.10 |
| Purchase | 10/17/2022 | 21 | $13.08 | -$274.68 |
| Purchase | 10/17/2022 | 13 | $13.33 | -$173.29 |
| Purchase | 10/17/2022 | 10 | $13.00 | -$129.98 |
| Purchase | 10/17/2022 | 4 | $13.01 | -$52.04 |
| Purchase | 10/17/2022 | 4 | $13.03 | -$52.12 |
| Purchase | 10/17/2022 | 3 | $12.97 | -$38.91 |
| Purchase | 10/17/2022 | 1 | $13.00 | -$13.00 |
| Purchase | 10/18/2022 | 200 | $13.75 | -$2,750.00 |
| Purchase | 10/18/2022 | 200 | $13.87 | -$2,774.00 |
| Purchase | 10/18/2022 | 200 | $13.88 | -$2,776.00 |
| Purchase | 10/18/2022 | 200 | $13.90 | -$2,779.98 |
| Purchase | 10/18/2022 | 200 | $13.90 | -$2,780.00 |
| Purchase | 10/18/2022 | 200 | $13.92 | -$2,784.00 |
| Purchase | 10/18/2022 | 200 | $13.95 | -$2,790.00 |
| Purchase | 10/18/2022 | 200 | $13.95 | -$2,790.00 |
| Purchase | 10/18/2022 | 200 | $13.97 | -$2,794.00 |
| Purchase | 10/18/2022 | 200 | $13.99 | -$2,798.00 |
| Purchase | 10/18/2022 | 200 | $13.99 | -$2,798.00 |
| Purchase | 10/18/2022 | 200 | $13.99 | -$2,798.00 |
| Purchase | 10/18/2022 | 200 | $14.00 | -$2,800.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/18/2022 | 200 | $14.00 | -$2,800.00 |
| Purchase | 10/18/2022 | 200 | $14.00 | -$2,800.00 |
| Purchase | 10/18/2022 | 200 | $14.00 | -$2,800.00 |
| Purchase | 10/18/2022 | 200 | $14.00 | -$2,800.00 |
| Purchase | 10/18/2022 | 200 | $14.00 | -$2,800.00 |
| Purchase | 10/18/2022 | 200 | $14.00 | -$2,800.00 |
| Purchase | 10/18/2022 | 200 | $14.01 | -$2,802.00 |
| Purchase | 10/18/2022 | 200 | $14.01 | -$2,802.00 |
| Purchase | 10/18/2022 | 200 | $14.01 | -$2,802.00 |
| Purchase | 10/18/2022 | 200 | $14.01 | -$2,802.00 |
| Purchase | 10/18/2022 | 200 | $14.01 | -$2,802.00 |
| Purchase | 10/18/2022 | 200 | $14.02 | -$2,804.00 |
| Purchase | 10/18/2022 | 200 | $14.03 | -$2,806.00 |
| Purchase | 10/18/2022 | 200 | $14.03 | -$2,806.00 |
| Purchase | 10/18/2022 | 200 | $14.05 | -$2,810.00 |
| Purchase | 10/18/2022 | 200 | $14.05 | -$2,810.00 |
| Purchase | 10/18/2022 | 200 | $14.05 | -$2,810.00 |
| Purchase | 10/18/2022 | 200 | $14.05 | -$2,810.00 |
| Purchase | 10/18/2022 | 200 | $14.05 | -$2,810.00 |
| Purchase | 10/18/2022 | 200 | $14.05 | -$2,810.00 |
| Purchase | 10/18/2022 | 200 | $14.05 | -$2,810.00 |
| Purchase | 10/18/2022 | 200 | $14.08 | -$2,816.00 |
| Purchase | 10/18/2022 | 200 | $14.08 | -$2,816.00 |
| Purchase | 10/18/2022 | 200 | $14.12 | -$2,824.00 |
| Purchase | 10/18/2022 | 200 | $14.14 | -$2,828.00 |
| Purchase | 10/18/2022 | 200 | $14.15 | -$2,830.00 |
| Purchase | 10/18/2022 | 200 | $14.17 | -$2,834.00 |
| Purchase | 10/18/2022 | 200 | $14.18 | -$2,836.00 |
| Purchase | 10/18/2022 | 200 | $14.20 | -$2,839.98 |
| Purchase | 10/18/2022 | 200 | $14.22 | -$2,844.00 |
| Purchase | 10/18/2022 | 200 | $14.24 | -$2,848.00 |
| Purchase | 10/18/2022 | 199 | $14.08 | -$2,801.92 |
| Purchase | 10/18/2022 | 167 | $13.92 | -$2,324.64 |
| Purchase | 10/18/2022 | 100 | $13.87 | -$1,387.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/18/2022 | 100 | $13.90 | -$1,390.00 |
| Purchase | 10/18/2022 | 33 | $13.90 | -$458.54 |
| Purchase | 10/18/2022 | 1 | $14.06 | -$14.06 |
| Purchase | 10/19/2022 | 200 | $13.83 | -$2,766.00 |
| Purchase | 10/19/2022 | 200 | $13.83 | -$2,766.00 |
| Purchase | 10/19/2022 | 200 | $13.85 | -$2,770.00 |
| Purchase | 10/19/2022 | 200 | $13.85 | -$2,770.00 |
| Purchase | 10/19/2022 | 200 | $13.98 | -$2,796.00 |
| Purchase | 10/19/2022 | 200 | $14.00 | -$2,800.00 |
| Purchase | 10/19/2022 | 200 | $14.00 | -$2,800.00 |
| Purchase | 10/19/2022 | 188 | $13.85 | -$2,603.80 |
| Purchase | 10/19/2022 | 167 | $13.81 | -$2,306.27 |
| Purchase | 10/19/2022 | 33 | $13.80 | -$455.40 |
| Purchase | 10/19/2022 | 12 | $13.82 | -$165.84 |
| Purchase | 10/20/2022 | 200 | $13.70 | -$2,740.00 |
| Purchase | 10/20/2022 | 200 | $13.70 | -$2,740.00 |
| Purchase | 10/20/2022 | 200 | $13.71 | -$2,742.00 |
| Purchase | 10/20/2022 | 200 | $13.72 | -$2,744.00 |
| Purchase | 10/20/2022 | 200 | $13.72 | -$2,744.00 |
| Purchase | 10/20/2022 | 200 | $13.72 | -$2,744.00 |
| Purchase | 10/20/2022 | 200 | $13.72 | -$2,744.00 |
| Purchase | 10/20/2022 | 200 | $13.73 | -$2,746.00 |
| Purchase | 10/20/2022 | 200 | $13.73 | -$2,746.00 |
| Purchase | 10/20/2022 | 200 | $13.75 | -$2,750.00 |
| Purchase | 10/20/2022 | 200 | $13.75 | -$2,750.00 |
| Purchase | 10/20/2022 | 150 | $13.75 | -$2,061.75 |
| Purchase | 10/20/2022 | 133 | $13.74 | -$1,826.90 |
| Purchase | 10/20/2022 | 100 | $13.79 | -$1,378.50 |
| Purchase | 10/20/2022 | 100 | $13.81 | -$1,381.00 |
| Purchase | 10/20/2022 | 67 | $13.73 | -$919.91 |
| Purchase | 10/20/2022 | 50 | $13.76 | -$688.00 |
| Purchase | 10/21/2022 | 200 | $13.85 | -$2,770.00 |
| Purchase | 10/21/2022 | 200 | $13.90 | -$2,780.00 |
| Purchase | 10/21/2022 | 200 | $13.90 | -$2,780.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/21/2022 | 200 | $13.90 | -$2,780.00 |
| Purchase | 10/21/2022 | 200 | $13.90 | -$2,780.00 |
| Purchase | 10/21/2022 | 200 | $13.97 | -$2,794.00 |
| Purchase | 10/21/2022 | 200 | $14.02 | -$2,804.00 |
| Purchase | 10/21/2022 | 185 | $13.93 | -$2,577.05 |
| Purchase | 10/21/2022 | 167 | $14.02 | -$2,341.34 |
| Purchase | 10/21/2022 | 167 | $14.04 | -$2,344.68 |
| Purchase | 10/21/2022 | 151 | $13.83 | -$2,088.33 |
| Purchase | 10/21/2022 | 49 | $13.79 | -$675.71 |
| Purchase | 10/21/2022 | 33 | $14.03 | -$462.99 |
| Purchase | 10/21/2022 | 33 | $14.00 | -$462.00 |
| Purchase | 10/21/2022 | 15 | $13.92 | -$208.80 |
| Purchase | 03/14/2023 | 200 | $9.92 | -$1,984.00 |
| **Class Period purchases:** | | **80,900** | | **-$1,037,725.07** |
| Sale | 11/15/2022 | 99 | $14.15 | $1,400.47 |
| Sale | 11/15/2022 | 100 | $14.06 | $1,406.00 |
| Sale | 11/15/2022 | 100 | $14.17 | $1,417.00 |
| Sale | 11/15/2022 | 112 | $14.06 | $1,574.72 |
| Sale | 11/15/2022 | 200 | $14.07 | $2,814.06 |
| Sale | 11/15/2022 | 356 | $14.07 | $5,008.96 |
| Sale | 11/15/2022 | 400 | $14.16 | $5,664.00 |
| Sale | 11/15/2022 | 500 | $14.06 | $7,030.00 |
| Sale | 11/15/2022 | 500 | $14.05 | $7,025.00 |
| Sale | 11/15/2022 | 544 | $14.07 | $7,654.08 |
| Sale | 11/15/2022 | 700 | $14.09 | $9,863.00 |
| Sale | 11/15/2022 | 788 | $14.05 | $11,071.40 |
| Sale | 11/15/2022 | 1,300 | $14.13 | $18,370.30 |
| Sale | 11/15/2022 | 1,400 | $14.05 | $19,670.14 |
| Sale | 11/15/2022 | 1,500 | $14.05 | $21,075.15 |
| Sale | 11/15/2022 | 1,500 | $14.15 | $21,225.15 |
| Sale | 11/15/2022 | 1,901 | $14.15 | $26,891.74 |
| Sale | 11/15/2022 | 2,000 | $14.13 | $28,260.20 |
| Sale | 11/15/2022 | 2,000 | $14.15 | $28,292.00 |
| Sale | 11/15/2022 | 2,000 | $14.19 | $28,387.40 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sale | 11/15/2022 | 2,000 | $14.06 | $28,120.20 |
| Sale | 11/15/2022 | 2,000 | $14.09 | $28,172.40 |
| Sale | 11/15/2022 | 2,000 | $14.13 | $28,251.60 |
| Sale | 11/15/2022 | 2,000 | $14.13 | $28,261.60 |
| Sale | 05/24/2023 | 9,919 | $6.46 | $64,044.01 |
| Sale | 05/25/2023 | 400 | $6.42 | $2,568.00 |
| Sale | 05/25/2023 | 600 | $6.40 | $3,840.06 |
| Sale | 05/25/2023 | 1,000 | $6.43 | $6,430.00 |
| Sale | 05/25/2023 | 1,000 | $6.43 | $6,430.50 |
| Sale | 05/25/2023 | 1,000 | $6.43 | $6,430.00 |
| Sale | 05/25/2023 | 1,000 | $6.45 | $6,450.00 |
| Sale | 05/25/2023 | 1,000 | $6.45 | $6,447.50 |
| **Class Period sales (matched to Class Period purchases):** | | **41,919** | | **$469,546.63** |
| | LIFO Retained Purchases: | 38,981 | $3.66780 | $142,974.51 |

<span style="color:red">**\* Value of retained shares is the mean trading price from 06/02/2023 to 08/14/2023**</span>    **LIFO Loss:**    <span style="color:red">**-$425,203.92**</span>

**The Freedom Business Trust**

## LIFO

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 10/13/2022 | 2,000 | $12.63 | -$25,260.00 |
| Purchase | 10/13/2022 | 2,000 | $12.63 | -$25,260.00 |
| Purchase | 10/13/2022 | 200 | $12.65 | -$2,530.00 |
| Purchase | 10/13/2022 | 200 | $12.65 | -$2,530.00 |
| Purchase | 10/13/2022 | 200 | $12.61 | -$2,522.00 |
| Purchase | 10/13/2022 | 102 | $12.63 | -$1,288.26 |
| Purchase | 10/13/2022 | 98 | $12.63 | -$1,237.73 |
| Purchase | 10/14/2022 | 200 | $12.63 | -$2,526.00 |
| Purchase | 10/14/2022 | 200 | $12.68 | -$2,536.00 |
| Purchase | 10/14/2022 | 200 | $12.63 | -$2,526.00 |
| Purchase | 10/14/2022 | 200 | $12.63 | -$2,526.00 |
| Purchase | 10/14/2022 | 200 | $12.63 | -$2,526.00 |
| Purchase | 10/14/2022 | 200 | $12.68 | -$2,536.00 |
| Purchase | 10/14/2022 | 200 | $12.63 | -$2,526.00 |
| Purchase | 10/14/2022 | 200 | $12.63 | -$2,526.00 |
| Purchase | 10/14/2022 | 200 | $12.62 | -$2,524.00 |

| Purchase | | 10/14/2022 | 200 | $12.61 | -$2,522.00 |
|---|---|---|---|---|---|
| Purchase | | 10/14/2022 | 200 | $12.63 | -$2,526.00 |
| Purchase | | 10/14/2022 | 200 | $12.60 | -$2,520.00 |
| Purchase | | 10/14/2022 | 200 | $12.60 | -$2,520.00 |
| Purchase | | 10/14/2022 | 200 | $12.58 | -$2,516.00 |
| Purchase | | 10/14/2022 | 200 | $12.60 | -$2,520.00 |
| Purchase | | 10/14/2022 | 200 | $12.58 | -$2,516.00 |
| Purchase | | 10/14/2022 | 200 | $12.57 | -$2,514.00 |
| Purchase | | 10/14/2022 | 200 | $12.55 | -$2,510.00 |
| Purchase | | 10/14/2022 | 200 | $12.55 | -$2,510.00 |
| Purchase | | 10/14/2022 | 200 | $12.52 | -$2,504.00 |
| Purchase | | 10/14/2022 | 200 | $12.57 | -$2,514.00 |
| Purchase | | 10/14/2022 | 200 | $12.52 | -$2,504.00 |
| Purchase | | 10/14/2022 | 200 | $12.54 | -$2,508.00 |
| Purchase | | 10/14/2022 | 200 | $12.52 | -$2,504.00 |
| Purchase | | 10/14/2022 | 200 | $12.50 | -$2,500.00 |
| Purchase | | 10/14/2022 | 200 | $12.15 | -$2,430.00 |
| Purchase | | 10/14/2022 | 200 | $12.15 | -$2,430.00 |
| Purchase | | 10/14/2022 | 200 | $12.15 | -$2,430.00 |
| Purchase | | 10/14/2022 | 200 | $12.15 | -$2,430.00 |
| Purchase | | 10/14/2022 | 200 | $12.12 | -$2,424.00 |
| Purchase | | 10/14/2022 | 200 | $12.20 | -$2,439.00 |
| Purchase | | 10/14/2022 | 100 | $12.55 | -$1,255.00 |
| Purchase | | 10/14/2022 | 100 | $12.54 | -$1,254.00 |
| Purchase | | 10/17/2022 | 828 | $12.92 | -$10,697.68 |
| Purchase | | 10/17/2022 | 301 | $12.87 | -$3,873.87 |
| Purchase | | 10/17/2022 | 300 | $12.85 | -$3,855.00 |
| Purchase | | 10/17/2022 | 200 | $12.93 | -$2,586.00 |
| Purchase | | 10/17/2022 | 200 | $12.94 | -$2,588.00 |
| Purchase | | 10/17/2022 | 200 | $12.95 | -$2,590.00 |
| Purchase | | 10/17/2022 | 200 | $12.95 | -$2,590.00 |
| Purchase | | 10/17/2022 | 200 | $12.96 | -$2,592.00 |
| Purchase | | 10/17/2022 | 200 | $13.37 | -$2,674.00 |
| Purchase | | 10/17/2022 | 200 | $13.08 | -$2,616.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/17/2022 | 200 | $13.08 | -$2,616.00 |
| Purchase | 10/17/2022 | 200 | $13.07 | -$2,614.00 |
| Purchase | 10/17/2022 | 200 | $13.07 | -$2,614.00 |
| Purchase | 10/17/2022 | 200 | $13.10 | -$2,619.98 |
| Purchase | 10/17/2022 | 200 | $13.06 | -$2,612.00 |
| Purchase | 10/17/2022 | 200 | $13.08 | -$2,615.98 |
| Purchase | 10/17/2022 | 200 | $13.08 | -$2,616.00 |
| Purchase | 10/17/2022 | 200 | $13.06 | -$2,612.00 |
| Purchase | 10/17/2022 | 200 | $13.04 | -$2,608.00 |
| Purchase | 10/17/2022 | 200 | $13.03 | -$2,606.00 |
| Purchase | 10/17/2022 | 200 | $13.00 | -$2,599.86 |
| Purchase | 10/17/2022 | 200 | $13.00 | -$2,599.14 |
| Purchase | 10/17/2022 | 200 | $13.00 | -$2,599.90 |
| Purchase | 10/17/2022 | 200 | $13.00 | -$2,599.98 |
| Purchase | 10/17/2022 | 200 | $12.99 | -$2,598.00 |
| Purchase | 10/17/2022 | 200 | $13.00 | -$2,599.98 |
| Purchase | 10/17/2022 | 172 | $12.92 | -$2,222.24 |
| Purchase | 10/17/2022 | 172 | $12.85 | -$2,210.11 |
| Purchase | 10/17/2022 | 100 | $13.00 | -$1,299.99 |
| Purchase | 10/17/2022 | 100 | $12.99 | -$1,298.50 |
| Purchase | 10/17/2022 | 100 | $13.00 | -$1,300.00 |
| Purchase | 10/17/2022 | 100 | $13.00 | -$1,299.91 |
| Purchase | 10/17/2022 | 100 | $12.87 | -$1,286.99 |
| Purchase | 10/17/2022 | 88 | $12.86 | -$1,131.68 |
| Purchase | 10/17/2022 | 87 | $12.99 | -$1,130.13 |
| Purchase | 10/17/2022 | 74 | $12.84 | -$950.16 |
| Purchase | 10/18/2022 | 200 | $13.92 | -$2,784.00 |
| Purchase | 10/18/2022 | 200 | $13.92 | -$2,784.00 |
| Purchase | 10/18/2022 | 200 | $13.91 | -$2,782.00 |
| Purchase | 10/18/2022 | 200 | $14.09 | -$2,818.00 |
| Purchase | 10/18/2022 | 200 | $14.09 | -$2,818.00 |
| Purchase | 10/18/2022 | 200 | $14.11 | -$2,822.00 |
| Purchase | 10/18/2022 | 200 | $13.96 | -$2,791.20 |
| Purchase | 10/18/2022 | 200 | $13.98 | -$2,796.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/18/2022 | 195 | $13.92 | -$2,714.40 |
| Purchase | 10/18/2022 | 167 | $14.09 | -$2,353.03 |
| Purchase | 10/18/2022 | 133 | $14.04 | -$1,867.32 |
| Purchase | 10/18/2022 | 42 | $14.06 | -$590.52 |
| Purchase | 10/18/2022 | 33 | $14.08 | -$464.64 |
| Purchase | 10/18/2022 | 25 | $14.05 | -$351.25 |
| Purchase | 10/18/2022 | 5 | $13.90 | -$69.50 |
| Purchase | 10/19/2022 | 200 | $13.82 | -$2,764.00 |
| Purchase | 10/19/2022 | 200 | $13.72 | -$2,744.00 |
| Purchase | 10/19/2022 | 200 | $13.75 | -$2,750.00 |
| Purchase | 10/19/2022 | 200 | $13.74 | -$2,748.00 |
| Purchase | 10/19/2022 | 200 | $13.74 | -$2,748.00 |
| Purchase | 10/20/2022 | 1,000 | $13.65 | -$13,650.00 |
| Purchase | 10/20/2022 | 1,000 | $13.65 | -$13,650.00 |
| Purchase | 10/20/2022 | 1,000 | $13.60 | -$13,600.00 |
| Purchase | 10/20/2022 | 854 | $13.73 | -$11,725.33 |
| Purchase | 10/20/2022 | 200 | $13.73 | -$2,746.00 |
| Purchase | 10/20/2022 | 200 | $13.72 | -$2,744.00 |
| Purchase | 10/20/2022 | 200 | $13.74 | -$2,748.00 |
| Purchase | 10/20/2022 | 200 | $13.69 | -$2,738.74 |
| Purchase | 10/20/2022 | 200 | $13.66 | -$2,732.00 |
| Purchase | 10/20/2022 | 200 | $13.68 | -$2,736.00 |
| Purchase | 10/20/2022 | 200 | $13.69 | -$2,738.00 |
| Purchase | 10/20/2022 | 200 | $13.68 | -$2,736.00 |
| Purchase | 10/20/2022 | 200 | $13.68 | -$2,736.00 |
| Purchase | 10/20/2022 | 200 | $13.65 | -$2,730.00 |
| Purchase | 10/20/2022 | 200 | $13.69 | -$2,738.00 |
| Purchase | 10/20/2022 | 200 | $13.68 | -$2,736.00 |
| Purchase | 10/20/2022 | 200 | $13.67 | -$2,734.00 |
| Purchase | 10/20/2022 | 200 | $13.65 | -$2,730.00 |
| Purchase | 10/20/2022 | 200 | $13.63 | -$2,726.00 |
| Purchase | 10/20/2022 | 200 | $13.60 | -$2,720.00 |
| Purchase | 10/20/2022 | 200 | $13.62 | -$2,724.00 |
| Purchase | 10/20/2022 | 200 | $13.62 | -$2,724.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 10/20/2022 | 200 | $13.60 | -$2,720.00 |
| Purchase | 10/20/2022 | 200 | $13.60 | -$2,720.00 |
| Purchase | 10/20/2022 | 200 | $13.62 | -$2,724.00 |
| Purchase | 10/20/2022 | 200 | $13.62 | -$2,724.00 |
| Purchase | 10/20/2022 | 146 | $13.73 | -$2,003.85 |
| **Class Period purchases:** | | **29,922** | | **-$392,496.86** |
| Sale | 11/15/2022 | 2,000 | $14.13 | $28,268.20 |
| Sale | 11/15/2022 | 2,000 | $14.06 | $28,120.20 |
| Sale | 11/15/2022 | 1,997 | $14.12 | $28,197.64 |
| Sale | 11/15/2022 | 3 | $14.09 | $42.27 |
| Sale | 11/15/2022 | 100 | $14.12 | $1,412.00 |
| Sale | 11/15/2022 | 1,900 | $14.11 | $26,809.19 |
| Sale | 11/15/2022 | 432 | $14.13 | $6,105.89 |
| Sale | 11/15/2022 | 1,568 | $14.04 | $22,014.72 |
| Sale | 11/15/2022 | 131 | $14.08 | $1,844.48 |
| Sale | 11/15/2022 | 168 | $14.07 | $2,363.76 |
| Sale | 11/15/2022 | 12 | $14.06 | $168.72 |
| Sale | 11/15/2022 | 112 | $14.05 | $1,573.60 |
| Sale | 11/15/2022 | 12 | $14.04 | $168.48 |
| Sale | 11/15/2022 | 1,054 | $14.03 | $14,787.62 |
| Sale | 11/15/2022 | 511 | $14.00 | $7,154.00 |
| Sale | 05/24/2023 | 467 | $6.49 | $3,030.83 |
| Sale | 05/24/2023 | 701 | $6.45 | $4,521.45 |
| Sale | 05/24/2023 | 1,103 | $6.47 | $7,136.41 |
| Sale | 05/24/2023 | 1,122 | $6.48 | $7,270.56 |
| Sale | 05/24/2023 | 1,896 | $6.44 | $12,210.24 |
| Sale | 05/24/2023 | 2,396 | $6.46 | $15,478.16 |
| Sale | 05/24/2023 | 3,000 | $6.43 | $19,290.00 |
| Sale | 05/24/2023 | 7,237 | $6.42 | $46,462.26 |
| **Class Period sales (matched to Class Period purchases):** | | **29,922** | | **$284,430.68** |
| | | | **LIFO Loss:** | **-$108,066.17** |

| | |
|---|---|
| **The Life Trust LIFO Loss:** | **$425,203.92** |
| **The Freedom Business Trust LIFO Loss:** | **$108,066.17** |
| **Total LIFO Loss:** | ***$533,270.10*** |