## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JASON SHIM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DZS INC., CHARLES DANIEL VOGT, and MISTY KAWECKI,<br><br>Defendants. | Civil Action No. 4:23-cv-00549-SDJ<br><br>Hon. Sean D. Jordan |
| KEITH LINK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DZS INC., CHARLES DANIEL VOGT, and MISTY KAWECKI,<br><br>Defendants. | Civil Action No. 4:23-cv-00603-SDJ<br><br>Hon. Sean D. Jordan |
| ROBERT CODY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DZS INC., CHARLES DANIEL VOGT, and MISTY KAWECKI,<br><br>Defendants. | Civil Action No. 4:23-cv-00713-SDJ<br><br>Hon. Sean D. Jordan |

**SUPPLEMENTAL DECLARATION OF THANE TYLER SPONSEL III IN FURTHER SUPPORT OF JASON S. HAWKE'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Thane Tyler Sponsel III, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner at Sponsel Miller Greenberg PLLC ("Sponsel Miller"), liaison counsel for lead plaintiff movant Jason S. Hawke ("Mr. Hawke") and proposed Liaison Counsel for the Class.

2.      I submit this Supplemental Declaration, together with the attached exhibits, in further support of Mr. Hawke's motion for consolidation the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel and Sponsel Miller as Liaison Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    Spreadsheet Loss Analysis providing calculations for movants under initial class period. Unrecoverable losses are highlighted in yellow; and

**Exhibit B**:    Spreadsheet Loss Analysis providing calculations for movants under expanded class period. Unrecoverable losses are highlighted in yellow.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: August 28, 2023                              Respectfully submitted,

                                                    **SPONSEL MILLER GREENBERG PLLC**

                                                    */s/ Thane Tyler Sponsel III*
                                                    Thane Tyler Sponsel III
                                                    Texas Bar No. 24056361/Federal ID No. 690068
                                                    Roger B. Greenberg
                                                    Texas Bar No. 08390000/Federal ID No. 3932 50
                                                    Briar Hollow Lane, Suite 370 W
                                                    Houston, Texas 77027
                                                    Telephone: (713) 892-5400
                                                    Facsimile: (713) 892-5401
                                                    sponsel@smglawgroup.com
                                                    roger@smglawgroup.com

*Liaison Counsel for Jason S. Hawke and*
*[Proposed] Liaison Counsel the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice* forthcoming)
55 Broadway, 4th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Jason S. Hawke and [Proposed]*
*Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 28, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

/s/ Thane Tyler Sponsel III
Thane Tyler Sponsel III