# EXHIBIT A

| Client Name | Levi & Korsinsky - Hawke | | SUMMARY OF FINANCIAL INTEREST | |
|---|---|---|---|---|
| Company Name | DZS, Inc. | | LIFO Loss Total | $ 82,039.88 |
| Ticker Symbol | DZSI | | DURA LIFO* Total | $ 82,039.88 |
| Security Type | | | Gross Shares Purchased | 23,001 |
| Class Period Start | 03-10-2023 | | Net Shares Retained | 23,001 |
| Class Period End | 05-31-2023 | | Net Funds Expended | $166,476.10 |
| 90-DAY Lookback Period Start | 06-01-2023 | | | |
| 90-DAY Lookback Period End | 08-14-2023 | | | |
| 90-DAY Lookback Average | $ 03.67 | | | |

### Levi and Korsinsky LLP - Account 1

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-17-2023 | 797 | 8.2 | $ 6,535.40 | | | | | | - | 797 | 797 | $ 03.67 | $ 2,925.77 | $ 3,609.63 | $ 3,609.63 |
| 03-17-2023 | 44 | 8.2 | $ 360.80 | | | | | | - | 44 | 44 | $ 03.67 | $ 161.52 | $ 199.28 | $ 199.28 |
| 03-17-2023 | 853 | 8.2 | $ 6,994.60 | | | | | | - | 853 | 853 | $ 03.67 | $ 3,131.35 | $ 3,863.25 | $ 3,863.25 |
| 03-17-2023 | 25 | 8.2 | $ 205.00 | | | | | | - | 25 | 25 | $ 03.67 | $ 91.77 | $ 113.23 | $ 113.23 |
| 03-17-2023 | 2000 | 8.2 | $ 16,400.00 | | | | | | - | 2000 | 2000 | $ 03.67 | $ 7,341.96 | $ 9,058.04 | $ 9,058.04 |
| 03-17-2023 | 14 | 8.2 | $ 114.80 | | | | | | - | 14 | 14 | $ 03.67 | $ 51.39 | $ 63.41 | $ 63.41 |
| 03-17-2023 | 2000 | 8.2 | $ 16,400.00 | | | | | | - | 2000 | 2000 | $ 03.67 | $ 7,341.96 | $ 9,058.04 | $ 9,058.04 |
| 03-17-2023 | 64 | 8.2 | $ 524.80 | | | | | | - | 64 | 64 | $ 03.67 | $ 234.94 | $ 289.86 | $ 289.86 |
| 03-17-2023 | 4203 | 8.2 | $ 34,464.60 | | | | | | - | 4203 | 4203 | $ 03.67 | $ 15,429.13 | $ 19,035.47 | $ 19,035.47 |
| 04-05-2023 | 200 | 7.3 | $ 1,460.00 | | | | | | - | 200 | 200 | $ 03.67 | $ 734.20 | $ 725.80 | $ 725.80 |
| 04-05-2023 | 300 | 7.3 | $ 2,190.00 | | | | | | - | 300 | 300 | $ 03.67 | $ 1,101.29 | $ 1,088.71 | $ 1,088.71 |
| 04-05-2023 | 100 | 7.3 | $ 730.00 | | | | | | - | 100 | 100 | $ 03.67 | $ 367.10 | $ 362.90 | $ 362.90 |
| 04-05-2023 | 3400 | 7.3 | $ 24,820.00 | | | | | | - | 3400 | 3400 | $ 03.67 | $ 12,481.33 | $ 12,338.67 | $ 12,338.67 |
| 05-30-2023 | 2000 | 6.4 | $ 12,800.00 | | | | | | - | 2000 | 2000 | $ 03.67 | $ 7,341.96 | $ 5,458.04 | $ 5,458.04 |
| 05-31-2023 | 2000 | 6.15 | $ 12,300.00 | | | | | | - | 2000 | 2000 | $ 03.67 | $ 7,341.96 | $ 4,958.04 | $ 4,958.04 |
| 05-31-2023 | 2001 | 6.1 | $ 12,206.10 | | | | | | - | 2001 | 2001 | $ 03.67 | $ 7,345.63 | $ 4,860.47 | $ 4,860.47 |
| 05-31-2023 | 3000 | 5.99 | $ 17,970.00 | | | | | | - | 3000 | 3000 | $ 03.67 | $ 11,012.94 | $ 6,957.06 | $ 6,957.06 |
| **Total:** | **23,001** | | **$166,476.10** | | | | | | | **23,001** | **23,001** | | **$ 84,436.22** | **$ 82,039.88** | **$ 82,039.88** |

| Client Name | Levi & Korsinsky - Hawke | | SUMMARY OF FINANCIAL INTEREST | |
|---|---|---|---|---|
| Company Name | DZS, Inc. | | LIFO Loss Total | $ 153,214.02 |
| Ticker Symbol | DZSI | | DURA LIFO* Total | $ 153,214.02 |
| Security Type | | | Gross Shares Purchased | 40,000 |
| Class Period Start | 03-10-2023 | | Net Shares Retained | 40,000 |
| Class Period End | 05-31-2023 | | Net Funds Expended | $300,053.24 |
| 90-DAY Lookback Period Start | 06-01-2023 | | | |
| 90-DAY Lookback Period End | 08-14-2023 | | | |
| 90-DAY Lookback Average | $ 03.67 | | | |

### Levi and Korsinsky LLP - Account 2

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-17-2023 | 10000 | 8.1 | $ 81,000.00 | | | | | | - | 10000 | 10000 | $ 03.67 | $ 36,709.80 | $ 44,290.20 | $ 44,290.20 |
| 03-24-2023 | 2031 | 7.95 | $ 16,146.45 | | | | | | - | 2031 | 2031 | $ 03.67 | $ 7,455.76 | $ 8,690.69 | $ 8,690.69 |
| 03-30-2023 | 4000 | 7.85 | $ 31,400.00 | | | | | | - | 4000 | 4000 | $ 03.67 | $ 14,683.92 | $ 16,716.08 | $ 16,716.08 |
| 04-04-2023 | 4000 | 7.69981 | $ 30,799.24 | | | | | | - | 4000 | 4000 | $ 03.67 | $ 14,683.92 | $ 16,115.32 | $ 16,115.32 |
| 04-05-2023 | 5000 | 7.45 | $ 37,250.00 | | | | | | - | 5000 | 5000 | $ 03.67 | $ 18,354.90 | $ 18,895.10 | $ 18,895.10 |
| 04-12-2023 | 5000 | 7.24119 | $ 36,205.95 | | | | | | - | 5000 | 5000 | $ 03.67 | $ 18,354.90 | $ 17,851.05 | $ 17,851.05 |
| 04-18-2023 | 5000 | 6.97 | $ 34,850.00 | | | | | | - | 5000 | 5000 | $ 03.67 | $ 18,354.90 | $ 16,495.10 | $ 16,495.10 |
| 04-19-2023 | 2000 | 6.7 | $ 13,400.00 | | | | | | - | 2000 | 2000 | $ 03.67 | $ 7,341.96 | $ 6,058.04 | $ 6,058.04 |
| 04-20-2023 | 2969 | 6.4 | $ 19,001.60 | | | | | | - | 2969 | 2969 | $ 03.67 | $ 10,899.14 | $ 8,102.46 | $ 8,102.46 |
| **Total:** | **40,000** | | **$300,053.24** | | | | | | | **40,000** | **40,000** | | **$ 146,839.22** | **$ 153,214.02** | **$ 153,214.02** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $ 235,253.90 |
| DURALIFO* Total | $ 235,253.90 |
| Gross Shares Purchased | 63,001 |
| Net Shares Retained | 63,001 |
| Net Funds Expended | $466,529.34 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

| | |
|---|---|
| Client Name | Pomerantz LLP - Link/Milkins |
| Company Name | DZS, Inc. |
| Ticker Symbol | DZSI |
| Security Type | |
| Class Period Start | 03-10-2023 |
| Class Period End | 05-31-2023 |
| 90-DAY Lookback Period Start | 06-01-2023 |
| 90-DAY Lookback Period End | 08-14-2023 |
| 90-DAY Lookback Average | $ 03.67 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $3,808.49 |
| DURA LIFO* Total | $3,808.49 |
| Gross Shares Purchased | 1,216 |
| Net Shares Retained | 1,216 |
| Net Funds Expended | $8,272.40 |

### Pomerantz LLP - Account 1

| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-27-2023 | 46 | 8.15 | $ 374.90 | | | | | | - | 46 | 46 | $ 03.67 | $ 168.87 | $ 206.03 | $ 206.03 |
| 05-16-2023 | 1170 | 6.75 | $ 7,897.50 | | | | | | - | 1170 | 1170 | $ 03.67 | $ 4,295.05 | $ 3,602.45 | $ 3,602.45 |
| Total: | 1,216 | | $8,272.40 | | | | | | | 1,216 | 1,216 | | $4,463.91 | $3,808.49 | $3,808.49 |

| | |
|---|---|
| Client Name | Pomerantz LLP - Link/Milkins |
| Company Name | DZS, Inc. |
| Ticker Symbol | DZSI |
| Security Type | |
| Class Period Start | 03-10-2023 |
| Class Period End | 05-31-2023 |
| 90-DAY Lookback Period Start | 06-01-2023 |
| 90-DAY Lookback Period End | 08-14-2023 |
| 90-DAY Lookback Average | $ 03.67 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $4,261.63 |
| DURA LIFO* Total | $4,261.63 |
| Gross Shares Purchased | 1,400 |
| Net Shares Retained | 1,400 |
| Net Funds Expended | $9,401.00 |

### Pomerantz LLP - Account 2

| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-17-2023 | 300 | 8.11 | $ 2,433.00 | | | | | | - | 300 | 300 | $ 03.67 | $ 1,101.29 | $ 1,331.71 | $ 1,331.71 |
| 04-19-2023 | 600 | 6.6166 | $ 3,969.96 | | | | | | - | 600 | 600 | $ 03.67 | $ 2,202.59 | $ 1,767.37 | $ 1,767.37 |
| 05-31-2023 | 193 | 5.99 | $ 1,156.07 | | | | | | - | 193 | 193 | $ 03.67 | $ 708.50 | $ 447.57 | $ 447.57 |
| 05-31-2023 | 7 | 5.9997 | $ 42.00 | | | | | | - | 7 | 7 | $ 03.67 | $ 25.70 | $ 16.30 | $ 16.30 |
| 05-31-2023 | 300 | 5.9999 | $ 1,799.97 | | | | | | - | 300 | 300 | $ 03.67 | $ 1,101.29 | $ 698.68 | $ 698.68 |
| Total: | 1,400 | | $9,401.00 | | | | | | | 1,400 | 1,400 | | $ 5,139.37 | $ 4,261.63 | $ 4,261.63 |

| | |
|---|---|
| Client Name | Pomerantz LLP - Link/Milkins |
| Company Name | DZS, Inc. |
| Ticker Symbol | DZSI |
| Security Type | |
| Class Period Start | 03-10-2023 |
| Class Period End | 05-31-2023 |
| 90-DAY Lookback Period Start | 06-01-2023 |
| 90-DAY Lookback Period End | 08-14-2023 |
| 90-DAY Lookback Average | $ 03.67 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $1,259.68 |
| DURA LIFO* Total | $1,259.68 |
| Gross Shares Purchased | 300 |
| Net Shares Retained | 300 |
| Net Funds Expended | $2,360.97 |

### Pomerantz LLP - Account 3

| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-06-2023 | 300 | 7.8699 | $ 2,360.97 | | | | | | - | 300 | 300 | $ 03.67 | $ 1,101.29 | $ 1,259.68 | $ 1,259.68 |
| Total: | 300 | | $2,360.97 | | | | | | | 300 | 300 | | $ 1,101.29 | $ 1,259.68 | $ 1,259.68 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $9,329.79 |
| DURALIFO* Total | $9,329.79 |
| Gross Shares Purchased | 2,916 |
| Net Shares Retained | 2,916 |
| Net Funds Expended | $20,034.37 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

| Client Name | S+S - Freedom Business Trust/ Life Trust |
|---|---|
| Company Name | DZS, Inc. |
| Ticker Symbol | DZSI |
| Security Type | |
| Class Period Start | 03-10-2023 |
| Class Period End | 05-31-2023 |
| 90-DAY Lookback Period Start | 06-01-2023 |
| 90-DAY Lookback Period End | 08-14-2023 |
| 90-DAY Lookback Average | $ 03.67 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $0.00 |
| DURA LIFO* Total | $0.00 |
| Gross Shares Purchased | 0 |
| Net Shares Retained | -17,922 |
| Net Funds Expended | ($115,399.19) |

### Scott+Scott Attorneys at Law LLP - Account 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| Matched against pre class period holdings | | | | 05-24-2023 | 467 | | $ 06.49 | $ 3,030.83 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-24-2023 | 701 | | $ 06.45 | $ 4,521.45 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-24-2023 | 1103 | | $ 06.47 | $ 7,136.41 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-24-2023 | 1122 | | $ 06.48 | $ 7,270.56 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-24-2023 | 1896 | | $ 06.44 | $ 12,210.24 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-24-2023 | 2396 | | $ 06.46 | $ 15,478.16 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-24-2023 | 3000 | | $ 06.43 | $ 19,290.00 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-24-2023 | 7237 | | $ 06.42 | $ 46,461.54 | - | - | - | $ 03.67 | | | |
| Total: | | | | | 17,922 | | | $115,399.19 | | | | | | | |

| Client Name | S+S - Freedom Business Trust/ Life Trust |
|---|---|
| Company Name | DZS, Inc. |
| Ticker Symbol | DZSI |
| Security Type | |
| Class Period Start | 03-10-2023 |
| Class Period End | 05-31-2023 |
| 90-DAY Lookback Period Start | 06-01-2023 |
| 90-DAY Lookback Period End | 08-14-2023 |
| 90-DAY Lookback Average | $ 03.67 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $692.00 |
| DURA LIFO* Total | $0.00 |
| Gross Shares Purchased | 200 |
| Net Shares Retained | -15,719 |
| Net Funds Expended | ($100,690.74) |

### Scott+Scott Attorneys at Law LLP - Account 2

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-14-2023 | 200 | 9.92 | $ 1,984.00 | 05-24-2023 | 200 | | $ 06.46 | $ 1,292.00 | - | - | - | $ 03.67 | | $ 692.00 | |
| Matched against pre class period holdings | | | | 05-24-2023 | 9719 | | $ 06.46 | $ 62,784.74 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-25-2023 | 400 | | $ 06.42 | $ 2,568.00 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-25-2023 | 600 | | $ 06.40 | $ 3,840.00 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-25-2023 | 1000 | | $ 06.43 | $ 6,430.00 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-25-2023 | 1000 | | $ 06.43 | $ 6,430.00 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-25-2023 | 1000 | | $ 06.43 | $ 6,430.00 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-25-2023 | 1000 | | $ 06.45 | $ 6,450.00 | - | - | - | $ 03.67 | | | |
| Matched against pre class period holdings | | | | 05-25-2023 | 1000 | | $ 06.45 | $ 6,450.00 | - | - | - | $ 03.67 | | | |
| Total: | 200 | | $1,984.00 | | 15,919 | | | $102,674.74 | | | | | | $692.00 | |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| ALL ACCTS | |
| LIFO Loss Total | $692.00 |
| DURALIFO* Total | $0.00 |
| Gross Shares Purchased | 200 |
| Net Shares Retained | -33,641 |
| Net Funds Expended | ($216,089.93) |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.