**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| JASON SHIM, Individually and on Behalf of All Others Similarly Situated, | No. 4:23-cv-00549-SDJ |
| Plaintiff, | |
| v. | |
| DZS INC., CHARLES DANIEL VOGT, and MISTY KAWCKI, | |
| Defendants. | |
| KEITH LINK, Individually and on Behalf of All Others Similarly Situated, | No. 4:23-cv-00603-SDJ |
| Plaintiff, | |
| v. | |
| DZS INC., CHARLES DANIEL VOGT, and MISTY KAWCKI, | |
| Defendants. | |
| ROBERT CODY, Individually and on Behalf of All Others Similarly Situated, | No. 4:23-cv-00713-SDJ |
| Plaintiff, | |
| v. | |
| DZS INC., CHARLES DANIEL VOGT, and MISTY KAWCKI, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF THOMAS L. LAUGHLIN, IV IN FURTHER SUPPORT OF FREEDOM BUSINESS TRUST AND LIFE TRUST'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.    I am a partner with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movant Freedom Business Trust and Life Trust ("Movant").

2.    I submit this Supplemental Declaration, together with the attached exhibits, in further support of Movant's motion for consolidation, appointment as Lead Plaintiff, and approval of its selection of Scott+Scott and the Schall Law Firm as Co-Lead Counsel for the Class.

3.    Attached hereto as exhibits are true and correct copies of the following:

Exhibit F:    Agreement & Order dated September 27, 2019, signed by the State of Idaho Department of Finance and Jason S. Hawke; and

Exhibit G:    Financial Industry Regulatory Authority ("FINRA") Broker Check Report of Jason S. Hawke.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 29th day of August 2023.


*Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

1