# EXHIBIT G

Case 4:23-cv-00549-SDJ   Document 17-3   Filed 08/29/23   Page 1 of 34 PageID #: 501

**BrokerCheck Report**

# JASON STEVEN HAWKE

CRD# 4177415

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 4 |
| Registration and Employment History | 6 - 7 |
| Disclosure Events | 8 |

 Please be aware that fraudsters may link to BrokerCheck from phishing and similar scam websites, trying to steal your personal information or your money. Make sure you know who you're dealing with when investing, and contact FINRA with any concerns.

For more information read our investor alert on imposters.

**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.



# JASON S. HAWKE
CRD# 4177415

## Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

**Currently employed by and registered with the following Firm(s):**

**IA  HAWKE FINANCIAL GROUP**
2484 N STOKESBERRY PLACE
SUITE 100
MERIDIAN, ID  83646
CRD# 301733
Registered with this firm since: 09/01/2019

**B  D.H. HILL SECURITIES, LLLP**
2484 Stokesberry Pl
Meridian, ID  83646
CRD# 41528
Registered with this firm since: 10/21/2020

### Broker Qualifications

**This broker is registered with:**

- 1 Self-Regulatory Organization
- 4 U.S. states and territories

**This broker has passed:**

- 2 Principal/Supervisory Exams
- 4 General Industry/Product Exams
- 3 State Securities Law Exams

### Registration History

**This broker was previously registered with the following securities firm(s):**

**IA  NATIONAL ASSET MANAGEMENT, INC.**
CRD# 115927
MEMPHIS, TN
12/2011 - 03/2019

**B  NATIONAL SECURITIES CORPORATION**
CRD# 7569
MERIDIAN, ID
10/2011 - 03/2019

**B  NEWBRIDGE SECURITIES CORPORATION**
CRD# 104065
MERIDIAN, ID
07/2011 - 09/2011

### Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?  **Yes**

**The following types of disclosures have been reported:**

| Type | Count |
|---|---|
| Regulatory Event | 1 |
| Criminal | 1 |
| Customer Dispute | 9 |
| Termination | 3 |

◆2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 1 SRO and is licensed in 4 U.S. states and territories through his or her employer.**

### Employment 1 of 2

Firm Name:              **D.H. HILL SECURITIES, LLLP**

Main Office Address:  **1543 GREEN OAK PLACE, SUITE 100**
                      **KINGWOOD, TX  77339**

Firm CRD#:              **41528**

| SRO | Category | Status | Date |
|-----|----------|--------|------|
| B FINRA | General Securities Principal | Approved | 10/21/2020 |
| B FINRA | General Securities Representative | Approved | 10/21/2020 |
| B FINRA | Invest. Co and Variable Contracts | Approved | 10/21/2020 |
| B FINRA | Investment Co./Variable Contracts Prin | Approved | 10/21/2020 |

| U.S. State/ Territory | Category | Status | Date |
|-----------------------|----------|--------|------|
| B Idaho | Agent | Approved | 11/25/2020 |
| B Ohio | Agent | Approved | 10/18/2022 |
| B Utah | Agent | Approved | 08/11/2022 |

### Branch Office Locations

**D.H. HILL SECURITIES, LLLP**
2484 Stokesberry Pl
Meridian, ID  83646

### Employment 2 of 2

Firm Name:              **HAWKE FINANCIAL GROUP**

Main Office Address:  **2484 N STOKESBERRY PLACE**

©2023 FINRA. All rights reserved. Report about JASON S. HAWKE.



## Employment 2 of 2, continued

**SUITE 100**
**MERIDIAN, ID  83646-6083**

Firm CRD#:        **301733**

| U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|
| **IA** Idaho | Investment Adviser Representative | Approved | 09/01/2019 |
| **IA** Texas | Investment Adviser Representative | Restricted Approval | 04/20/2020 |

## Branch Office Locations

This individual does not have any registered Branch Office where the individual is located.



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 2 principal/supervisory exams, 4 general industry/product exams, and 3 state securities law exams.**

### Principal/Supervisory Exams

| | Exam | Category | Date |
|---|---|---|---|
| B | General Securities Principal Examination | Series 24 | 07/22/2003 |
| B | Investment Company Products/Variable Contracts Principal Examination | Series 26 | 06/09/2001 |

### General Industry/Product Exams

| | Exam | Category | Date |
|---|---|---|---|
| B | Securities Industry Essentials Examination | SIE | 10/01/2018 |
| B | National Commodity Futures Examination | Series 3 | 10/31/2013 |
| B | General Securities Representative Examination | Series 7 | 06/10/2003 |
| B | Investment Company Products/Variable Contracts Representative Examination | Series 6 | 06/12/2000 |

### State Securities Law Exams

| | Exam | Category | Date |
|---|---|---|---|
| IA | Uniform Investment Adviser Law Examination | Series 65 | 09/26/2011 |
| B IA | Uniform Combined State Law Examination | Series 66 | 06/07/2004 |
| B | Uniform Securities Agent State Law Examination | Series 63 | 06/03/2000 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

◆2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

**Broker Qualifications**



## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

©2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

**Registration and Employment History**

## Registration History

The broker previously was registered with the following firms:

| | Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|---|
| IA | 12/2011 - 03/2019 | NATIONAL ASSET MANAGEMENT, INC. | 115927 | MERIDAN, ID |
| B | 10/2011 - 03/2019 | NATIONAL SECURITIES CORPORATION | 7569 | MERIDIAN, ID |
| B | 07/2011 - 09/2011 | NEWBRIDGE SECURITIES CORPORATION | 104065 | MERIDIAN, ID |
| IA | 05/2008 - 08/2011 | J P TURNER & COMPANY CAPITAL MANAGEMENT, LLC | 124446 | MERIDAN, ID |
| B | 05/2008 - 08/2011 | J.P. TURNER & COMPANY, L.L.C. | 43177 | MERDIAN, ID |
| IA | 06/2004 - 05/2008 | LPL FINANCIAL CORPORATION | 6413 | MERIDIAN, ID |
| B | 02/2003 - 05/2008 | LPL FINANCIAL CORPORATION | 6413 | MERIDIAN, ID |
| B | 04/2002 - 02/2003 | WORLD GROUP SECURITIES, INC. | 114473 | DULUTH, GA |
| B | 06/2000 - 04/2002 | WMA SECURITIES, INC. | 32625 | DULUTH, GA |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 09/2020 - Present | D.H. HILL SECURITIES, LLLP | REGISTERED REPRESENTATIVE | Y | KINGWOOD, TX, United States |
| 02/2002 - Present | HAWKE FINANCIAL GROUP, LLC | OWNER, CCO & IAR | Y | MERIDIAN, ID, United States |
| 01/2008 - 05/2023 | INTEGRATED WEALTH CONCEPTS LLC | OWNER / INSURANCE PRODUCER | N | MERIDIAN, ID, United States |
| 09/2011 - 03/2019 | NATIONAL ASSET MANAGMENT, INC. | INVESTMENT ADVISER REPRESENTATIVE | Y | MERIDAN, ID, United States |

◆2023 FINRA. All rights reserved. Report about JASON S. HAWKE.



## Employment History, continued

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 09/2011 - 03/2019 | NATIONAL SECURITIES CORP | REGISTERED REPRESENTATIVE | Y | MERIDIAN, ID, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

1) JPT PROPERTIES LLC; NON-INVESTMENT RELATED; 439 E. SHORE DR. STE 100, EAGLE, ID  83616; REAL ESTATE, PROPERTY MANAGEMENT; PRESIDENT & OWNER. START DATE  01/2015; 2 HOURS/MONTH, NONE DURING TRADING HOURS
2) LIVESTOCK CATTLE BUSINESS; NON INVESTMENT RELATED; BUYING CALFS, FEEDING AND SELLING TO MEAT CONTRACTOR, OWNER & PARTNER, START DATE: 01/2014; 1 HOUR/MONTH; TRADING HOURS 0.
3) HAWKE FINANCIAL GROUP LLC, INVESTMENT RELATED; START DATE 5/2019, 2404 N. STOKESBERRY PL., MERIDIAN, ID; OWNER & SEC REGISTERED RIA, APPROX 140 HRS/MO AND DURING TRADING, FEE BASED MONEY MANAGEMENT, HOURLY FEES FOR FINANCIAL PLANNING
4) D.H. HILL SECURITIES, LLLP; INVESTMENT RELATED; 1543 GREEN OAK PLACE, SUITE 100, KINGWOOD TEXAS 77339; REGISTERED REPRESENTATIVE SINCE 10/2020; APPROX 10 HOURS PER WEEK DURING TRADING HOURS
5) STONEBRIAR HOMEOWNERS ASSOCIATION, INC; NON-PROFIT; NON-INVESTMENT RELATED; PO BOX 810 STAR, ID 83669;  DUTIES: TREASURER; START DATE: 05/18/2023; HOURS PER MONTH: 5, HOURS DURING TRADING: 0

◆2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

**Disclosure Events**



**What you should know about reported disclosure events:**

1.  All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

2.  **Certain thresholds must be met before an event is reported to CRD, for example:**
    o   A law enforcement agency must file formal charges before a broker is required to disclose a particular criminal event.
    o   A customer dispute must involve allegations that a broker engaged in activity that violates certain rules or conduct governing the industry and that the activity resulted in damages of at least $5,000.
    o

3.  **Disclosure events in BrokerCheck reports come from different sources:**
    o   As mentioned at the beginning of this report, information contained in BrokerCheck comes from brokers, brokerage firms and regulators. When more than one of these sources reports information for the same disclosure event, all versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.
    o

4.  **There are different statuses and dispositions for disclosure events:**
    o   A disclosure event may have a status of *pending, on appeal,* or *final.*
        ▪   A "pending" event involves allegations that have not been proven or formally adjudicated.
        ▪   An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
        ▪   A "final" event has been concluded and its resolution is not subject to change.
    o   A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
        ▪   An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
        ▪   A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that brokers and brokerage firms may choose to settle customer disputes or regulatory matters for business or other reasons.
        ▪   A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.

**For your convenience, below is a matrix of the number and status of disclosure events involving this broker. Further information regarding these events can be found in the subsequent pages of this report. You also may wish to contact the broker to obtain further information regarding these events.**

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Regulatory Event | 0 | 1 | 0 |
| Criminal | 0 | 1 | 0 |
| Customer Dispute | 0 | 9 | N/A |
| Termination | N/A | 3 | N/A |

◆2023 FINRA. All rights reserved. Report about JASON S. HAWKE.



## Disclosure Event Details

When evaluating this information, please keep in mind that a disclosure event may be pending or involve allegations that are contested and have not been resolved or proven. The matter may, in the end, be withdrawn, dismissed, resolved in favor of the broker, or concluded through a negotiated settlement for certain business reasons (e.g., to maintain customer relationships or to limit the litigation costs associated with disputing the allegations) with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD and therefore some of the specific data fields contained in the report may be blank if the information was not provided to CRD.

### Regulatory - Final

This type of disclosure event may involve (1) a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, self-regulatory organization, federal regulatory such as the Securities and Exchange Commission, foreign financial regulatory body) for a violation of investment-related rules or regulations; or (2) a revocation or suspension of a broker's authority to act as an attorney, accountant, or federal contractor.

**Disclosure 1 of 1**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Regulatory Action Initiated By:** | IDAHO DEPARTMENT OF FINANCE |
| **Sanction(s) Sought:** | Cease and Desist<br>Civil and Administrative Penalty(ies)/Fine(s)<br>Suspension |
| **Date Initiated:** | 04/01/2019 |
| **Docket/Case Number:** | 2019-7-06 |
| **URL for Regulatory Action:** | https://www.finance.idaho.gov/legal/administrative-actions/securities/enforcement-orders/documents/2019/4861-2019-7-06-hawke-a&o.pdf |
| **Employing firm when activity occurred which led to the regulatory action:** | NATIONAL SECURITIES CORPORATION |
| **Product Type:** | Other: CONSERVATION EASEMENT |
| **Allegations:** | MR. HAWKE, AS AGENT OF NATIONAL SECURITIES CORPORATION ("NSC"), VIOLATED NSC'S WRITTEN POLICIES AND PROCEDURES AND FINRA RULE 3280 WHEN HE FAILED TO PROVIDE NOTICE TO NSC PRIOR TO ENGAGING IN PRIVATE SECURITIES TRANSACTIONS. |
| **Current Status:** | Final |
| **Resolution:** | Order |

◆2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

| | |
|---|---|
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | Yes |
| **Resolution Date:** | 09/27/2019 |
| **Sanctions Ordered:** | Cease and Desist<br>Civil and Administrative Penalty(ies)/Fine(s)<br>Suspension |

**Sanction 1 of 1**

| | |
|---|---|
| **Sanction Type:** | Suspension |
| **Capacities Affected:** | REGISTRATION |
| **Duration:** | 30 DAYS |
| **Start Date:** | 09/01/2019 |
| **End Date:** | 09/30/2019 |

**Monetary Sanction 1 of 1**

| | |
|---|---|
| **Monetary Related Sanction:** | Civil and Administrative Penalty(ies)/Fine(s) |
| **Total Amount:** | $10,000.00 |
| **Portion Levied against individual:** | $10,000.00 |
| **Payment Plan:** | |
| **Is Payment Plan Current:** | Yes |
| **Date Paid by individual:** | 09/27/2019 |
| **Was any portion of penalty waived?** | No |
| **Amount Waived:** | |
| **Regulator Statement** | MR. HAWKE VIOLATED FINRA RULES AND IDAHO LAW WHEN HE PERSONALLY PARTICIPATED IN A PRIVATE SECURITIES TRANSACTION INVOLVING A CONSERVATION EASEMENT WITHOUT GIVING HIS BROKER-DEALER PRIOR WRITTEN NOTICE. THE DEPARTMENT HAD PREVIOUSLY ISSUED A LETTER OF CENSURE TO MR. HAWKE FOR FAILURE TO NOTIFY HIS PRIOR BROKER-DEALER ABOUT PARTICIPATION IN A PRIVATE SECURITIES TRANSACTION. IN ADDITION TO THE FINE AND SUSPENSION, |

◆2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

MR. HAWKE HAS AGREED TO HIRE AN INDEPENDENT COMPLIANCE CONSULTANT TO CONDUCT AN ANNUAL EXAMINATION OF HIS INVESTMENT ADVISORY BUSINESS FOR A PERIOD OF FIVE YEARS.

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Regulatory Action Initiated By:** | Idaho Department of Finance |
| **Sanction(s) Sought:** | Cease and Desist<br>Civil and Administrative Penalty(ies)/Fine(s)<br>Suspension |
| **Date Initiated:** | 04/01/2019 |
| **Docket/Case Number:** | 2019-07-06 |
| **Employing firm when activity occurred which led to the regulatory action:** | National Securities Corporation |
| **Product Type:** | Other: Conservation Easement |
| **Allegations:** | Mr. Hawke, as agent of National Securities Corporation, violated NSC's written policies and procedures and FINRA rule 3280 when he failed to provide notice to NSC prior to engaging in Private Securities Transactions |
| **Current Status:** | Final |
| **Resolution:** | Order |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | Yes |
| **Resolution Date:** | 09/27/2019 |
| **Sanctions Ordered:** | Cease and Desist<br>Civil and Administrative Penalty(ies)/Fine(s)<br>Suspension |
| **Sanction 1 of 1** | |
| **Sanction Type:** | Suspension |
| **Capacities Affected:** | Registration |

◆2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

| | |
|---|---|
| **Duration:** | 30 Days |
| **Start Date:** | 09/01/2019 |
| **End Date:** | 09/30/2019 |

**Monetary Sanction 1 of 1**

| | |
|---|---|
| **Monetary Related Sanction:** | Civil and Administrative Penalty(ies)/Fine(s) |
| **Total Amount:** | $10,000.00 |
| **Portion Levied against individual:** | $10,000.00 |
| **Payment Plan:** | |
| **Is Payment Plan Current:** | Yes |
| **Date Paid by individual:** | 09/27/2019 |
| **Was any portion of penalty waived?** | No |
| **Amount Waived:** | |

**Broker Statement**    Mr. Hawke violated FINRA rules and Idaho law when he personally participated in a private securities transaction involving a conservation easement without giving his broker dealer prior written notice.  The department had previously issued a letter of censure to Mr. Hawke for failure to notify his prior broker dealer about participation in a private securities transaction. In addition to the fine and suspension Mr. Hawke has agreed to hire an independent compliance consultant to conduct an annual examination of his investment advisory business for a period of five years.

©2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

12

## Criminal - Final Disposition

This type of disclosure event involves a criminal charge against the broker that has resulted in a conviction, acquittal, dismissal, or plea. The criminal matter may pertain to any felony or certain misdemeanor offenses, including bribery, perjury, forgery, counterfeiting, extortion, fraud, and wrongful taking of property.

### Disclosure 1 of 1

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Organization Name (if charge(s) were brought against an organization over which broker exercised control):** | N/A |
| **Court Details:** | DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT<br>ADA COUNTY, IDAHO<br>CASE NO. M0400379 |
| **Charge Date:** | 12/31/2003 |
| **Charge Details:** | PETTY THEFT CODE SECTION 18-2403<br>1 COUNT, CLASS CLASS D MISDEMEANOR<br>PLEAD NOT GUILTY, NOT INVESTMENT RELATED |
| **Felony?** | No |
| **Current Status:** | Final |
| **Status Date:** | 03/11/2004 |
| **Disposition Details:** | A. DISMISSED AT PRE-TRIAL WITH BOND FORFEITURE<br>B. 3/11/2004<br>C. NO SENTENCE/PENALTY<br>F. NO PENALTY/FINE |
| **Broker Statement** | MATTER INVOLVED MISTAKEN USE OF MOVIE THEATRE TICKETS DELIVERED TO THE ACCUSED'S OFFICE.  OFFERED TO RESOLVE MATTER WITH COMPLAINANT, WHO REFUSED AND PRESSED CHARGES. |

2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

## Customer Dispute - Settled

This type of disclosure event involves a consumer-initiated, investment-related complaint, arbitration proceeding or civil suit containing allegations of sale practice violations against the broker that resulted in a monetary settlement to the customer.

### Disclosure 1 of 5

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | NATIONAL SECURITIES CORP |
| **Allegations:** | SUITABILITY |
| **Product Type:** | Other: PRIVATE PLACEMENT |
| **Alleged Damages:** | $100,000.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | No |
| **Is this an arbitration/CFTC reparation or civil litigation?** | Yes |
| **Arbitration/Reparation forum or court name and location:** | FINRA |
| **Docket/Case #:** | 20-00790 |
| **Filing date of arbitration/CFTC reparation or civil litigation:** | 03/09/2020 |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 03/17/2020 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 10/07/2021 |
| **Settlement Amount:** | $45,000.00 |
| **Individual Contribution Amount:** | $0.00 |

| | |
|---|---|
| **Reporting Source:** | Broker |

©2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

| | |
|---|---|
| **Employing firm when activities occurred which led to the complaint:** | National Securities Corporation |
| **Allegations:** | Suitability |
| **Product Type:** | Other: Private Placement |
| **Alleged Damages:** | $100,000.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | No |
| **Is this an arbitration/CFTC reparation or civil litigation?** | Yes |
| **Arbitration/Reparation forum or court name and location:** | FINRA |
| **Docket/Case #:** | 20-00790 |
| **Filing date of arbitration/CFTC reparation or civil litigation:** | 03/09/2020 |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 03/17/2020 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 10/07/2021 |
| **Settlement Amount:** | $45,000.00 |
| **Individual Contribution Amount:** | $0.00 |

| **Disclosure 2 of 5** |
|---|

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | J.P. TURNER & COMPANY LLC |
| **Allegations:** | MISREPRESENTATION, UNSUITABILITY, NEGLIGENCE, COMMON LAW FRAUD AND BREACH OF FIDUCIARY DUTY. |

�2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

| | |
|---|---|
| **Product Type:** | Penny Stock<br>Real Estate Security<br>Other: PRIVATE PLACEMENTS |
| **Alleged Damages:** | $50,000.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | CLAIMANTS ALLEGE THE DAMAGES TO BE BETWEEN $50,000 AND $75,000. |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | No |
| **Is this an arbitration/CFTC reparation or civil litigation?** | Yes |
| **Arbitration/Reparation forum or court name and location:** | FINRA |
| **Docket/Case #:** | CASE #14-01566 |
| **Filing date of arbitration/CFTC reparation or civil litigation:** | 06/04/2014 |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 06/04/2014 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 05/28/2015 |
| **Settlement Amount:** | $17,500.00 |
| **Individual Contribution Amount:** | $0.00 |

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | J.P. TURNER & COMPANY LLC |
| **Allegations:** | MISREPRESENTATION, UNSUITABILITY, NEGLIGENCE, COMMON LAW FRAUD AND BREACH OF FIDUCIARY DUTY. |

©2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

| | |
|---|---|
| **Product Type:** | Penny Stock<br>Real Estate Security<br>Other: PRIVATE PLACEMENT |
| **Alleged Damages:** | $50,000.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | CLAIMANTS ALLEGE THE DAMAGES TO BE BETWEEN $50,000 AND $75,000. |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | No |
| **Is this an arbitration/CFTC reparation or civil litigation?** | Yes |
| **Arbitration/Reparation forum or court name and location:** | FINRA |
| **Docket/Case #:** | CASE #14-01566 |
| **Filing date of arbitration/CFTC reparation or civil litigation:** | 06/04/2014 |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 06/10/2014 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 07/20/2015 |
| **Settlement Amount:** | $17,500.00 |
| **Individual Contribution Amount:** | $0.00 |

| Disclosure 3 of 5 | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | LPL FINANCIAL |
| **Allegations:** | ALLEGES UNSUITABILITY IN CONNECTION WITH PURCHASE OF INLAND WESTERN REIT IN 2004. |

| | |
|---|---|
| **Product Type:** | Other: REIT |
| **Alleged Damages:** | $60,000.00 |

## Arbitration Information

| | |
|---|---|
| **Arbitration/CFTC reparation claim filed with (FINRA, AAA, CFTC, etc.):** | FINRA |
| **Docket/Case #:** | 12-03893 |
| **Date Notice/Process Served:** | 12/26/2012 |
| **Arbitration Pending?** | No |
| **Disposition:** | Settled |
| **Disposition Date:** | 12/30/2013 |
| **Monetary Compensation Amount:** | $2,000.00 |
| **Individual Contribution Amount:** | $0.00 |
| **Firm Statement** | THE SETTLEMENT IS A COMPROMISE OF DISPUTED CLAIMS AND DOES NOT CONSTITUTE AN ADMISSION OR EVIDENCE OF LIABILITY FOR ANY PURPOSE WHATSOEVER.  THE FIRM ELECTED TO SETTLE THIS CLAIM FOR A NOMINAL AMOUNT TO AVOID THE COSTS AND UNCERTAINTY OF ARBITRATION. |

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | LPL FINANCIAL |
| **Allegations:** | ALLEGES UNSUITABILITY IN CONNECTION WITH THE PURCHASE OF INLAND WESTERN REIT IN 2004. |
| **Product Type:** | Other: REIT |
| **Alleged Damages:** | $60,000.00 |

## Arbitration Information

| | |
|---|---|
| **Arbitration/CFTC reparation claim filed with (FINRA, AAA, CFTC, etc.):** | FINRA |

©2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

18

| | |
|---|---|
| **Docket/Case #:** | 12-03893 |
| **Date Notice/Process Served:** | 12/26/2012 |
| **Arbitration Pending?** | No |
| **Disposition:** | Settled |
| **Disposition Date:** | 11/18/2013 |
| **Monetary Compensation Amount:** | $2,000.00 |
| **Individual Contribution Amount:** | $0.00 |

| | |
|---|---|
| **Disclosure 4 of 5** | |
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | J.P. TURNER & COMPANY LLC |
| **Allegations:** | UNSUITABLE INVESTMENTS, BREACH OF FIDUCIARY DUTY, COMMON LAW FRAUD, VIOLATION OF SECURITIES EXCHANGE ACT AND VIOLATION OF IDAHO SECURITIES LAWS. |
| **Product Type:** | Equity-OTC |
| **Alleged Damages:** | $100,000.00 |

## Arbitration Information

| | |
|---|---|
| **Arbitration/CFTC reparation claim filed with (FINRA, AAA, CFTC, etc.):** | FINRA |
| **Docket/Case #:** | 11-01746 |
| **Date Notice/Process Served:** | 06/13/2011 |
| **Arbitration Pending?** | No |
| **Disposition:** | Settled |
| **Disposition Date:** | 06/27/2012 |
| **Monetary Compensation Amount:** | $25,000.00 |
| **Individual Contribution Amount:** | $25,000.00 |

©2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

www.finra.org/brokercheck

User Guidance

**FINra**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | J.P. TURNER & COMPANY LLC |
| **Allegations:** | UNSUITABLE INVESTMENTS, BREACH OF FIDUCIARY DUTY, COMMON LAW FRAUD, VIOLATION OF SECURITIES EXCHANGE ACT AND VIOLATION OF IDAHO SECURITIES LAWS. |
| **Product Type:** | Equity-OTC<br>Real Estate Security |
| **Alleged Damages:** | $100,000.00 |

## Arbitration Information

| | |
|---|---|
| **Arbitration/CFTC reparation claim filed with (FINRA, AAA, CFTC, etc.):** | FINRA |
| **Docket/Case #:** | 11-01746 |
| **Date Notice/Process Served:** | 06/13/2011 |
| **Arbitration Pending?** | No |
| **Disposition:** | Settled |
| **Disposition Date:** | 06/27/2012 |
| **Monetary Compensation Amount:** | $25,000.00 |
| **Individual Contribution Amount:** | $25,000.00 |

## Civil Litigation Information

| | |
|---|---|
| **Type of Court:** | DISTRICT COURT SEVENTH JUDICIAL DISTRICT |
| **Name of Court:** | DISTRICT COURT SEVENTH JUDICIAL DISTRICT |
| **Location of Court:** | BONNEVILLE COUNTY IDAHO |
| **Docket/Case #:** | CV-2010-3996 |
| **Date Notice/Process Served:** | 12/23/2010 |
| **Litigation Pending?** | No |
| **Disposition:** | Other: TURNED INTO ARBITRATION. |

◆2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

**Disposition Date:** 06/13/2011

**Disclosure 5 of 5**

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | J.P. TURNER & COMPANY LLC |
| **Allegations:** | NEGLIGENCE, UNSUITABILITY, BREACH OF FIDUCIARY DUTY, MISREPRESENTATION ND FAILURE TO PERFORM DUE DILIGENCE. |
| **Product Type:** | Oil & Gas |
| **Alleged Damages:** | $300,000.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | FIRM REC'D CUSTOMER COMPLAINT FOR $225000.00 ON 02/02/2010 WHICH WAS DENIED ON 02/16/2010. FIRM REC'D ARBITRATION (REP NAMED IN BODY) ON 03/29/10 WITH ALLEGED DAMAGE AMOUNT OF $300,000. |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | Yes |
| **Arbitration/Reparation forum or court name and location:** | FINRA |
| **Docket/Case #:** | CASE #10-01146 |
| **Filing date of arbitration/CFTC reparation or civil litigation:** | 03/08/2010 |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 03/29/2010 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 11/10/2011 |
| **Settlement Amount:** | $50,000.00 |
| **Individual Contribution Amount:** | $43,750.00 |

❖2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | J.P. TURNER & COMPANY LLC |
| **Allegations:** | NEGLIGENCE, UNSUITABILITY, BREACH OF FIDUCIARY DUTY, MISREPRESENTATION AND FAILURE TO PERFORM DUE DILIGENCE. |
| **Product Type:** | Oil & Gas |
| **Alleged Damages:** | $300,000.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | FIRM REC'D CUSTOMER COMPLAINT FOR $225000.00 ON 02/02/2010 WHICH WAS DENIED ON 02/16/2010. FIRM REC'D ARBITRATION (REP NAMED IN BODY) ON 03/29/10 WITH ALLEGED DAMAGE AMOUNT OF $300,000. |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | Yes |
| **Arbitration/Reparation forum or court name and location:** | FINRA |
| **Docket/Case #:** | CASE #10-01146 |
| **Filing date of arbitration/CFTC reparation or civil litigation:** | 03/08/2010 |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 03/29/2010 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 11/10/2011 |
| **Settlement Amount:** | $50,000.00 |
| **Individual Contribution Amount:** | $43,750.00 |
| **Broker Statement** | PRIOR COMPLAINT FROM FEBRUARY 2010 WAS DENIED.  FIRM REC'D NOTICE OF ARBITRATION ON 03/29/2010 WITH REPRESENTATIVE NAMED IN |

©2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

22

THE BODY OF THE ARBITRATION ONLY.

©2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

## Customer Dispute - Closed-No Action / Withdrawn / Dismissed / Denied

This type of disclosure event involves (1) a consumer-initiated, investment-related arbitration or civil suit containing allegations of sales practice violations against the individual broker that was dismissed, withdrawn, or denied; or (2) a consumer-initiated, investment-related written complaint containing allegations that the broker engaged in sales practice violations resulting in compensatory damages of at least $5,000, forgery, theft, or misappropriation, or conversion of funds or securities, which was closed without action, withdrawn, or denied.

### Disclosure 1 of 4

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | JP TURNER |
| **Allegations:** | UNSUITABLE RECOMMENDATIONS |
| **Product Type:** | Real Estate Security |
| **Alleged Damages:** | $100,000.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

### Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 12/01/2011 |
| **Complaint Pending?** | No |
| **Status:** | Closed/No Action |
| **Status Date:** | 11/19/2013 |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |

### Disclosure 2 of 4

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | J.P. TURNER & COMPANY LLC |
| **Allegations:** | MISRESPRESENTATION AND UNSUITABLE INVESTMENT |

©2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

| | |
|---|---|
| **Product Type:** | Real Estate Security |
| **Alleged Damages:** | $0.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | NO ALLEGDED COMPENSATORY DAMAGE.  FIRM COULD NOT MAKE A GOOD FAITH DETERMINATION THAT AMOUND WOULD BE LESS THAN $5000.00. |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 04/25/2011 |
| **Complaint Pending?** | No |
| **Status:** | Closed/No Action |
| **Status Date:** | 05/09/2011 |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |

| | |
|---|---|
| **Disclosure 3 of 4** | |
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | J.P. TURNER & COMPANY LLC |
| **Allegations:** | CLIENT ALLEGES MISREPRESENTATION |
| **Product Type:** | Oil & Gas |
| **Alleged Damages:** | $0.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | NO SPECIFIED DAMAGED ALLEGED.  FIRM COULD NOT MAKE A GOOD FAITH DETERMINATION THAT DAMAGE WOULD BE LESS THAN $5000.00. |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |

◆2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

**Is this an arbitration/CFTC reparation or civil litigation?**     No

## Customer Complaint Information

**Date Complaint Received:**     03/25/2010

**Complaint Pending?**     No

**Status:**     Closed/No Action

**Status Date:**     11/17/2010

**Settlement Amount:**

**Individual Contribution Amount:**

**Broker Statement**     THIS CLIENT IS THE MOTHER OF THE REPRESENTATIVE. THE CLIENT SENT A FOLLOW UP LETTER STATING THAT HER EMAIL FROM 03/25/2010 WAS NOT A COMPLAINT AND SHE WAS NOT ALLEDGING MISREPRESENTATION.

| Disclosure 4 of 4 |
| --- |

**Reporting Source:**     Broker

**Employing firm when activities occurred which led to the complaint:**     J.P. TURNER & COMPANY LLC

**Allegations:**     MISREPRESENTATION

**Product Type:**     Annuity-Variable

**Alleged Damages:**     $10,000.00

**Is this an oral complaint?**     No

**Is this a written complaint?**     Yes

**Is this an arbitration/CFTC reparation or civil litigation?**     No

## Customer Complaint Information

**Date Complaint Received:**     07/20/2009

**Complaint Pending?**     No

**Status:**     Denied

**Status Date:**                   07/22/2009

**Settlement Amount:**

**Individual Contribution
Amount:**

**Broker Statement**            CLIENTS WERE SOLD SEVERAL VARIABLE ANNUITIES WITH THE INCOME
GUARANTEE RIDER FROM A DIFFERENT INSURANCE AGENT.  CLIENTS
THOUGHT THAT THE INCOME GUARANTEE WAS GIVING THEIR ACCOUNT
VALUE GUARANTEES OF RETURN.  WHEN I INFORMED THEM THAT THE
INSURANCE WAS BASED ON AN ANNUITIZATION PAYMENT THE CLIENT
WAS UPSET.   THE CLIENT WANTED TO TRANSFER THE ACCOUNT TO MY
FIRM.  I INFORMED THEM BY DOING SO THE INCOME GUARANTEE THAT
WAS ON THE POLICY WOULD BE FORFEITED.  THE CLIENT PROCEEDED
WITH THE TRANSFER WITHIN A WEEKS TIME BEFORE MAKING THEIR FINAL
DECISION.

◆2023 FINRA. All rights reserved. Report about JASON S. HAWKE.                                                                              27

## Employment Separation After Allegations

This type of disclosure event involves a situation where the broker voluntarily resigned, was discharged, or was permitted to resign after being accused of (1) violating investment-related statutes, regulations, rules or industry standards of conduct; (2) fraud or the wrongful taking of property; or (3) failure to supervise in connection with investment-related statutes, regulations, rules, or industry standards of conduct.

### Disclosure 1 of 3

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employer Name:** | GLYNN PERRYMAN |
| **Termination Type:** | Discharged |
| **Termination Date:** | 03/20/2019 |
| **Allegations:** | Registered representative failed to notify the Firm prior to engaging in Private Securities Transactions in accordance with the Firm's policies and procedures.The transactions did not involve any clients of the Firm |
| **Product Type:** | No Product |

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employer Name:** | NATIONAL ASSET MANAGEMENT, INC. |
| **Termination Type:** | Discharged |
| **Termination Date:** | 03/20/2019 |
| **Allegations:** | REGISTERED REPRESENTATIVE FAILED TO NOTIFY THE FIRM PRIOR TO ENGAGING IN PRIVATE SECURITIES TRANSACTIONS IN ACCORDANCE WITH THE FIRM'S POLICIES AND PROCEDURES. THE TRANSACTIONS DID NOT INVOLVE ANY CLIENTS OF THE FIRM. |
| **Product Type:** | No Product |
| **Broker Statement** | I made a personal real estate investment in a conservation easement in December for tax planning. I did not solicit or conduct any private securities transactions with clients. I was approved for real estate investments as an outside business activity and believed no further notice was required. |

### Disclosure 2 of 3

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employer Name:** | NATIONAL SECURITIES CORP |
| **Termination Type:** | Discharged |
| **Termination Date:** | 03/20/2019 |

| | |
|---|---|
| **Allegations:** | Registered representative failed to notify the Firm prior to engaging in Private Securities Transactions in accordance with the Firm's policies and procedures.The transactions did not involve any clients of the Firm. |
| **Product Type:** | No Product |

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employer Name:** | National Securities Corporation |
| **Termination Type:** | Discharged |
| **Termination Date:** | 03/20/2019 |
| **Allegations:** | RR failed to notify the firm prior to engaging in Private Securities Transactions in accordance with the firm's policies and procedures.  The transactions did not involve any of the firm's clients. |
| **Product Type:** | No Product |

**Disclosure 3 of 3**

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employer Name:** | J.P. TURNER & COMPANY, L.L.C. |
| **Termination Type:** | Permitted to Resign |
| **Termination Date:** | 07/06/2011 |
| **Allegations:** | VIOLATION OF FIRM POLICY AND INDUSTRY RULES RELATED TO COMMISSION PAYMENTS AND AN UNAPPROVED PRIVATE SECURITIES TRANSACTION. |
| **Product Type:** | No Product |

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employer Name:** | J.P. TURNER & COMPANY, L.L.C. |
| **Termination Type:** | Permitted to Resign |
| **Termination Date:** | 07/06/2011 |
| **Allegations:** | VIOLATION OF FIRM POLICY AND INDUSTRY RULES RELATED TO COMMISSION PAYMENTS AND AN UNAPPROVED PRIVATE SECURITIES TRANSACTION. |

**Product Type:**                    No Product

©2023 FINRA. All rights reserved. Report about JASON S. HAWKE.

**End of Report**

This page is intentionally left blank.

©2023 FINRA. All rights reserved. Report about JASON S. HAWKE.                                                                                                            31