**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| JASON SHIM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DZS INC., CHARLES DANIEL VOGT, and MISTY KAWCKI,<br><br>Defendants. | No. 4:23-cv-00549-SDJ |
| KEITH LINK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DZS INC., CHARLES DANIEL VOGT, and MISTY KAWCKI,<br><br>Defendants. | No. 4:23-cv-00603-SDJ |
| ROBERT CODY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DZS INC., CHARLES DANIEL VOGT, and MISTY KAWCKI,<br><br>Defendants. | No. 4:23-cv-00713-SDJ |

**ORDER DENYING COMPETING MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**

Before the Court is the Opposition by Freedom Business Trust and Life Trust to Competing Motion for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel. After consideration, the Court ORDERS as follows:

1.    The competing Motion for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel (Dkt. No. 10 and 12 in Civil Action No. 4:23-cv-549-SDJ; Dkt. No.10 in Civil Action No. 4:23-cv-6030-SDJ) are DENIED;

## CONSOLIDATION

2.     The above-captioned cases are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (hereinafter, the "Action").

## APPOINTMENT AS LEAD PLAINTIFF

3.     Having considered the provisions of the PSLRA, codified at §21D of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), the Court hereby determines that Movant is the most adequate lead plaintiff and satisfies the requirements of the PSLRA.  The Court hereby appoints The Freedom Business Trust and The Life Trust as Lead Plaintiff to represent the interests of the Class in the Action.

## APPOINTMENT OF CO-LEAD COUNSEL

4.     Movant has selected and retained the law firms of Scott+Scott Attorneys at Law LLP ("Scott+Scott") and  The Schall Law Firm ("SLF") to serve as Co-Lead Counsel on behalf of the Class.  Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Movant's selection of Scott+Scott and SLF as Co-Lead Counsel.

5.     Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel who Co-Lead Counsel shall designate:

(a)     to coordinate the briefing and argument of any and all motions;

(b)     to coordinate the conduct of any and all discovery proceedings;

(c)     to coordinate the examination of any and all witnesses in depositions;

(d)     to coordinate the selection of counsel to act as a spokesperson(s) at all pretrial conferences;

(e)     to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f)     to coordinate all settlement negotiations with counsel for Defendants;

-1-

(g)     to coordinate and direct pretrial discovery proceedings, preparation for trial, and trial of this matter and delegate work responsibilities to selected counsel as may be required;

(h)     to coordinate the preparation and filings of all pleadings; and

(i)     to supervise all other matters concerning the prosecution or resolution of the claims asserted in the Action.

6.     No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

7.     Service upon any plaintiff of all pleadings, motions, or other papers in this Action, except those specifically addressed to a plaintiff other than Lead Plaintiff, shall be completed upon service of Co-Lead Counsel.

8.     Co-Lead Counsel shall be the contact between plaintiffs and plaintiffs' counsel and Defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.  Co-Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

## NEWLY FILED OR TRANSFERRED ACTIONS

9.     When a case that arises out of the subject matter of this consolidated Action is hereinafter filed in this Court or transferred to this Court from another court, the clerk of this Court shall:

(a)     file a copy of this Order in the separate file for such action;

-2-

(b)    mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

(c)    make the appropriate entry in the docket for this Action.

10.    Each new case arising out of the subject matter of this Action that is filed in this Court or transferred to this Court shall be consolidated with the Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within 10 days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

11.    During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or may lead to the discovery of information relevant to the subject matter of the pending litigation.

IT IS SO ORDERED.