UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON SHIM, Individually and On Behalf of All Others Similarly Situated | §<br>§<br>§<br>§ | CIVIL NO.   4:23-CV-549-SDJ<br>LEAD CASE |
| KEITH LINK, Individually and On Behalf of All Others Similarly Situated | §<br>§<br>§<br>§ | CIVIL NO.   4:23-CV-603-SDJ |
| ROBERT CODY, Individually and On Behalf of All Others Similarly Situated<br><br>v. | §<br>§<br>§<br>§<br>§ | CIVIL NO.   4:23-CV-713-SDJ |
| DZS INC., ET AL. | § | |

## **ORDER**

Before the Court are two competing motions for appointment as lead plaintiff and approval of lead counsel, filed by Jason S. Hawke, (Dkt. #12), and The Freedom Business Trust and The Life Trust ("Trusts"), (Dkt. #14).

The above captioned case is a consolidated securities action brought pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4. Under the PSLRA, the Court is required to appoint a lead plaintiff who it finds "to be most capable of adequately representing the interests of class members." *Id.* § 78u-4(a)(3)(B)(i). A party is rebuttably presumed to be the most adequate plaintiff if that party (1) "has either filed the complaint or made a motion in response to a notice," (2) "in the determination of the court, has the largest financial interest in the relief sought by the class," and (3) "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure." *Id.* § 78u-4(a)(3)(B)(iii)(I).

1

Both parties claim to have the largest financial interest in this action. These incompatible positions stem from the parties' disagreement about the appropriate class period in this case.

Accordingly, it is hereby **ORDERED** that both Hawke and the Trusts shall file supplemental briefing on the issues of the correct class period and the parties' respective recoverable losses. Each supplemental brief shall not exceed **fifteen pages**, excluding exhibits, and shall be due on **November 8, 2023**.

**So ORDERED and SIGNED this 25th day of October, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE