# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JASON SHIM, Individually and on Behalf of All Others Similarly Situated, | No. 4:23-cv-00549-SDJ |
| Plaintiff, | |
| v. | |
| DZS INC., CHARLES DANIEL VOGT, and MISTY KAWCKI, | |
| Defendants. | |
| KEITH LINK, Individually and on Behalf of All Others Similarly Situated, | No. 4:23-cv-00603-SDJ |
| Plaintiff, | |
| v. | |
| DZS INC., CHARLES DANIEL VOGT, and MISTY KAWCKI, | |
| Defendants. | |
| ROBERT CODY, Individually and on Behalf of All Others Similarly Situated, | No. 4:23-cv-00713-SDJ |
| Plaintiff, | |
| v. | |
| DZS INC., CHARLES DANIEL VOGT, and MISTY KAWCKI, | |
| Defendants. | |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN FURTHER SUPPORT OF FREEDOM BUSINESS TRUST AND LIFE TRUST'S SUPPLEMENTAL BRIEF RESPONDING TO THE COURT'S OCTOBER 25, 2023 ORDER**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.       I am a partner with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movant Freedom Business Trust and Life Trust (the "Trusts").

2.       I submit this Declaration, together with the attached exhibit, in further support of the Trusts' Supplemental Brief Responding to the Court's October 25, 2023 Order.

3.       Attached hereto as Exhibit A is a true and correct copy of the Second Consolidated Amended Class Action Complaint filed on July 25, 2022 in *In re AppHarvest Sec. Litig.*, No. 21-CV-07985, (S.D.N.Y.).

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 8th day of November 2023.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

_s/ Thomas L. Laughlin, IV_
Thomas L. Laughlin, IV

2