UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON SHIM, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO.   4:23-CV-549-SDJ LEAD CASE |
| KEITH LINK, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO.   4:23-CV-603-SDJ |
| ROBERT CODY, Individually and On Behalf of All Others Similarly Situated<br><br>v. | § § § § § § | CIVIL NO.   4:23-CV-713-SDJ |
| DZS INC., ET AL. | § | |

**ORDER**

The Court has entered a Memorandum Opinion and Order, (Dkt. #32), appointing Lead Plaintiff and Lead Counsel for the above-captioned cases. The Court must now determine an appropriate schedule moving forward.

It is therefore **ORDERED** that:

1. Defendants are relieved of any obligation to respond to the initial Complaints in the above-captioned actions;

2. Within fourteen days of entry of the Court's order appointing a Lead Plaintiff and Lead Counsel in this action, (Dkt. #32), Lead Counsel and counsel for Defendants shall meet and confer and jointly submit a proposed schedule for the filing of an Amended Complaint, Defendants' answers or motions to dismiss, and all associated briefing.

1

**So ORDERED and SIGNED this 26th day of February, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE