**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JASON SHIM, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO. 4:23-CV-00549-SDJ<br>LEAD CASE |
| KEITH LINK, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO. 4:23-CV-00603-SDJ |
| ROBERT CODY, Individually and On Behalf of All Others Similarly Situated<br><br>v. | § § § § | CIVIL NO. 4:23-CV-00713-SDJ |
| DZS INC., ET AL. | § § § § | |

**JOINT MOTION TO RECAPTION THE LEAD CASE AND TO ESTABLISH A SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT, RESPONSE(S) THERETO, AND RELATED BRIEFING**

Lead Plaintiff Jason S. Hawke ("Plaintiff") and Defendants DZS Inc., Charles Daniel Vogt, and Misty Kawecki, (collectively, "Defendants") hereby jointly move the Court for an Order to Recaption the Lead Case and to Establish a Schedule for the filing of Plaintiff's Consolidated Complaint and Defendants' response thereto.

### BACKGROUND

The above-captioned action (the "Action") is a consolidated putative class action asserting claims against Defendants under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder. Accordingly, this action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including provisions for the appointment of a lead plaintiff and lead counsel for the putative class.

On September 12, 2023, the Court issued an order granting in part motions to consolidate the above-captioned actions. ECF No. 22. Pursuant to the order, the Court consolidated for all purposes the *Link* and *Cody* cases with the *Shim* case. The Court also identified the *Shim* case as the Lead Case and directed the parties to file all future filings in the Lead Case.

On February 26, 2025, the Court issued a subsequent order appointing Plaintiff as the Lead Plaintiff and Plaintiff's counsel at Levi & Korsinsky, LLP and Sponsel Miller Greenberg PLLC as Lead Counsel and Liaison Counsel, respectively. ECF No. 32. The Court issued a second order on February 26, 2025, directing the parties to meet and confer and propose a schedule for the filing of an amended complaint and Defendants' response thereto. ECF No. 33.

### ARGUMENT

In accordance with the February 26, 2025 order, counsel for Plaintiff and counsel for Defendants conferred regarding a schedule for Plaintiff's filing of a consolidated complaint

2

("Consolidated Complaint") and Defendants' response thereto to ensure that the action proceeds in an efficient and orderly manner. Counsel for the Parties also conferred and request that this consolidated lead case be recaptioned to "In re DZS Inc. Securities Litigation". The Parties, therefore, jointly request the Court to enter an Order providing as follows:

1. Plaintiff shall file a Consolidated Complaint on or before April 14, 2025;

2. Defendants shall answer or otherwise respond to the Consolidated Complaint on or before June 13, 2025;

3. If Defendants file a motion to dismiss in response to the Consolidated Complaint, Plaintiff shall file opposition to the motion on or before July 14, 2025 and Defendants shall file a reply in response and further support of the motion on or before August 13, 2025; and

4. The Lead Case shall be recaptioned to "In re DZS Inc. Securities Litigation".

## **CONCLUSION**

For the foregoing reasons, the Parties request that the Court grant this motion and enter the attached Proposed Order regarding recaptioning the Lead Case and scheduling the filing of the Consolidated Complaint, any response(s) thereto, and related briefing.

[Signature blocks on following page]

3

Dated: March 10, 2025                   **SPONSEL MILLER PLLC**


                                        /s/ Thane Tyler Sponsel III
                                        Thane Tyler Sponsel III
                                        Texas Bar No. 24056361/Federal ID No. 690068
                                        520 Post Oak Blvd., Suite 310
                                        Houston, Texas 77027
                                        Telephone: (713) 892-5400
                                        Facsimile: (713) 892-5401
                                        sponsel@smglawgroup.com

                                        *Liaison Counsel for Lead Plaintiff and Liaison*
                                        *Counsel the Class*

                                        **LEVI & KORSINSKY, LLP**
                                        Adam M. Apton (admitted *pro hac vice*)
                                        33 Whitehall Street, 17th Floor
                                        New York, New York 10004
                                        Tel.: (212) 363-7500
                                        Fax: (212) 363-7171
                                        Email: aapton@zlk.com

                                        *Lead Counsel for Lead Plaintiff and Lead Counsel*
                                        *for the Class*


Dated: March 10, 2025                   **BAKER BOTTS L.L.P.**


                                        /s/ John B. Lawrence
                                        John B. Lawrence
                                        Texas Bar No. 24055825
                                        john.lawrence@bakerbotts.com
                                        Charles Strecker
                                        Texas Bar No. 24066157
                                        charles.strecker@bakerbotts.com
                                        2001 Ross Avenue, Suite 900
                                        Dallas, TX 75201-2980
                                        Tel: (214) 953-6500
                                        Fax: (214) 953-6503

4

**BAKER BOTTS L.L.P.**
Kirstie Wallace
Texas Bar No. 24115920
kirstie.wallace@bakerbotts.com
901 Louisiana Street Houston, Texas 77002-4995
Tel: (713) 229-1263
Fax: (713) 229-1522

*Attorneys for Defendants DZS Inc., Charles Daniel Vogt, and Misty Kawecki*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III

## CERTIFICATE OF CONFERENCE

Pursuant to the Local Rules of this District, I hereby certify that counsel have complied with the meet and confer requirement of Local Rule CV-7(h). This motion is submitted jointly by all parties and is thus unopposed.

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III

5