**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JASON SHIM, Individually and On Behalf of All Others Similarly Situated | §<br>§<br>§<br>§ | CIVIL NO. 4:23-CV-00549-SDJ<br>LEAD CASE |
| KEITH LINK, Individually and On Behalf of All Others Similarly Situated | §<br>§<br>§<br>§ | CIVIL NO. 4:23-CV-00603-SDJ |
| ROBERT CODY, Individually and On Behalf of All Others Similarly Situated<br><br>v. | §<br>§<br>§<br>§ | CIVIL NO. 4:23-CV-00713-SDJ |
| DZS INC., ET AL. | §<br>§<br>§<br>§ | |

**ORDER APPROVING JOINT MOTION TO RECAPTION THE LEAD CASE
AND TO ESTABLISH A SCHEDULE FOR FILING OF CONSOLIDATED
COMPLAINT, RESPONSE(S) THERETO, AND RELATED BRIEFING**

Having considered the parties' Joint Motion for an Order to Recaption the Lead Case and to Establish a Schedule for the filing of Plaintiff's Consolidated Complaint and Defendants' response thereto, the Court ORDERS as follows:

1. The proposed schedule as described in the motion is APPROVED and ORDERED;

2. Unless otherwise agreed by the parties or ordered by the Court, Plaintiff shall file a Consolidated Complaint on before April 14, 2025. Defendants shall answer or otherwise respond to the Consolidated Complaint on or before June 13, 2025. If Defendants file a motion to dismiss in response to the Consolidated Complaint, Plaintiff shall file opposition to the motion on or before July 14, 2025 and Defendants shall file a reply in response and further support of the motion on or before August 13, 2025; and

3. The Lead Case shall be recaptioned to "*In re DZS Inc. Securities Litigation*".

**IT IS SO ORDERED.**