UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON SHIM, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO.  4:23-CV-549-SDJ LEAD CASE |
| KEITH LINK, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO.  4:23-CV-603-SDJ |
| ROBERT CODY, Individually and On Behalf of All Others Similarly Situated | § § § § § | CIVIL NO.  4:23-CV-713-SDJ |
| v. | § | |
| DZS INC., ET AL. | § | |

## ORDER

The Court previously consolidated the above-captioned matters and designated *Shim v. DZS Inc.* (No. 4:23-CV-549) as the Lead Case. (Dkt. #22).  After appointing Jason S. Hawke as lead plaintiff, Levi & Korsinsky, LLP as lead counsel, and Sponsel Miller Greenberg PLLC as liaison counsel, (Dkt. #32), the Court ordered the parties to meet and confer and propose a schedule for the filing of an Amended Complaint, Defendants' answers or motions to dismiss, and associated briefing, (Dkt. # 33).

Now before the Court is the parties' Joint Motion to Recaption the Lead Case and to Establish a Schedule for Filing of Consolidated Complaint, Response(s) Thereto, and Related Briefing. (Dkt. #35). In this motion, the parties propose a schedule for the filing of an Amended Complaint, Defendants' answers or motions to dismiss, and associated briefing. The parties also request that the Lead Case be

1

recaptioned to "In re DZS Inc. Securities Litigation." The Court, having considered the motion, concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Lead Plaintiff shall file a Consolidated Complaint by **April 14, 2025**. Defendants shall answer or otherwise respond to the Consolidated Complaint by **June 13, 2025**. Additionally, if Defendants file a motion to dismiss in response to the Consolidated Complaint, Lead Plaintiff shall file opposition to the motion by **July 14, 2025**, and Defendants shall file a reply in response and further support of the motion by **August 13, 2025**.

It is further **ORDERED** that every pleading filed in this consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE DZS INC. SECURITIES LITIGATION | § § § | CIVIL NO.   4:23-CV-549-SDJ |
|---|---|---|
| This Document Relates To: | § | MASTER DOCKET |

The docket in Case No. 4:23-CV-549 shall constitute the master docket for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" in the caption. When a pleading applies only to some, but not all of the actions, the document shall list immediately after the phrase "This

Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first listed plaintiff in that action.

**So ORDERED and SIGNED this 14th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE