UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE DZS INC. SECURITIES LITIGATION | § § § | CIVIL NO. 4:23-CV-549-SDJ |
| This Document Relates To: | § | MASTER DOCKET |

### NOTICE OF SUGGESTION OF BANKRUPTCY PROCEEDING AND AUTOMATIC STAY OF PROCEEDINGS

PLEASE TAKE NOTICE THAT ON March 14, 2025, Defendant DZS, Inc. filed a voluntary petition ("Voluntary Petition") for relief under chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division (Case No. 4:25-bk-40712).  A copy of the Voluntary Petition is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that the filing of the Voluntary Petition triggered the imposition of the automatic stay.  Pursuant to Section 362(a) of the Bankruptcy code, the filing of the Voluntary Petition "operates as a stay, applicable to all entities, of"

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate . . . .

*See* 11 U.S.C. § 362(a)(1)-(3); *see also In re Cowin*, 864 F.3d 344, 352 (5th Cir. 2017) ("The Bankruptcy Code provides that the filing of a bankruptcy petition 'operates as a stay, applicable to all entities … of a judicial, administrative or other action or proceeding against the debtor that was or could have been commenced before the commencement of' the bankruptcy case, or 'to

1

recover a claim against the debtor that arose'" prior to the bankruptcy filing) (quoting 11 U.S.C. § 362(a)).

PLEASE TAKE FURTHER NOTICE that any action taken against the Debtors without obtaining from the Bankruptcy Court relief from the automatic stay may be void ab initio and result in a finding of contempt for violation of the automatic stay.

Dated:  March 19, 2025

By: */s/ John B. Lawrence*
John B. Lawrence
Texas Bar No. 24055825
john.lawrence@bakerbotts.com
Charles Strecker
Texas Bar No. 24066157
charles.strecker@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6500
Fax: (214) 953-6503

Kirstie Wallace
Texas Bar No. 24115920
kirstie.wallace@bakerbotts.com
**BAKER BOTTS L.L.P.**
901 Louisiana Street
Houston, Texas 77002-4995
Tel: (713) 229-1263
Fax: (713) 229-1522

***Counsel for Defendants***