UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON SHIM, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO.   4:23-CV-549-SDJ LEAD CASE |
| KEITH LINK, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO.   4:23-CV-603-SDJ |
| ROBERT CODY, Individually and On Behalf of All Others Similarly Situated  v. | § § § § § § | CIVIL NO.   4:23-CV-713-SDJ |
| DZS INC., ET AL. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Vacate Schedule for Filing Consolidated Complaint and Response Thereto. (Dkt. #38). After full consideration, the Court finds that the motion should be **GRANTED**.

It is therefore **ORDERED** that all pending deadlines in the Court's Order dated March 14, 2025, (Dkt. #36), are hereby **VACATED.**

It is further **ORDERED** that the Parties shall file a status report concerning DZS Inc.'s bankruptcy and the applicability of the automatic stay within sixty (60) days.

**So ORDERED and SIGNED this 10th day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE