**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE DZS INC. SECURITIES LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL NO. 4:23-CV-00549-SDJ |
| This Document Relates To: All Actions | | MASTER DOCKET |

### PLAINTIFF'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Jason S. Hawke ("Lead Plaintiff"), voluntarily dismisses without prejudice all claims against DZS Inc. ("DZS") in the above-captioned action (the "Action"). Because this Notice of Voluntary Dismissal is being filed with the Court before DZS has served either an answer or a motion for summary judgment, Lead Plaintiff's dismissal of the Action against DZS is effective upon the filing of this notice.

PLEASE TAKE FURTHER NOTICE that Lead Plaintiff's voluntary dismissal is against DZS only. Lead Plaintiff's claims against Defendants Charles Daniel Vogt and Misty Kawecki remain pending.

[*Signature block on following page*]

Dated: May 30, 2025                    **SPONSEL MILLER GREENBERG PLLC**


                                       */s/ Thane Tyler Sponsel III*
                                       Thane Tyler Sponsel III
                                       Texas Bar No. 24056361/Federal ID No. 690068
                                       520 Post Oak Blvd., Suite 310
                                       Houston, Texas 77027
                                       Telephone: (713) 892-5400
                                       Facsimile: (713) 892-5401
                                       sponsel@smglawgroup.com

                                       *Liaison Counsel for Lead Plaintiff and Liaison
                                       Counsel the Class*

                                       **LEVI & KORSINSKY, LLP**
                                       Adam M. Apton (admitted *pro hac vice*)
                                       33 Whitehall Street, 17th Floor
                                       New York, New York 10004
                                       Tel.: (212) 363-7500
                                       Fax: (212) 363-7171
                                       Email: aapton@zlk.com

                                       *Lead Counsel for Lead Plaintiff and Lead Counsel
                                       for the Class*

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 30, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III