UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON SHIM, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO.   4:23-CV-549-SDJ LEAD CASE |
| KEITH LINK, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL NO.   4:23-CV-603-SDJ |
| ROBERT CODY, Individually and On Behalf of All Others Similarly Situated | § § § § § | CIVIL NO.   4:23-CV-713-SDJ |
| v. | § | |
| DZS INC., ET AL. | § | |

## **ORDER**

Before the Court is the parties' Joint Status Report and Request for Schedule to File Consolidated Complaint and Responses Thereto, (Dkt. #44), and Supplemental Joint Status Report. (Dkt. #45). The Court, having considered the parties' filing, concludes that the request for a schedule to file the consolidated complaint and responses should be granted.

It is therefore **ORDERED** that the request is **GRANTED**. The Court will separately issue a preliminary scheduling order.

**So ORDERED and SIGNED this 27th day of June, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE