**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE DZS INC. SECURITIES LITIGATION | §<br>§<br>§ | CIVIL NO. 4:23-CV-549-SDJ |
| THIS DOCUMENT RELATES TO: ALL ACTION | §<br>§<br>§<br>§<br>§ | MASTER DOCKET |

**(PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Having considered Defendants' Motion to Dismiss Lead Plaintiff's Consolidated Complaint (ECF No. 49), Plaintiff's opposition thereto, and all arguments held thereupon to date, the Court ORDERS that Defendants' Motion is DENIED in its entirety.