**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE DZS INC. SECURITIES LITIGATION | § § § § | CIVIL NO. 4:23-CV-00549-SDJ |
| This Document Relates To: All Actions | | MASTER DOCKET |

## JOINT NOTICE OF TENTATIVE SETTLEMENT

Lead Plaintiff Jason S. Hawke and Defendants Charles Daniel Vogt and Misty Kawecki (collectively the "Parties") submit this Joint Notice of Tentative Settlement Agreement.

The Parties have reached a tentative settlement of this matter which they are now working to finalize.  DZS Inc. ("DZS") was originally named as a Defendant in this federal securities putative class action.  Mr. Vogt and Ms. Kawecki are the former CEO and CFO of DZS, respectively.  On March 14, 2025, DZS filed a voluntary petition for protection under Chapter 7 of Title 11 of the United States Code.  *See* Dkt. 37.  On May 30, 2025, Plaintiff voluntarily dismissed DZS from this securities case. Dkt. 40, 41.  On June 24, 2025, the Bankruptcy Court entered an Order requiring, *inter alia*, that parties covered by DZS director and officer insurance policies (including Mr. Vogt and Ms. Kawecki) "seek relief from [the Bankruptcy Court] for any proposed use of proceeds of the D&O Policies to pay any amounts other than defense costs, including seeking permission for the proposed use of the proceeds of the D&O Polices to pay any settlement amounts."[1]

Having reached a tentative settlement in this securities case, Defendants intend to seek the Bankruptcy Court's permission to use the proceeds of the policies to fund the tentative settlement, and the settlement is conditioned on obtaining such permission.  If and when such permission is

---

[1]    *In re: DZS Inc.*, Case No. 25-40712 (E.D. Tex. Bankr.) Dkt. 164, at 2.

received, Plaintiff will move forward with seeking this Court's approval of the settlement pursuant to Federal Rule of Civil Procedure 23.

In the meantime, the Parties request that this Court stay this matter and suspend all pending deadlines.

Dated: December 23, 2025     **BAKER BOTTS L.L.P**

           */s/ John B. Lawrence*
           John B. Lawrence
           Texas Bar No. 24055825
           john.lawrence@bakerbotts.com
           Charles Strecker
           Texas Bar No. 24066157
           charles.strecker@bakerbotts.com
           Kirstie Wallace
           Texas Bar No. 24115920
           kirstie.wallace@bakerbotts.com
           2001 Ross Avenue, Suite 900
           Dallas, TX 75201-2980
           Tel: (214) 953-6500
           Fax: (214) 953-6503

           *Attorneys for Defendants Charles Daniel Vogt and Misty Kawecki*

Dated: December 23, 2025     **SPONSEL MILLER PLLC**

           */s/ Thane Tyler Sponsel III*
           Thane Tyler Sponsel III
           Texas Bar No. 24056361
           Federal ID No. 690068
           sponsel@smglawgroup.com
           520 Post Oak Blvd., Suite 310
           Houston, Texas 77027
           Tel: (713) 892-5400
           Fax: (713) 892-5401

           *Liaison Counsel for Lead Plaintiff and Liaison Counsel for the Class*

2

**LEVI & KORSINSKY, LLP**

Adam M. Apton (admitted *pro hac vice*)
aapton@zlk.com
33 Whitehall Street, 17th Floor
New York, New York 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171

*Lead Counsel for Lead Plaintiff and Lead Counsel
for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December 2025, I caused a true and correct copy of

the foregoing to be filed with the Clerk of Court using the CM/ECF system which will send an

electronic copy of the foregoing to counsel of record and constitutes service under Fed. R. Civ. P.

5(b)(2)(E).

*/s/ John B. Lawrence*

3