UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE DZS INC. SECURITIES     §     CIVIL NO.   4:23-CV-549-SDJ
LITIGATION     §     MASTER DOCKET

## ORDER

Before the Court is the parties' Joint Notice of Tentative Settlement. (Dkt. #53). In the notice, the parties indicate that they have reached a tentative settlement contingent on receiving permission from the Bankruptcy Court for the use of certain funds.

It is therefore **ORDERED** that this case is **STAYED**. It is further **ORDERED** that the parties shall submit joint status updates every thirty (30) days regarding the status of settlement. The first status update must be submitted on or before **January 23, 2026.**

**So ORDERED and SIGNED this 23rd day of December, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE