**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE DZS INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTION | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 4:23-CV-549-SDJ<br>MASTER DOCKET |

**PLAINTIFFS' RESPONSE TO ORDER [77]**

Lead Plaintiff Jason Hawke ("Plaintiff"), on behalf of himself, the proposed Settlement Class, and Lead Counsel Levi & Korsinsky, LLP ("Lead Counsel"), respectfully submits the following in response to the Court's Order dated October 13, 2026 (Dkt. No. 77).

The final number and nature of the request for exclusion are as they were at the time of the settlement hearing on September 25, 2026. Plaintiffs have not received any further communications from Mr. Robert Binkele or anyone on his behalf. Plaintiffs also conferred with Defendants who also have not received any communications from Mr. Binkele or anyone on his behalf.

The revised proposed final approval order, which lists all 85 requests for exclusion, submitted at Docket No. 75 remains accurate.

[*Signature blocks on following page*]

Dated: October 14, 2026

Respectfully submitted,

**SPONSEL MILLER PLLC**

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III
Texas Bar No. 24056361/Federal ID No. 690068
520 Post Oak Blvd., Suite 310
Houston, Texas 77027
Telephone: (713) 892-5400
Facsimile: (713) 892-5401
sponsel@smglawgroup.com

*Liaison Counsel for Lead Plaintiff and Liaison Counsel the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (admitted *pro hac vice*)
33 Whitehall Street, 27th Floor
New York, New York 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Lead Plaintiff and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system. I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 14, 2026

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III